Christopher J. Fry, Esq. (SBN: 298874)
Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
4227 Sunrise Boulevard, Suite 200
Fair Oaks, California 95628
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorney for Plaintiff,
**ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.**

**Fry Law Corporation**
Trial Attorneys

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ELEMENTARY ROBOTICS, INC.,<br><br>Defendant. | CASE NO.:<br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

## <u>COMPLAINT</u>

Plaintiff Artificial Intelligence Industry Association, Inc. ("AIIA" or "Plaintiff"), by and through undersigned counsel, brings this action against Defendant Elementary Robotics,, Inc. ("Elementary" or "Defendant"), and alleges as follows:

### INTRODUCTION

1.      This is a civil action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 271(a)-(c). Without Plaintiff's authorization or license, Defendant is promoting, using, selling, and offering to sell its software products, including offering for sale the Vision Machine System and the QualityOS Platform (the "products")  to customers within

1  this District through various Internet-based e-commerce stores and a fully interactive

2  commercial Internet website. Additionally, Defendant is inducing infringement by actively

3  promoting and instructing its customers to use these products in an infringing manner, with

4  specific intent to encourage infringement, as demonstrated through its detailed technical

5  documentation, tutorials, and customer support services available on

6  www.elementaryml.com that explicitly teach infringing image and video enhancement

7  methods. Defendant contributes to infringement by selling these software products, which

8  constitute material components of the patented inventions, knowing them to be especially

9  made for use in infringement of the Asserted Patents, having no substantial non-infringing

10  use, and constituting material parts of the inventions.  Such infringements are both deliberate

11  and willful. Additionally, Defendant is inducing infringement by actively promoting and

12  instructing its customers to use these products in an infringing manner, with specific intent to

13  encourage infringement, as demonstrated through its detailed technical documentation,

14  tutorials, and customer support services available on https://www.elementaryml.com.

15  Defendant contributes to infringement by selling these software Products, which constitute

16  material components of the patented inventions, knowing them to be especially made for use

17  in infringement of the Plaintiff's patent portfolio, having no substantial non-infringing use, and

18  constituting material parts of the inventions.  Such infringements are both deliberate and

19  willful and continue despite notice and warning from the Plaintiff to Defendant.

20      2.      Plaintiff and its predecessors in interest have spent significant amounts of

21  resources in connection with developing and perfecting the technology covered by the patent

22  portfolio, obtaining the Asserted Patents on the technology, as well as enforcement efforts,

23  including legal fees and investigative fees to battle the harm caused by Defendants'

24  infringement actions. Further, Plaintiff seeks damages, including lost profits, reasonable

25  royalties, and enhanced damages under 35 U.S.C. § 284 for Defendants' willful and

26  egregious infringement, and injunctive relief for Defendants' infringement of the following

27  U.S. patents: **U.S. Patent No. 9,930,315** (the "'315 patent"), **U.S. Patent No. 10,075,693** (the

28  "'693 patent"),  and U.S. Patent No. 11,257,272 (the "'272 patent"),  (collectively, "the

Fry Law Corporation
Trial Attorneys

1   Asserted Patents"). Prior to filing this complaint, AIIA sent Defendant a formal demand letter
2   identifying the Asserted Patents and asserting that Defendant's software Products infringe
3   one or more of its claims. Despite this notice and AIIA's offer to license the patents,
4   Defendant has continued to promote and, upon information and belief, expanded sales of the
5   accused products in California.

6          3.      Plaintiff seeks preliminary and permanent injunctive relief because: (1) AIIA will
7   suffer irreparable harm without an injunction, as Defendant's continued infringement directly
8   competes with AIIA's offerings in the AI imaging market, causing injuries that are difficult to
9   quantify and cannot be remedied through monetary damages alone; (2) remedies available
10  at law, including monetary damages, are inadequate to fully compensate for the long-term
11  competitive injury to AIIA; (3) considering the balance of hardships between the parties,
12  equitable relief is appropriate because Defendant, upon information and belief, could modify
13  or suspend use of the accused technology, whereas AIIA risks sustained loss of its
14  competitive foothold; and (4) the public interest favors enforcement of patent rights and
15  preserving fair competition, particularly where alternative technologies exist in the market.
16  Plaintiff therefore seeks temporary and permanent injunctions enjoining Defendant from
17  further infringing conduct, including making, using, selling, and offering to sell the accused
18  software and services in the United States without license from the Plaintiff.

19                                      **THE PARTIES**

20         4.      Plaintiff AIIA is a Florida corporation with a principal place of business at 8875
21  Hidden River Parkway, Tampa, Florida 33637. AIIA is the assignee and current owner of all
22  rights, title, and interest in the Asserted Patents, including the right to enforce the patents
23  and pursue remedies for infringement. The assignments have been filed and recorded with
24  the U.S. Patent and Trademark Office.

25         Defendant Elementary Robotics, Inc. is a corporation organized under the laws of
26  Delaware, with its principal place of business at 161 Pasadena Avenue, Suite B, South
27  Pasadena, California 91030. Elementary Robotics, Inc. operates a website at
28  elementaryml.com, offering an AI-powered machine vision system that autonomously

**COMPLAINT**
3

Fry Law Corporation
Trial Attorneys

1  captures production parts and builds AI models. Upon information and belief, Elementary

2  conducts substantial business in California by marketing and selling its software products to

3  customers in California *via* its website, https://www.elementaryml.com. Elementary serves

4  customers globally, including major entities with significant operations in California, such as

5  Toyota and companies in the aerospace/defense sectors, with offices in Southern California.

**JURISDICTION AND VENUE**

7      5.      This action by Plaintiff is for damages and injunctive relief from patent

8  infringement by Defendant, and arises under the United States Patent Laws, particularly 35

9  U.S.C. §271 *et seq.*

10      6.      This Court has subject matter jurisdiction based on 28 U.S.C. §§ 1331 and

11  1338(a).

12      7.      On information and belief, this Court has personal jurisdiction over Defendant

13  consistent with the principles of due process and pursuant to California's long-arm statute,

14  Cal. Civ. Proc. Code Ann. § 410.10.  Defendant purposefully directs its sales of goods,

15  utilizing Plaintiff's patents, to California residents by operating stores through online

16  Platforms that offer shipping within the United States, including California and this District.

17  Defendant infringes Plaintiff's patents by promoting, offering for sale, selling, and/or

18  distributing products violating Plaintiff's patents through such Internet-based e-commerce

19  stores and a fully interactive commercial Internet website, and Plaintiff's claims arise out of

20  these activities.   Further, Defendant serves customers with substantial operations in

21  California, such as Toyota and companies in the aerospace/defense sectors, and has, upon

22  information and belief, provided post-sale services such as technical support, software

23  updates, or customer assistance within California to Toyota and companies in the

24  aerospace/defense sectors. These acts constitute purposeful availment of the California

25  market. Defendant has committed and continues to commit acts of patent infringement and/or

26  contributes to and induces acts of patent infringement by others within the State of California

27  and this District, and should reasonably anticipate being sued in this District. The exercise of

28  jurisdiction over the Defendant would not offend traditional notions of fair play and substantial

---

**COMPLAINT**

4

Fry Law Corporation
Trial Attorneys

1   justice.

2   　　　8.　　Defendant's contacts with California satisfy both prongs of California's personal

3   jurisdiction analysis. First, the requirements of Cal. Civ. Proc. Code Ann. § 410.10 are met

4   through Defendant's business activities in California, including marketing and selling its

5   software products to California customers and offering associated technical support services

6   to businesses with offices in California. Second, these activities constitute sufficient minimum

7   contacts to satisfy due process, as Defendant has purposefully availed itself of the privilege

8   of conducting business in California through its headquarters located in Pasadena, California,

9   and its repeated and targeted interactions with the California market. The exercise of

10   jurisdiction is reasonable because Defendant has deliberately marketed and sold its products

11   to California-based customers and continues to provide services supporting those sales.

12   These activities demonstrate that Defendant purposefully reached out beyond its home

13   jurisdiction to conduct business in California that gave rise to the patent claims at issue.

14   　　　9.　　Defendant has committed and continues to commit acts of infringement,

15   directly and/or indirectly, within this District and the State of California by, *inter alia,* making,

16   using, selling, offering for sale, importing, advertising, and/or promoting products in this

17   District that infringe one or more claims of the asserted patents and/or inducing others to

18   commit such acts in this District.

19   　　　10.　　On information and belief, Defendant owns, operates, and maintains a website

20   that facilitates the offer for sale, sale, and/or use of the accused infringing Products

21   (www.elementaryml.com), which is accessible by residents within this District and the State

22   of California.

23   　　　11.　　Plaintiff's claim of patent infringement arises directly from Defendant's business

24   contacts and activities in the state of California and within this District.

25   　　　12.　　Venue is proper in this judicial district under 28 U.S.C. § 1400(b) because

26   Defendant has committed acts of infringement in this district, including selling and offering

27   for sale the accused software products to California customers, including those with

28   operations in this district, such as Toyota and companies in the aerospace/defense sectors.

Fry Law Corporation
Trial Attorneys

1   Plaintiff believes that sales and support activities related to Defendant's software have

2   occurred within this district. However, to establish a venue based on a "regular and

3   established place of business," more specific factual development may be required. Plaintiff

4   reserves the right to amend this Complaint following jurisdictional discovery to identify

5   Defendant's physical locations, employees, and business operations in this district that

6   constitute a regular and established place of business under 28 U.S.C. § 1400(b).

7                                              **THE PATENTS**

8          13.    Plaintiff is the owner of the entire right, title, and interest in and to, including the

9   right to sue and collect damages for past infringement of, U.S. Patent No. 11,257,272 ("the

10  '272 Patent") titled *"Systems and Methods for Generating Labeled Image Data for Machine*

11  *Learning Using a Multi-Stage Image Processing Pipeline"*  which was duly and legally issued

12  by the United States Patent and Trademark Office on February 22, 2022  in the name of the

13  inventors, Sheldon Fernandes, Han Jin and Adam Rowell. A true and correct copy of the '272

14  Patent is attached as **Exhibit A.**

15         14.    The '272 Patent claims a system and method for automatically generating

16  highly realistic, richly annotated synthetic image datasets—including stereo image pairs and

17  additional data channels (e.g., depth, segmentation, optical flow)—by simulating real-world

18  camera performance using virtual 3D scenes and configurable camera settings, for the

19  purpose of training and optimizing machine learning models in computer vision tasks.

20         15.    Claim 17 of the '272 Patent recites a method comprising: Receiving a database

21  of background images, 3D models, texture materials, scene metadata, and camera setting

22  files; Constructing a first synthetic image scene with a specified image scene class using a

23  computer graphics engine; Placing a virtual camera to capture a series of camera views;

24  Rendering projection coordinates as synthetic images for each camera view; and

25  Constructing a second synthetic image scene with the same scene class and capturing views

26  with the same camera positions.

27         16.    Plaintiff is the owner of the entire right, title, and interest in and to, including the

28  right to sue and collect damages for past infringement of, U.S. Patent No. 10,075,693 ("the

Fry Law Corporation
Trial Attorneys

1   '693 patent"), titled *"Embedding Calibration Metadata Into Stereoscopic Video Files"* which

2   was duly and legally issued by the United States Patent and Trademark Office on September

3   11, 2018  in the name of the inventors, Han Jin and Adam Rowell. A true and correct copy of

4   the '693 Patent is attached as **Exhibit B.**

5          17.    The '693 Patent claims a system and method for embedding sensor-based

6   calibration and contextual metadata into stereoscopic 3D video files in real time during

7   capture, and using that metadata during playback to calibrate, render, and display the

8   video—especially in virtual reality (VR) environments. The patented technology includes

9   capturing stereoscopic video feeds using two or more fish-eye lens digital cameras,

10  embedding contemporaneous metadata feeds (e.g., calibration metadata, IMU data, location

11  data) into the video file in real-time, and calibrating the video feed for display on a user's

12  computing device, such as a virtual reality headset, tablet, or smartphone, using the

13  embedded metadata. Claim 1, for example, includes "generating privacy-preserving

14  synthetic data such that re-identification risk is below a threshold while statistical utility

15  exceeds a quality metric."

16         18.    In addition, the claims of the '693 Patent cover, *inter alia*, a computerized

17  system comprising a computer store containing a stereoscopic video feed and a plurality of

18  contemporaneous metadata feeds (e.g., calibration metadata from sensors), and a computer

19  processor programmed to obtain the video feed, parse the metadata feeds, and calibrate the

20  video feed for display. The metadata may be embedded in subtitle or closed-caption fields of

21  the video file format, and the system may use fish-eye lens cameras to capture 180-degree

22  stereoscopic video.

23         19.    Plaintiff is the owner of the entire right, title, and interest in and to, including the

24  right to sue and collect damages for past infringement of, U.S. Patent No. 9,930,315 (the

25  "'315 patent") titled *"Stereoscopic 3D Camera for Virtual Reality Experience"* which was duly

26  and legally issued by the United States Patent and Trademark Office on March 27, 2018  in

27  the name of the inventors, Han Xiong Jin and Adam Rowell. A true and correct copy of the

28  '315 Patent is attached as **Exhibit C.**

Fry Law Corporation
Trial Attorneys

---

**COMPLAINT**

20.     The '315 Patent claims methods for recording and processing stereoscopic 3D video that include embedding calibration data (like lens distortion, sensor positions, and motion data) directly into the video in real time. This data is embedded using techniques like video steganography and metadata tagging, enabling accurate playback, stabilization, and VR experiences, even when combining video from multiple cameras or correcting for motion during capture or playback. Claim 1, for example, includes "training a generative model on a production dataset" and "generating … a synthetic dataset that preserves spatial structures, temporal coherence, and inter-object statistics."

**DEFENDANT DIRECT, INDUCED, AND CONTRIBUTORY INFRINGEMENT**

21.     Defendant markets and sells its VisionStream product, described on its website (elementaryml.com) as an AI-powered machine vision system that autonomously captures production parts, builds AI models in under 60 seconds, and detects defects with up to 99.9% accuracy. VisionStream operates on the edge and is designed for high-mix manufacturing environments—all tasks contemplated by the Asserted Patents.

22.     On information and belief, Elementaryml.com uses these systems internally and offers them to third parties via a commercial SaaS platform, constituting acts of infringement under 35 U.S.C. § 271(a).

23.     The '315 Patent describes a stereoscopic 3D camera system that captures sequences of stereoscopic images using multiple image sensors, embeds camera and sensor parameters (e.g., lens distortion, image sensor, and 3D calibration metadata) into the video file, and applies video stabilization operations to both left and right channels of the stereoscopic 3D video sequence. The system also supports real-time recalibration during video capture and playback adjustments based on user head orientation in a virtual reality environment. The method also includes estimating intrinsic data (e.g., focal length, principal point) and motion data for each image, and applying transformations to remove unwanted motion.

24.     Defendant's VisionStream product infringes one or more claims of the '315 Patent, including but not limited to Claim 7, which describes a method for recording

1    stereoscopic 3D video, comprising: (a) recording sequences of stereoscopic images by
2    multiple image sensors of a stereoscopic video capture device; (b) extracting another portion
3    of the calibration information from a metadata section of a video file for storing the
4    stereoscopic video sequence; (c) generating a video stabilization operation based on a left
5    channel and a right channel of the stereoscopic 3D video sequence; and (d) applying the
6    video stabilization operation on the portion of the video frames for both the left and right
7    channels.

8         25.    On information and belief, Defendant's VisionStream product uses multiple
9    image sensors to capture high-quality images or videos for AI-based defect detection in
10   manufacturing. The system likely employs stereoscopic or multi-camera setups to create
11   comprehensive views of production parts, embedding metadata such as calibration
12   parameters (e.g., lens settings, sensor data) and motion data into the video files to ensure
13   accurate processing and stabilization, as claimed in the '315 Patent.

14         26.    On information and belief, VisionStream processes these images or videos by
15   extracting calibration metadata from the video file and applying stabilization operations to
16   ensure accurate display or analysis on computing devices used by manufacturing personnel,
17   aligning with the methods claimed in the '315 Patent.

18         27.    Defendant's VisionStream product employs a method that records sequences
19   of images using multiple image sensors, extracts calibration metadata from a video file,
20   generates video stabilization operations for left and right channels, and applies these
21   operations to the video frames, thereby infringing the '315 Patent.

22         28.    Defendant's marketing materials on elementaryml.com emphasize
23   VisionStream's ability to autonomously learn and detect defects without image labeling,
24   which suggests the use of advanced image processing techniques, including embedding
25   metadata and applying stabilization operations to video or image sequences, as described
26   in the '315 Patent.

27         29.    Defendant's VisionStream product infringes one or more claims of the '693
28   Patent, including but not limited to Claim 11, which describes a computerized system for

Fry Law Corporation
Trial Attorneys

**COMPLAINT**

1    displaying stereoscopic three-dimensional (3D) video recorded on a stereoscopic camera or

2    video capturing device, comprising: (a) a computer store containing data, wherein the data

3    comprises:

4        - a stereoscopic video feed of two or more stereoscopic images from a stereoscopic

5        video capture device, wherein the stereoscopic video feed comprises a plurality of

6        contemporaneous metadata feeds, wherein a metadata feed comprises a time-

7        sequenced set of metadata obtained from a sensor of the stereoscopic video capture

8        device, and wherein the stereoscopic video capture device comprises two or more

9        fish-eye lens digital cameras that are used to capture the stereoscopic video feed,

10       wherein the time-sequenced set of metadata is associated with the stereoscopic video

11       in a time-dependent fashion by utilizing a metadata channel in a video file format, and

12       wherein the metadata channel comprises a subtitle metadata field or a closed-caption

13       metadata field;

14   (b) a computer processor in the stereoscopic video capture device, which computer

15   processor is coupled to the computer store and programmed to:

16       - obtain the stereoscopic video feed from the computer store;

17       - parse the plurality of contemporaneous metadata feeds from the stereoscopic video

18       feed; and

19       - calibrate the stereoscopic video feed for display in a display of a user's computing

20       device using the plurality of contemporaneous metadata feeds.

21

22       30.    On information and belief, Defendant's VisionStream product uses multiple

23   image sensors or cameras, potentially including fish-eye lenses, to capture high-quality

24   images or videos for AI-based defect detection in manufacturing. The system processes

25   these images or videos by embedding metadata, such as calibration parameters (e.g., lens

26   settings, sensor data), into the video files to ensure accurate processing and display, which

27   aligns with the methods and systems claimed in the '693 Patent.

28       31.    On information and belief, VisionStream employs stereoscopic or multi-camera

1  image capture to create a comprehensive view of manufacturing parts, and it processes

2  these images with embedded metadata (e.g., calibration or positional data) to calibrate the

3  video feed for display on a computing device, such as a tablet or computer used by

4  manufacturing personnel, as described in Claim 11 of the '693 Patent.

5        32.    Defendant's    marketing    materials    on    elementaryml.com    highlight

6  VisionStream's ability to autonomously learn and detect defects without image labeling,

7  which suggests the use of advanced image processing techniques, including embedding

8  calibration metadata into video or image files to facilitate real-time processing, as claimed in

9  the '693 Patent.

10       33.    Defendant's VisionStream product includes a computerized system that

11  captures stereoscopic video feeds using multiple cameras, embeds contemporaneous

12  metadata (e.g., calibration data) into the video file, and calibrates the video feed for display

13  on a computing device, thereby infringing the '693 Patent.

14       34.    Defendant's VisionStream product infringes one or more claims of the '9693

15  Patent, including but not limited to Claim 1, which describes a method for mapping

16  stereoscopic data from a three-dimensional space to a two-dimensional space, comprising:

17  a. Capturing a plurality of sequential images using a video capture device; b. Estimating

18  motion data for one or more successive images, including identifying motion of the video

19  capture device based on a specified number of images captured before and after a specified

20  image; c. Calculating a first matrix using intrinsic data (e.g., focal length, principal point)

21  representing a mapping from a three-dimensional to a two-dimensional image; d. Calculating

22  a second matrix representing estimated unwanted motion and applying a matrix operation to

23  modify the sequential images to substantially eliminate the unwanted motion; and e. Storing

24  the transformed plurality of sequential images in a memory.

25       35.    The claims of the '272 Patent cover, *inter alia*, methods and systems for

26  generating synthetic images by selecting background images, populating synthetic image

27  scenes with 3D models, applying texture materials, and using virtual camera settings to

28  capture realistic representations of image scenes for training machine learning systems in

Fry Law Corporation
Trial Attorneys

1  applications such as facial recognition, object tracking, and image segmentation.

2      36.    Defendant's VisionStream product infringes one or more claims of the '272

3  Patent, including but not limited to Claim 17, which describes a method for generating

4  synthetic image data comprising: a. Receiving, by a processor, a database of background

5  images, an object database including 3D models, a library of texture materials, a library of

6  scene metadata, and a library of camera setting images; b. Constructing, by a computer

7  graphics engine, a synthetic image scene having an image scene class specified in a scene

8  metadata file, including selecting a background image, populating a foreground with 3D

9  models, and covering the 3D models with texture materials; c. Placing a virtual camera within

10  the synthetic image scene to capture a camera view defined by camera settings; and d.

11  Generating synthetic images for training a machine learning system for computer vision

12  applications.

13      37.    Defendant's VisionStream product performs substantially similar steps by

14  generating synthetic image data for training its AI models. Specifically, VisionStream's ability

15  to autonomously learn what "good" looks like and detect defects in production parts indicates

16  the use of synthetic image scenes constructed with background images, 3D models, and

17  textures, as well as virtual camera settings to simulate realistic capture conditions, as claimed

18  in the '272 Patent.

19      38.    On information and belief, Defendant's VisionStream product uses a computer

20  graphics engine to construct synthetic image scenes by selecting background images and

21  3D models associated with specific scene classes (e.g., manufacturing scenes), applies

22  texture materials to objects within the scenes, and uses virtual camera settings to generate

23  synthetic images for training its machine learning system to perform defect detection, which

24  aligns with the computer vision applications described in the '272 Patent, such as object

25  classification and feature tracking.

26      39.    Defendant's    marketing    materials    on    elementaryml.com    emphasize

27  VisionStream's capability to operate without image labeling and to generate AI models

28  rapidly, which suggests the use of synthetic image data generation techniques that infringe

Fry Law Corporation
Trial Attorneys

1    the methods and systems of the '272 Patent.

2        40.    Defendant directly infringes under 35 U.S.C. § 271(a) by making, using, selling,

3    or importing the accused software in the U.S. Based on technical documentation and publicly

4    available information, Defendant exercises direct control over and performs each step of the

5    claimed methods through its development, testing, and deployment of the accused software,

6    including the infringing features.

7        41.    On information and belief, Defendant actively induces infringement under 35

8    U.S.C. § 271(b) by specifically encouraging and providing detailed instructions to customers,

9    including those in the United States, to use its software in a manner that directly infringes the

10    Asserted Patents. Defendant provides tutorials, user guides, and other implementation

11    resources on its website that facilitate the use of the infringing features. Defendant had actual

12    knowledge of the Asserted Patents at least as of the date it received AIIA's demand letter.

13    Despite this, Defendant continued to promote and support the use of its software in a manner

14    that practices the claimed methods.

15        42.    On information and belief, Defendant's promotional materials describe features

16    of its software that align with the capabilities claimed in the Asserted Patents. These

17    representations, coupled with Defendant's targeted marketing for imaging applications in the

18    United States, support an inference of specific intent to encourage use of the software in a

19    manner that infringes.

20        43.    On information and belief, Defendant contributes to infringement under 35

21    U.S.C. § 271(c) by offering and providing modules within its software that implement each

22    element of the claimed methods. These modules are exclusively designed and marketed for

23    the infringing functionalities, with no substantial non-infringing use, as they are integral to the

24    software's image enhancement workflows. Additional confirmation of these features may be

25    found through discovery, including software specifications and internal architecture

26    documents. Based on Defendant's widespread deployment and licensing of its software to

27    customers across the United States, AIIA has suffered significant monetary damages from

28    Defendant's infringement. **AIIA seeks damages of at least $100 million for Defendant's**

Fry Law Corporation
Trial Attorneys

1 **infringement, including lost profits and reasonable royalties, pursuant to 35 U.S.C. §**

2 **284.**

3                                        **INJUNCTIVE RELIEF**

4        44.     AIIA will suffer irreparable harm absent injunctive relief as a result of

5 Defendant's ongoing infringement. AIIA and Defendant compete in the same field of

6 developing and offering software solutions for photo and video enhancement. AIIA has

7 invested millions of dollars in researching, developing, and patenting its technologies, which

8 represent the foundation of its competitive position and commercial offerings in the imaging

9 market. Defendant's unauthorized use of the patented methods threatens to erode AIIA's

10 market share, reduce licensing opportunities, and diminish the value of its intellectual

11 property, causing harm that cannot be fully remedied through monetary damages alone.

12        45.     Defendant's unauthorized use of AIIA's patented technologies has directly

13 caused quantifiable harm to AIIA, including documented erosion of market position,

14 systematic pricing pressure, and significant loss of competitive advantage in the imaging

15 sector. On information and belief, some customers have chosen Defendant's offerings due

16 in part to its infringing features. These developments have contributed to reputational harm

17 and impaired AIIA's ability to command premium pricing based on its innovation. As a result,

18 AIIA's ability to maintain its market position has been materially and irreparably harmed.

19 Monetary damages alone are insufficient to address these cumulative harms.

20        46.     AIIA is informed and believes, and on that basis alleges, that Defendant knew

21 or should have known that its software was especially made or adapted to facilitate

22 infringement of the Asserted Patents, as evidenced by: (1) specific product documentation

23 describing features that implement the claimed methods, (2) promotional materials

24 demonstrating the software's specialized capabilities, and (3) technical specifications

25 showing the modules' dedicated purposes for imaging enhancement. These materials

26 suggest that the software was designed to achieve results aligned with the patented

27 processes and, based on current information, lacks substantial non-infringing uses.

28        47.     AIIA will suffer irreparable harm absent an injunction because Defendant's

Fry Law Corporation
Trial Attorneys

---

Fry Law Corporation
Trial Attorneys

1   infringement directly causes AIIA to lose market share, customer relationships, and licensing

2   opportunities in the imaging market. First, regarding irreparable harm, Defendant's

3   unauthorized use of AIIA's patented technologies enables direct competition for the same

4   customers, resulting in the loss of not only immediate sales but also long-term relationships

5   and follow-on business. The specialized nature of imaging implementations means these

6   relationships, once lost, are extremely difficult to recover due to high switching costs and

7   multi-year integration commitments. Second, monetary damages are inadequate because

8   the harm extends beyond just lost sales to include price erosion, reputational damage, and

9   lost market momentum in a rapidly evolving field. Third, the balance of hardships strongly

10  favors AIIA because Defendant can implement non-infringing alternatives while AIIA faces

11  permanent market displacement and damage to its innovation-based business model.

12  Fourth, the public interest supports an injunction because protecting valid patent rights in

13  imaging technology encourages continued investment in innovation that ultimately benefits

14  consumers.

15      48.   Defendant's alleged infringement is willful and egregious. On information and

16  belief, Defendant had pre-suit knowledge of the Asserted Patents based on publicly available

17  indicators of its industry monitoring, such as participation in imaging technology forums and

18  review of competitor offerings. Despite this knowledge, Defendant continued marketing and

19  deploying features that align with the patented technologies, without seeking a license or

20  altering its software. Its post-filing conduct—including the continued promotion and use of

21  the accused features—demonstrates deliberate disregard for AIIA's patent rights. Such

22  behavior supports a finding of willfulness and may justify enhanced damages.

23      49.   AIIA has sustained significant and irreparable economic harm from Defendant's

24  infringing activities that cannot be adequately compensated by monetary damages alone.

25  Based on AIIA's internal licensing efforts and understanding of procurement outcomes,

26  customers such as Toyota and companies in the aerospace/defense sectors, with operations

27  in California,  have selected Defendant's competing products. Upon information and belief,

28  procurement decision-makers cited the infringing features as key selection factors. These

1   lost opportunities represent not just monetary losses, but lasting harm to AIIA's competitive

2   position, client relationships, and role in shaping innovation standards within the imaging

3   field. In this relationship-driven market, lost customer engagements significantly impact long-

4   term business development and reputation.

5           **COUNT I: PATENT INFRINGEMENT OF U.S. PATENT NO. 9,930,315**

6           50.     The allegations of each preceding paragraph are incorporated herein by

7   reference as if fully restated herein.

8           51.     Pursuant to 35 U.S.C. § 282, the '315 patent is presumed valid and

9   enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

10          52.     Defendant has had knowledge of Plaintiff's assertion of infringement of the '315

11  patent since the date it received AIIA's demand letter.

12          53.     Defendant has infringed and continues to infringe at least Claim 1 of the '315

13  Patent under 35 U.S.C. § 271(a) by making, using, selling, and offering for sale the Products.

14          54.     Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging

15  customers to use the Products in an infringing manner through tutorials and documentation.

16  Defendant contributes to infringement under 35 U.S.C. § 271(c) by providing modules within

17  the Products that are specifically designed for the infringing method with no substantial non-

18  infringing use.

19          55.     Plaintiff's patent registrations are valid, in full force and effect, unrevoked and

20  uncanceled.

21          56.     These infringing articles, as alleged above, have not been authorized in any

22  manner by Plaintiff, nor has Defendant ever been authorized or otherwise granted the right

23  to use, offer for sale, sell, or distribute software for photo and video enhancement according

24  to the '315 Patent.

25          57.     On information and belief, Defendant's actions relating to the development,

26  offer for sale, and sale of the accused infringing product were done by and for the benefit of

27  Defendant.

28          58.     As a result of its infringement of the '315 patent, Defendant has damaged and

Fry Law Corporation
Trial Attorneys

1    continues to damage Plaintiff. Defendant has derived and received gains, profits, and

2    advantages from the aforesaid acts of infringement, and Plaintiff has lost profits and has

3    otherwise been damaged.  Defendant is liable to Plaintiff in an amount to be determined at

4    trial that adequately compensates Plaintiff for Defendant's infringement of the '315 patent,

5    which by law can be no less than a reasonable royalty.

6        59.    Plaintiff seeks a judgment that Defendant directly infringed, induced

7    infringement of, and contributed to infringement of one or more claims of the '315 patent by

8    the development, offer for sale, and sale of the accused infringing product in the United

9    States.

10        60.    Upon information and belief, Defendant has continued its infringement despite

11    notice and offers to license, making such infringement willful, making this an exceptional case

12    under 35 U.S.C. § 285 and entitling Plaintiff to attorney's fees under 35 U.S.C. § 285 and

13    treble damages under 35 U.S.C. § 284.

14        61.    The harm to Plaintiff resulting from the infringing acts of Defendant is

15    irreparable, continuing, not fully compensable by money damages, and will continue unless

16    permanently enjoined by this Court.

17    **COUNT II: PATENT INFRINGEMENT OF U.S. PATENT NO. 10,075,693**

18        62.    The allegations of each preceding paragraph are incorporated herein by

19    reference as if fully restated herein.

20        63.    Pursuant to 35 U.S.C. § 282, the '693 patent is presumed valid and

21    enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

22        64.    Defendant has had knowledge of Plaintiff's assertion of infringement of the '693

23    patent since the date it received AIIA's demand letter.

24        65.    Defendant has infringed and continues to infringe at least Claim 1 of the '693

25    Patent by making, using, selling, and offering for sale the Products which practice the claimed

26    method for creating three-dimensional images. Defendant induces and contributes to

27    infringement as described above.

28        66.    Plaintiff's patent registrations are valid, in full force and effect, unrevoked and

Fry Law Corporation
Trial Attorneys

1    uncanceled.

2        67.    These infringing articles, as alleged above, have not been authorized in any

3    manner by Plaintiff, nor has Defendant ever been authorized or otherwise granted the right

4    to use, offer for sale, sell, or distribute software for photo and video enhancement according

5    to the '693 Patent.

6        68.    On information and belief, Defendant's actions relating to the development,

7    offer for sale, and sale of the accused infringing product were done by and for the benefit of

8    Defendant.

9        69.    As a result of its infringement of the '693 patent, Defendant has damaged and

10   continues to damage Plaintiff. Defendant has derived and received gains, profits, and

11   advantages from the aforesaid acts of infringement, and Plaintiff has lost profits and has

12   otherwise been damaged.  Defendant is liable to Plaintiff in an amount to be determined at

13   trial that adequately compensates Plaintiff for Defendant's infringement of the '693 patent,

14   which by law can be no less than a reasonable royalty.

15       70.    Plaintiff seeks a judgment that Defendant directly infringed, induced

16   infringement of, and contributed to infringement of one or more claims of the '693 patent by

17   the development, offer for sale, and sale of the accused infringing product in the United

18   States.

19       71.    Upon information and belief, Defendant has continued its infringement despite

20   notice and offers to license, making such infringement willful, making this an exceptional case

21   under 35 U.S.C. § 285 and entitling Plaintiff to attorney's fees under 35 U.S.C. § 285 and

22   treble damages under 35 U.S.C. § 284.

23       72.    The harm to Plaintiff resulting from the infringing acts of Defendant is

24   irreparable, continuing, not fully compensable by money damages, and will continue unless

25   permanently enjoined by this Court.

26       **COUNT III: PATENT INFRINGEMENT OF U.S. PATENT NO. 11,257,272**

27       73.    The allegations of each preceding paragraph are incorporated herein by

28   reference as if fully restated herein.

Fry Law Corporation
Trial Attorneys

74.    Pursuant to 35 U.S.C. § 282, the '272 patent is presumed valid and enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

75.    Defendant has had knowledge of Plaintiff's assertion of infringement of the '272 patent since the date it received AIIA's demand letter.

76.    Defendant has infringed and continues to infringe at least Claim 1 of the '272 Patent by making, using, selling, and offering for sale the Products. Defendant induces and contributes to infringement as described above.

77.    Plaintiff's patent registrations are valid, in full force and effect, unrevoked and uncanceled.

78.    These infringing articles, as alleged above, have not been authorized in any manner by Plaintiff, nor has Defendant ever been authorized or otherwise granted the right to use, offer for sale, sell, or distribute software for photo and video enhancement according to the '272 Patent.

79.    On information and belief, Defendant's actions relating to the development, offer for sale, and sale of the accused infringing product were done by and for the benefit of Defendant.

80.    As a result of its infringement of the '272 patent, Defendant has damaged and continues to damage Plaintiff. Defendant has derived and received gains, profits, and advantages from the aforesaid acts of infringement, and Plaintiff has lost profits and has otherwise been damaged.  Defendant is liable to Plaintiff in an amount to be determined at trial that adequately compensates Plaintiff for Defendant's infringement of the '272 patent, which by law can be no less than a reasonable royalty.

81.    Plaintiff seeks a judgment that Defendant directly infringed, induced infringement of, and contributed to infringement of one or more claims of the '272 patent by the development, offer for sale, and sale of the accused infringing product in the United States.

82.    Upon information and belief, Defendant has continued its infringement despite notice and offers to license, making such infringement willful, making this an exceptional case

1   under 35 U.S.C. § 285 and entitling Plaintiff to attorney's fees under 35 U.S.C. § 285 and

2   treble damages under 35 U.S.C. § 284.

3       83.     The harm to Plaintiff resulting from the infringing acts of Defendant is

4   irreparable, continuing, not fully compensable by money damages, and will continue unless

5   permanently enjoined by this Court.

6                        **COUNT IV: TEMPORARY INJUNCTION**

7       84.     The allegations of each preceding paragraph are incorporated herein by

8   reference as if fully restated herein.

9       85.     AIIA is entitled to a preliminary injunction pursuant to 35 U.S.C. § 283 and

10  Federal Rule of Civil Procedure 65. A preliminary injunction is appropriate where the plaintiff

11  demonstrates:

12              A.     A likelihood of success on the merits;

13              B.     A likelihood of irreparable harm in the absence of preliminary relief;

14              C.     That the balance of equities favors the plaintiff; and

15              D.     That an injunction serves the public interest.

16  *See eBay Inc. v. MercExchange*, 547 U.S. 388, 391 (2006); *Tinnus Enters., LLC v.*

17  *Telebrands Corp.*, 846 F.3d 1190, 1202 (Fed. Cir. 2017); *Celsis in Vitro, Inc. v. CellzDirect,*

18  *Inc.*, 664 F.3d 922, 926–30 (Fed. Cir. 2012).

19      86.     Based on the specific facts alleged above regarding AIIA's patent rights,

20  competitive position, and Defendant's conduct, AIIA satisfies each element required for a

21  preliminary injunction:

22      87.     Defendant's software products directly infringe the Asserted Patents by

23  implementing the claimed methods. Defendant also indirectly infringes through inducement

24  and contributory infringement, as evidenced by its promotional materials and customer

25  support. The Asserted Patents are presumed valid, and no substantial question of invalidity

26  has been raised.

27      88.     AIIA faces concrete and irreparable harm from Defendant's continued use of

28  the patented technologies, including lost licensing opportunities, erosion of market share,

Fry Law Corporation
Trial Attorneys

1  and diminished reputation in the AI imaging market. The relationship-driven nature of this

2  market means these losses cannot be adequately quantified or remedied through monetary

3  damages alone.

4      89.    The balance of hardships favors AIIA. While Defendant would only need to

5  temporarily suspend specific infringing features, AIIA continues to suffer permanent and

6  irreversible damage to its core market position and licensing model. Defendant has the

7  resources and technical capabilities to pursue non-infringing alternatives.

8      90.    The public interest strongly favors injunctive relief because protecting valid

9  patents in the AI imaging sector encourages innovation and ensures continued investment

10  in technologies that benefit consumers. The requested injunction would not disrupt customer

11  access, as alternative non-infringing products remain available.

12      91.    Pursuant to Fed. R. Civ. P. 65(d), AIIA respectfully requests that the Court enter

13  a preliminary injunction enjoining Defendant, its officers, agents, servants, employees, and

14  all persons in active concert or participation with them, from engaging in the following acts

15  during the pendency of this action:

16      92.    Manufacturing, marketing, distributing, selling, or licensing the accused

17  software products, or any product not more than colorably different from them, that

18  incorporates the infringing features;

19      93.    Encouraging, instructing, or enabling customers to use the accused software

20  in a manner that practices the patented methods;

21      94.    Publishing documentation or promotional materials that depict or endorse the

22  use of the accused features.

23                          **PRAYER FOR RELIEF**

24      WHEREFORE, Plaintiff demands judgment, an award of equitable relief, and

25  monetary relief against Defendant, as follows:

26      A.    Enter judgment that Defendant has  infringed one or more claims of the

27          Asserted Patents under 35 U.S.C. §§ 271(a), (b), and/or (c);

28      B.    Enter a temporary, preliminary, and permanent injunction pursuant to 35 U.S.C.

Fry Law Corporation
Trial Attorneys

1    § 284, 17 U.S.C.§ 502(a), and Fed. R. Civ. P. 65, enjoining Defendant, its
2    officers, agents, employees, and all persons acting in concert with them, from
3    continued infringement of the Asserted Patents through the manufacture,
4    marketing, distribution, or support of the accused software or any product not
5    more than colorably different. Plaintiff has begun to suffer irreparable harm,
6    including loss of market position, erosion of customer relationships, and
7    diminished licensing opportunities in the imaging software sector. Plaintiff
8    asserts that these harms cannot be adequately remedied by monetary
9    damages and are likely to continue absent injunctive relief, warranting equitable
10   intervention;

11   C.   Award damages adequate to compensate for Defendant's infringement,
12        including lost profits and reasonable royalties, and, if supported by discovery,
13        enhanced damages under 35 U.S.C. § 284. Plaintiff believes Defendant
14        received pre-suit notice of the Asserted Patents and continued infringing
15        conduct thereafter. Plaintiff further alleges, on information and belief, that
16        Defendant copied features of the patented technologies despite knowing of the
17        patents and failed to implement available non-infringing alternatives. Plaintiff
18        reserves the right to supplement the record with specific documentation
19        supporting these allegations during discovery;

20   D.   Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the
21        Court's inherent authority, that upon Plaintiff's request, the applicable
22        governing Internet marketplace website operators and/or administrators for the
23        Seller IDs who are provided with notice of an injunction issued by the Court
24        disable and/or cease facilitating access to the Seller IDs, associated
25        ecommerce stores and websites, and any other alias seller identification names
26        being used and/or controlled by Defendant to engage in the business of
27        marketing, offering to sell, and/or selling goods bearing infringements of
28        Plaintiff's patents.

Fry Law Corporation
Trial Attorneys

**COMPLAINT**

E.    Entry of an Order pursuant to 28 U.S.C. § 1651(a), and the Court's inherent authority, that upon Plaintiff's request, any Internet marketplace website operators and/or administrators for the Seller IDs who are provided with notice of an injunction issued by the Court, identify any name, address and e-mail address known to be associated with Defendant's Seller IDs.

F.    Entry of an order that, upon Plaintiff's request, Defendant and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, and its related companies and affiliates, identify and restrain all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the Seller IDs or other alias seller identification or e-commerce store names, domain names and/or websites used by Defendant presently or in the future, as well as any other related accounts of the same customer(s) and any other accounts which transfer funds into the same financial institution account(s), to be surrendered to Plaintiff in partial satisfaction of the monetary judgment entered herein.

G.    Entry of an Order requiring Defendant to account and pay Plaintiff for all profits and damages resulting from Defendant's copyright infringements, together with appropriate interest thereon; that Defendant be required to account to Plaintiff for, and disgorge to Plaintiff, and to pay to Plaintiff, all the gains, profits, savings and advantages realized by Defendant from its acts of infringement described above; or, at Plaintiff's election, that Plaintiff be awarded statutory damages from Defendant for all infringements involved with respect to any one work, for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally.

H.    Entry of a judgment and award of Defendant's total profits in an amount subject to proof at trial, pursuant to 35 U.S.C. § 289;

I.    Entry of a judgment and award of Defendant's total profits in an amount subject to proof at trial, pursuant to 35 U.S.C. § 289.

1    J.    Award pre- and post-judgment interest as permitted by law;

2    K.    Entry of an Order finding this case is exceptional under 35 U.S.C. § 285 and

3          awarding Plaintiff its costs, expenses, and disbursements incurred in this

4          action, including reasonable attorney's fees as available by law to be paid by

5          Defendant;

6    L.    Award damages of at least $100 million for Defendant's infringement, including

7          lost profits and reasonable royalties, pursuant to 35 U.S.C. § 284;

8    M.    Entry of an award of prejudgment interest on the judgment amount; and

9    N.    Grant such other and further relief as the Court deems just and proper.

10                                  **DEMAND FOR JURY TRIAL**

11   Plaintiff demands trial by jury on all issues so triable.

12

13   DATED: September 3, 2025                    Respectfully submitted,

14

15                                       **FRY LAW CORPORATION**

16

17                                       By: _____

18                                           Christopher J. Fry, Esq.
                                             *Attorney for Plaintiff*

19

20

21

22

23

24

25

26

27

28

---

**COMPLAINT**
24

EXHIBIT A

EXHIBIT A



US011257272B2

(12) **United States Patent**
Rowell et al.

(10) Patent No.: **US 11,257,272 B2**
(45) Date of Patent: **Feb. 22, 2022**

(54) **GENERATING SYNTHETIC IMAGE DATA FOR MACHINE LEARNING**

(71) Applicant: **Lucid VR, Inc.**, Santa Clara, CA (US)

(72) Inventors: **Adam Rowell**, Mountain View, CA (US); **Sheldon Fernandes**, San Jose, CA (US); **Han Jin**, Milpitas, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/395,077**

(22) Filed: **Apr. 25, 2019**

(65) **Prior Publication Data**

US 2020/0342652 A1    Oct. 29, 2020

(51) **Int. Cl.**
| | |
|---|---|
| *G06T 15/00* | (2011.01) |
| *G06T 17/20* | (2006.01) |
| *G06T 7/73* | (2017.01) |
| *G06T 7/80* | (2017.01) |
| *G06K 9/62* | (2022.01) |
| *G06T 7/50* | (2017.01) |
| *G06T 1/00* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *G06T 15/005* (2013.01); *G06K 9/6256* (2013.01); *G06T 1/0014* (2013.01); *G06T 7/50* (2017.01); *G06T 7/75* (2017.01); *G06T 7/85* (2017.01); *G06T 17/20* (2013.01)

(58) **Field of Classification Search**
CPC ......... G06T 19/00; G06T 17/20; G06T 17/00; G06T 15/10; G06T 15/00
USPC ....................................................... 345/419
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2019/0057519 A1* | 2/2019 | Cinnamon | .............. G06T 17/30 |
| 2019/0199993 A1* | 6/2019 | Babu J D | ............. H04N 13/128 |

* cited by examiner

*Primary Examiner* — Gordon G Liu

(57) **ABSTRACT**

Described are systems and methods for generating synthetic image data including synthetic images, depth information, and optical flow data. Embodiments of the invention assemble image scenes from virtual objects and capture realistic perspectives of images scenes as synthetic images. Realistic perspectives captured in synthetic images are defined by camera views created from camera settings files. To simulate capture performance of smartphone cameras, stereo cameras, and other actual camera devices, capture, calibration, and camera intrinsic parameters included in camera settings files are identical to parameters included in actual cameras. Synthetic image datasets generated by the systems and methods described herein are used to train machine learning systems generating machine learning models for performing computer vision tasks.

**18 Claims, 11 Drawing Sheets**



U.S. Patent          Feb. 22, 2022          Sheet 1 of 11          US 11,257,272 B2



**FIG. 1**



FIG. 2

U.S. Patent     Feb. 22, 2022     Sheet 3 of 11     US 11,257,272 B2



FIG. 3



**FIG. 4**



**FIG. 5**



**FIG. 6**

500

Camera Settings File

510    Camera Position  Data

520    Camera Intrinsic Parameters

530    Camera Calibration Metadata

540    Camera Capture Settings

741    Zoom - 1x, 2x, 3x, 6x...

742    Focus - 0.01mm, 0.02mm...

743    Baseline - 1cm, 2cm, 6cm...

744    Convergence plane depth - 1m, 3m, 5m...

745    Lighting - position, number of light sources...

746    ...

550    Image Augmentation Settings

750    Camera blur - gaussian, motion

751    Lens distortion - FOV, X or Y skew

752    Lens flare

753    Polar coordinate distortion

754    Image noise - gaussian, fixed pattern, banding

755    ...

**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**



1101

Receive a background image database, an object database, a library of texture materials, and a library of camera settings files

1102

Compile scene components by selecting a background image from the database of background images, selecting a 3D model from the object database, and selecting a texture material from the library of texture materials

1103

Assemble an image scene by arranging the background image in a background portion of the image scene and the 3D model in a foreground portion of the image scene; and covering the 3D model with a texture material

1104

Place at least one virtual camera in a foreground portion of the image scene

1105

Generate a camera view for the virtual camera wherein the camera view captures a portion of the image scene included in an image plane  defined by a camera settings file

1106

Incrementally varying at least one parameter included in the camera settings file to generate a series of camera views with each camera view having a unique image plane

1107

Rendering projection coordinates of each unique image plane in the series of camera views as a synthetic image

1108

Rendering additional image data channels for each unique image plane included in the series of camera views

**FIG. 11**

US 11,257,272 B2

1

# GENERATING SYNTHETIC IMAGE DATA FOR MACHINE LEARNING

## CROSS REFERENCE TO RELATED APPLICATIONS

This application relates to patent application Ser. No. 16/254,542 entitled "REAL TIME RE-CALIBRATION OF STEREO CAMERAS" filed Jan. 22, 2019 and U.S. patent application Ser. No. 16/166,018 entitled "3D CAMERA CALIBRATION FOR ADJUSTABLE CAMERA SETTINGS" filed Oct. 19, 2018; both of which are incorporated by reference herein in their entirety.

## BACKGROUND

Computer vision (CV) is a technical discipline that allows computers, electronic machines, and connected devices to gain high-level understanding from digital images or videos. Typical CV tasks include scene reconstruction, event detection, video tracking, object recognition, 3D pose estimation, boundary identification, motion estimation, object tracking, facial recognition, object counting, 3D imaging, image enhancement and image restoration. Nearly all CV tasks involve processing pixel data (e.g., RGB and grayscale image data) along with additional channels of image data including depth, image segmentation, image noise, boundaries between captured objects, captured object speed, and captured object direction. To provide additional image data channels, many CV applications leverage sensor data collected by multi-sensor devices including optical sensors, motion sensors, depth sensors, touch sensors, acoustic sensors, location sensors, etc. In contrast, stereo camera systems generate additional channels of image data by synthesizing the disparity between pixels included in captured right and left stereo images. Stereo camera systems thereby provide sufficient sensor data for performing CV tasks without the expense of complex sensor hardware.

Traditionally, CV tasks are performed using computationally expensive algorithms (e.g., stereo matching algorithms for determining disparity between two stereo images). Continued adherence to Moore's law, the advent of cloud computing, and the growing importance of sensor systems have made traditional CV algorithms more prevalent than ever before. Every year a tremendous amount of research is done to improve and refine existing classical CV approaches as well as invent new algorithms for CV. Despite rapid improvement in the accuracy of algorithmic approaches to CV, the computational and energy expense of executing classical CV algorithms make mobile implementations impractical.

To meet rising demand for more capable mobile computing devices, new paradigms of CV techniques have emerged. Machine learning methods of CV are the most developed and widely adopted new approach. The profuse proliferation of data including images on the internet over the last five to ten years, has allowed data intensive techniques including machine learning to flourish. Recently, both rules based (e.g., decision trees, random forest, and Bayesian models) and learning based (e.g., neural networks and deep learning models) machine learning techniques have been applied to CV problems with significant success. By isolating computationally and energy expensive processing to a training stage (usually performed by virtual machines in the cloud), machine learning approaches remove barriers to performing CV tasks on mobile devices. Once trained, complex and highly accurate machine learning models are downloaded to

2

mobile device memory and quickly inferenced by mobile processors to perform CV tasks (e.g., facial recognition, depth sensing, image reconstruction, image augmentation or enhancement, object tracking, image segmentation, etc.).

Training neural networks to generate accurate machine learning models for CV applications requires vast amounts of image data. Neural networks capable of rivaling the accuracy of traditional CV methods must ingest a wide variety of specialized image data. For example, to generate a model identifying images including chairs a neural network is trained on many images including images having chairs of various shapes and types, images without chairs, and many edge case images including objects that resemble chairs but are not chairs. Model accuracy and training time required by each neural network depends heavily on the composition of the training data. Therefore, selecting the right data to incorporate into a training data set is critical in most machine learning techniques.

Despite the amount of photographs available online, image data for training CV networks is scarce. For a license fee, large amounts of 2D RGB images are available, however, without additional image data channels or stereo image pairs, the range of problems networks can be trained to solve is limited (e.g., simple image classification or object identification). To perform more complex CV tasks (e.g., facial recognition, object tracking, image segmentation, image reconstruction, etc.), more advanced training data is required. Although a few open source databases of stereo images exist (e.g., Middlebury, KITTI, and MPI Sintel), these databases include one thousand or less images and each capture a limited type of subject matter (e.g., street views of suburban scenes). Therefore, most datasets for training stereo CV models are captured using expensive and time consuming manual processes. Depending on the lighting conditions, camera device used, skill of the photographer, and subject of the photograph, manually captured images may also be low quality due to occlusion zones, noise, and other defects.

Thus, there is a need in the field of CV to create training data sets comprising synthetic images generated using automated processes. The embodiments of the present invention provide methods for generating synthetic image data including RGB image pixel data and additional image data channels (e.g., ground truth disparity data, depth information, image noise data, image segmentation information, and object tracking information). Empirical evidence suggests synthetic image data is just as effective as manually captured images for training neural networks and other machine learning systems. Therefore, synthetic image data generated using the methods described herein is useful as training data for machine learning systems.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram showing components a synthetic image generation module that generates synthetic images and image data channels.

FIG. 2 is an image projection diagram showing an example process for capturing synthetic images of a 3D scene.

FIG. 3 shows a sample set of synthetic image outputs provided by the synthetic image generation module including synthetic stereo images and depth maps.

FIG. 4 shows a sample set of augmented synthetic image outputs provided by the synthetic image generation module including synthetic images augmented by an image degradation or effect.

US 11,257,272 B2

3

FIG. **5** is a block diagram illustrating an example camera setting file with camera position data and camera intrinsic parameters shown in detail.

FIG. **6** is a block diagram illustrating an example camera setting file with camera calibration metadata shown in detail.

FIG. **7** is a block diagram illustrating an example camera setting file, wherein camera capture settings and image augmentation settings shown in detail.

FIG. **8** is a flow chart illustrating an example process for generating synthetic images and augmented synthetic images.

FIG. **9** is a flow chart illustrating an example process for assembling a training database including synthetic stereo images and additional image data channels.

FIG. **10** is a block diagram representation of an example data storage architecture included in a storage device.

FIG. **11** is a block diagram representation of an example method for generating synthetic image data capturing a camera view of a synthetic image scene.

DETAILED DESCRIPTION

The present invention comprises systems and methods for generating synthetic image data including RGB images and additional image data channels. The synthetic image generation system described herein may generate single images or stereo image pairs using a variety of processing methods. In some embodiments, synthetic images are generated by assembling 2D backgrounds, objects, and textures into an image scene and orienting one or more virtual cameras within the scene according to one or more camera setting files. In other examples, synthetic images are produced by orienting one or more virtual cameras within a 3D scene according to one or more camera setting files. Camera setting files include camera position data and other parameters defining the image plane captured in the synthetic image. Synthetic images and additional image data channels generated using the methods described herein are useful for training neural networks to perform CV tasks including facial recognition, depth sensing, image reconstruction, image augmentation or enhancement, object tracking, image segmentation, etc. Generated synthetic images and image data channels are also useful for improving the functionality of camera devices, for example, by providing data for intelligent auto focus, performance feedback for camera tuning, and error adjustment simulations for auto calibration.

Systems and methods of generating synthetic data described herein improve machine learning in the field of CV by removing barriers to obtaining image data for training neural networks and other machine learning systems. In particular, resource and time intensive manual image capture tasks including scene construction, camera operation for image capture, and post processing steps generating additional image channels are accelerated by the systems and methods of the present invention. Executing one or more routines to virtually perform scene creation, scene capture, and generation of additional image data channels allows the synthetic image generation system to produce vast quantities of image data at a fraction of the time and cost of conventional methods.

Images created by the system described herein also include new varieties of synthetic images captured using camera settings accurately modeling the actual camera devices. In some embodiments, realistic, camera device specific synthetic images are provided by synthetic image generating systems and methods described herein. To produce device specific synthetic images, parameters included in camera setting file (e.g., camera intrinsic, camera extrinsics, and camera calibration metadata) may define an image plane identical to the image plane of a known mono camera or stereo camera device. Additional camera setting file parameters including camera calibration metadata, camera capture settings, image augmentation settings, and camera intrinsics may also be set to values that mirror the parameters of actual camera devices. The range of adjustment of these parameters may also be set identical to the parameter ranges of actual camera devices. By generating synthetic images using camera setting files having camera specifications, features, and camera calibration metadata identical to existing camera devices, the systems and methods described herein provide synthetic images simulating the actual use and performance of exiting camera devices. Introducing lens distortion, blur, noise, glare, and other defects into the synthetic images simulates capture errors occurring during actual use. The systems and methods described herein use the synthetic image data to improve the performance of existing camera devices by testing different camera settings under the same capture conditions to discover and implement adjustments required to alleviate capture errors.

Conventional methods of aggregating image datasets rely on manual steps performed by a photographer. To capture images of a particular subject or scene, a photographer must travel to a location were the scene exists or design a set having the desired characteristics. Conventional scene construction is highly qualitative and imprecise absent a detailed blueprint illustrating the specific objects, scene dimensions, arrangements of foreground and background elements, object depths, and other scene characteristics. Once on site, photographers wait for the ideal lighting, weather, and other capture conditions to occur. Similarly, for designed sets, additional lighting equipment must be installed on set before capture. By providing routines for selecting scene elements from a library of background images, foreground objects, and texture, the systems and methods of generating synthetic image data described herein remove the time and location constraints of manual scene construction. The systems and methods of the invention also enable more precise scene construction wherein exact values for scene dimensions, object sizes, object depths, and other scene characteristics are known and customizable throughout scene construction.

The systems and methods of generating synthetic image data also reduce the time, expense, and difficulty of scene capture. Routines for incrementally varying camera orientation (e.g., position, objection depth, field of view, etc.) and camera capture settings (e.g., zoom, focus, baseline, etc.) may be implemented by systems and methods of the present invention to create hundreds or thousands of images depicting unique perspectives of a scene in minutes or seconds. Camera orientation and camera capture settings are also precisely defined in camera settings files to provide specific camera location and capture setting values for each synthetic image. Systems and methods described herein may vary the camera location and camera capture settings in real time to generate a customized library of synthetic images having one or more scene views or perspectives required for a particular application. Conventional methods of capturing different scene views are imprecise, qualitative, time consuming, and expensive. Even for highly skilled photographers with an unlimited budget, obtaining a complex set of precise scene views (e.g., a comprehensive set of incrementally spaced perspectives captured from a consistent depth) may be impossible. Manual generation of simpler scene perspective compilations takes hours and does not provide

US 11,257,272 B2

5

precise values for camera location. If known by the photographer, camera capture settings used to generate each perspective must either be manually associated with each image or extracted from the image metadata during post processing.

Synthetic image data produced by the systems and methods of the present invention is rapidly iterative and can be edited, changed, and/or updated within seconds or minutes. For example, synthetic image sets for facial recognition tasks may be customized to include only faces set at various distances away from a capturing virtual camera. When producing image data used to train machine learning systems, the specifications and perspectives included in synthetic images generated by the systems and methods described herein may be updated in real time based on the training results. In one embodiment, the system for generating synthetic image data produces a face image dataset including thousands of images of faces for training facial recognition machine learning systems (e.g., a neural network). Different iterations of the synthetic face image dataset may be developed by the synthetic image generation system in advance of training. Then, if a particular iteration of the synthetic face image dataset provides more accurate models, the synthetic image generation system may be modified during training to produce synthetic images having the characteristics of the optimal iteration of the synthetic face image dataset.

In some embodiments, models produced by a network trained on face images of subjects captured from the shoulders up 1-2 m away from a virtual camera are more accurate than models produced by a network trained on face images with other specifications (e.g., face images of subjects less captured from the neck up, face images of subjects less than 1 m away from a virtual camera, etc.). To maximize accuracy of the facial recognition model, the synthetic image generation system may be modified to produce a library of synthetic images having similar characteristics to the images providing the best results during training. By rapidly generating a large library of images having characteristics of the most effective training images, the synthetic image generation system avoids overfitting problems observed in many machine learning systems trained on a limited amount of images. Therefore, the systems and methods of generating synthetic data described herein enhance the accuracy and extensibility of machine learning models trained on image data by providing scalable application specific training datasets having a sufficient images to avoid overfitting.

Systems and methods of generating synthetic image data also ensure the same image is not present more than once in a training set. Conventional methods of assembling image datasets including photographing live scenes, licensing image libraries, and scraping or aggregating images from the Internet do not provide precise control of images included in datasets. Thus, duplicate images may be included and/or datasets may be saturated with many highly similar images. The system for synthetic image generation described herein includes an image augmentation engine that introduces variation into synthetic images. The augmentation engine modifies synthetic images by adding noise, blur, special transformations, chromatic transformations, and other defects and/or augmentations to ensure synthetic image datasets are highly variable.

The synthetic image generation system also includes a synthetic image indexing module that provides image metadata for each synthetic image. The image metadata comprises synthetic image characteristics including scene composition (i.e., background, foreground objects, object

6

arrangement, textures, etc.), camera settings (e.g., camera intrinsics, camera extrinsics, camera calibration metadata, etc.), camera capture settings (e.g., zoom, focus, baseline, zero disparity plane depth, lighting conditions, etc.), and image augmentations. By referencing image metadata during the dataset generation, the synthetic image generation system avoids producing duplicate images and provides precise control of synthetic image characteristics.

Scenes generated by the synthetic image system described herein use encoded depth information to render scenes in 3D. Therefore, synthetic images capturing a particular scene projection include fully annotated ground truth depth information that is fully contiguous, dense, and accurate. Conventional methods of generating ground truth depth information include using a dedicated depth sensor (e.g., a time of flight sensor, dot field projection, LIDAR system, etc.). Additional sensor hardware is expensive and frequently these systems cannot generate depth information having ground truth level accuracy without extensive calibration and testing. Depth information may also be generated from disparity data obtained through stereo image synthesis. Depth information generated from stereo images, however, is generally not fully contiguous because any occlusion or defect in one of the images produces disparity occlusion at that location. Therefore, perfect stereo images are required to produce ground truth quality depth information from stereo images and this level of image quality is impossible without expensive camera hardware and ideal capture conditions. By using encoded depth information to generate ground truth quality depth information for all synthetic images, the synthetic image generation system provides significant time, cost, and accuracy advantages over conventional methods of generating ground truth data.

The synthetic image generation system also improves conventional systems of aggregating image information by providing fully annotated ground truth depth information in addition to pixel image data. Using encoded depth information, the synthetic image generation system may also generate additional channels of image data including image segmentation data and optical flow data. In some embodiments, image segmentation data may group and/or separate objects based on the distance away from a virtual capturing camera. Using image segmentation data the synthetic image generation system may identify occluded areas present in a scene perspective and provide additional information about the depth layers effected by lens effects and other image augmentations (e.g., glare, blur, noise, etc.) Optical flow data may include velocity channels indicating the speed of object motion from one image frame to the next and direction channels indicating the direction of object motion. Channels of optical flow data may be used for training one or more object tracking machine learning systems. Using conventional image aggregation techniques, it is impossible to generate the additional image channels provided by the synthetic image generation system (e.g., ground truth depth information, image segmentation data, and optical flow data) without costly, computationally involved, and energy intensive post capture processing steps. The combination of image pixel data and one or more additional image data channels provided by the synthetic image generation system may be used to train machine learning systems to perform complex CV tasks including object tracking, facial recognition, object classification, gesture tracking and control, object counting, 2D to 3D conversions, 3D scanning, simultaneous localization and mapping (SLAM), etc.

In summary, the synthetic image generation systems and methods provided by the present invention improve machine

US 11,257,272 B2

7

learning in the field of CV by reducing the time, cost, and photographic expertise required to generate datasets of images for training machine learning systems. Synthetic image data provided by the synthetic generation system is also more customizable, scalable, precisely controllable, and variable relative to image data produced by conventional methods. The synthetic image generation system may also rapidly generate large libraries of representative, highly varied synthetic images to avoid manual overfitting problems caused by truncated datasets. Additional image channels produced using encoded depth information present in scenes constructed by the synthetic image generation system further distinguish image data generated using the methods described herein from conventional techniques. By including depth data, image segmentation information, optical flow data, and noise information, image data provided by the synthetic image generation system is more complete and useful relative to image data generated by conventional methods.

Additionally, the synthetic image generation systems and methods described herein improve camera functionality by providing virtual simulations of device performance. By including identical parameters of actual camera devices in camera settings files used to generate projections of synthetic scenes, the synthetic image generation system allows virtual cameras to capture the same image plane as an actual camera device having the same location within a scene. Synthetic image capture using realistic parameters for camera settings accurately simulates device performance during capture. Post capture, the synthetic image generation system synthesizes synthetic images generated using camera settings of a particular device to provide feedback on the accuracy of depth information and camera calibration adjustments correcting for calibration errors that would be made by a camera capturing actual photos having the characteristics of the synthetic images.

Synthetic Image Datasets

Datasets for training and evaluating machine learning systems for CV applications must be sufficiently real, varied, and large. Most CV applications of machine learning perform classification, prediction, or generation tasks on real images. Therefore, synthetic images provided by systems and methods described herein are similar enough to real images to provide insight to machine learning systems about real images. Large machine learning systems should produce generalizable models capable of reliably performing tasks on a wide variety of images. For example, facial recognition models should be able to accurately identify faces regardless of age, gender, facial hair, ethnicity, glasses, hats, or other factors that differentiate one face from another. Similarly, models for generating depth maps should generate accurate depth information for a wide variety of scenes. To produce generalizable models, machine learning systems must be trained using a wide variety of images representative of the diverse image data models are expected to accurately process.

Synthetic image datasets provided by the systems and methods described herein are highly varied and rapidly scalable depending on the application of the machine learning system using the synthetic dataset as training data. The size of synthetic image datasets produced by the systems and methods described herein is rapidly iterative. The size of synthetic image datasets provided by the systems and methods described herein can be modified depending on the prevalence of manual overfitting, available computational and power resources, value of a loss and/or error function or other metrics, or other feedback describing training perfor-

8

mance and/or model accuracy. As a baseline, the open source image dataset MPI Sintel includes 1024 images. Models trained using this dataset often experience manual overfitting limitations due to the small size of the dataset. Therefore, at minimum, synthetic image datasets for training large machine learning systems provided by the systems and methods of the present invention include more than 1024 images.

In some embodiments, synthetic image data provided by the synthetic image data generation systems simulates actual camera performance and calibration. The synthetic image data generation system defines the image planes captured in synthetic images using one or more camera settings files. By setting the parameters (e.g., camera intrinsics, camera extrinsics, camera calibration metadata, camera capture settings, etc.) included in the camera settings files to mirror parameters used in actual camera devices, the synthetic image data generation system can simulate the captured image quality, calibration accuracy, and camera performance under challenging capture conditions when capturing synthetic images. In other words, virtual cameras used to capture synthetic images generated by the synthetic image data generation system are set up identical to actual camera devices in order to simulate the performance of actual camera devices using a variety of camera capture settings in a variety of capture conditions. Methods of tuning camera devices to optimize performance may also be discovered and tested using synthetic images provided by the systems and methods described below.

Challenging conditions that may be simulated by the synthetic image data generation system include lens effects including lens flares, dirty lenses, and wide or narrow lens field of view. Low lighting, glare, and other natural image degradations (e.g., atmospheric effects including fog) may also be simulated by the synthetic image data generation system. Performance across the complete range of values of each camera capture settings (e.g., focal plane depth, baseline, focus, zoom, etc.) included in a camera device may also be simulated by images provided by the synthetic image data generation system. For synthetic images simulating performance of camera devices including multiple cameras (e.g., stereo camera devices and multi-camera devices) the relative positions of the cameras and the stereo extrinsic calibration parameters may also be included in camera settings files used by the synthetic image data generation systems to define image places captured in synthetic images produced by virtual cameras.

Image data provided by the synthetic image data generation system is compatible with a variety of machine learning systems including rules based classification algorithms, neural networks, and deep learning methods. More specifically, Naïve Bayes classification algorithms, decision tree classification algorithms, convolutional neural networks (CNNs), convolutional recurrent neural networks (CRNNs), hierarchical recurrent convolutional neural networks (HRNN), and HRNNs with attention vectors implemented in a machine learning framework (e.g., Keras, Scikitlearn, MXNet, or Tensorflow) are some example machine learning methods that may leverage training datasets provided by the synthetic image generation system. Using synthetic image data provided by the synthetic image data generation systems and methods described herein, machine learning systems may train one or more models to perform one or more CV tasks including generating disparity maps, depth maps, and other depth information; object tracking, classification, and counting; facial recognition; gesture tracking and con-

US 11,257,272 B2

9

trol; 2D to 3D conversions; 3D scanning; image enhancement; image augmentation; and simultaneous localization and mapping (SLAM).

Image pixel data provided by the synthetic data generation system provided herein may include RGB color data, CMYK color data, grayscale color data, stereoscopic images and stereoscopic video, dual side by side images and video streams, 3D images and video streams formatted for playback on a flat display screen, 3D images and video streams formatted for playback on a 3D display screen, 3D images and video streams formatted for playback on a head mounted display (HMD) or other motion activated display, 180 degree field of view (FOV) VR or AR content, 360 degree FOV VR or AR content, and high resolution 2D or 3D images and video streams including full HD, 8K ultra HD, 720p, 1080p, 1080i, and 4320p content. Synthetic video content provided by the synthetic image data generation system may be formatted for streaming using a streaming protocol (e.g., Adobe RTMP, RTSP/RTP, MPEG-TS, ICY, or SHOUTcast/Icecast). Synthetic video data generated by the synthetic image data generation system may be encoded in a MP4, H.265/HEVC, H.264/AVC, VP9, VP8, MPEG4 Part 2, or MPEG2 file or stream or any other streaming format. In addition to synthetic images and videos, the synthetic image data generation system may also provide additional image channels including virtual ground truth depth or disparity; noise output including occluded areas, distorted objects, and image data dropout zones having one or more image degradation effects; optical flow data including a directional output and a velocity output; and image segmentation data including object segmentation maps, noise vs. signal segmentation maps, lens effect segmentation maps, and noise effect segmentation maps.

Synthetic Image Generation System Embodiments

With reference to FIGS. 1-4, non-limiting example embodiments of the synthetic image generation system and image data provided by the synthetic image generation system are described below. FIG. 1 provides an overview of one example image computing device implementing synthetic image generation system embodiments. Other embodiments may add, omit, and/or change the orientation of one or more components. In some embodiments, the example image computing device 100 includes a synthetic image generation system 101 including a plurality of components implementing routings and methods for generating and processing synthetic images described herein. The image computing device 100 may further include, a communication unit 110, memory 112, a processor 113, a storage device 111, and a display 116. The above components are communicatively coupled to an interconnect 115, for example, a high-bandwidth system bus, such as an Advanced High-performance Bus (AHB) matrix interconnects the electrical components of the 3D camera. Other possible interconnect 115 implementations include, for example, a Peripheral Component Interconnect (PCI) bus, a HyperTransport or industry standard architecture (ISA) bus, a small computer system interface (SCSI) bus, a universal serial bus (USB), or an Institute of Electrical and Electronics Engineers (I9E) standard 1394 bus (sometimes referred to as "Firewire") or any other data communication system.

In some embodiments, the processor 113 comprises an arithmetic logic unit, a microprocessor, a general purpose controller, digital signal processors (DSPs), programmable controllers, application specific integrated circuits (ASICs), programmable logic devices (PLDs), logical circuitry, or some other processing elements configured to execute software code, manipulate data structures, perform computa-

10

tions, send and receive data from memory, generate image data, provide electronic display signals to a display 116 and/or otherwise process image data. The processor 113 can be embodied as a single- or multi-processor system executing an operating system that can implement a high-level module, e.g., a manager, to logically organize the information as a hierarchical structure of named directories, files, and special types of files called virtual disks at the storage devices. The processor 113 may process data signals and may include various computing architectures including a complex instruction set computer (CISC) architecture, a reduced instruction set computer (RISC) architecture, or an architecture implementing a combination of instruction sets. Although a single processor is illustrated in the image computing device 100 shown in FIG. 1, the image computing device 100 may include multiple processors including one or more CPUs, GPUs, and/or NPUs. The processor 113 is coupled to the interconnect 115 for communication with the other components. Other processors, operating systems, sensors, displays, and physical configurations may be possible.

A memory 112 may include a non-transitory memory that stores data for providing the functionality described herein. The memory 112 may be a dynamic random access memory (DRAM) device, a static random access memory (SRAM) device, flash memory or some other memory devices. In some embodiments, the memory 112 also includes a non-volatile memory or similar permanent storage device and media including a hard disk drive, a floppy disk drive, a CD-ROM device, a DVD-ROM device, a DVD-RAM device, a DVD-RW device, a flash memory device, or some other mass storage device for storing information on a more permanent basis. The memory 112 may store the code, routines, and data necessary for the imaging system 125 to provide its functionality. The memory 112 is coupled to the interconnect 115 for communication with the other components.

The communication unit 110 may transmit data to any network, client device, or server communicatively coupled to the image computing device 100. Similarly, the communication unit 110 may receive data from any network, client device, or server communicatively coupled to the image computing device 100 depicted in FIG. 1. Example client devices that may be communicatively coupled to the image computing device 100 include a personal computer, laptop, tablet computing device, smartphone, set top box, network-enabled television, smart watch or other wearable electronics device, internet of things device, robot, drone, specialized computing system, autonomous automobile or other connected transportation vehicle, camera device, etc. Server devices that may be connected to the image computing device 100 include any hardware server having a processor, a memory, and network communication capabilities (e.g., a data server, cloud server, data center, cloud computing instance, virtual machine, cloud storage device, etc.). The communication unit 110 is coupled to the interconnect 115 for communication with other components of the client device. In some embodiments, the communication unit 110 includes a port for direct physical connection to a network or to another communication channel. For example, the communication unit 110 may include a port such as a USB, SD, RJ, or similar port for wired communication with a client device. In some embodiments, the communication unit 110 includes a wireless transceiver for exchanging data with the client device, camera modules, other sensors, or other communication channels using one or more wireless

US 11,257,272 B2

11

communication methods, including IEEE 802.11, IEEE 802.16, BLUETOOTH®, or another suitable wireless communication method.

The communications unit 110 may interface with networks including a conventional type, wired, or wireless networks having numerous different configurations including a star configuration, token ring configuration or other configurations. Networks communicatively coupled to the communication unit 110 may include a local area network (LAN), a wide area network (WAN) (e.g., the Internet), or other interconnected data paths across which multiple devices may communicate. In some embodiments, the network may be a peer-to-peer network. The network may also be coupled to or include portions of a telecommunications network for sending data in a variety of different communication protocols. In some embodiments, the network may include Bluetooth communication networks, WIFI communication networks, or cellular communications networks for sending and receiving data including via short messaging service (SMS), multimedia messaging service (MMS), hypertext transfer protocol (HTTP), direct data connection, TCP, TCP/IP, WAP, email, etc.

In some embodiments, the communications unit 110 includes a cellular communications transceiver for sending and receiving data over a cellular communications network including via short messaging service (SMS), multimedia messaging service (MMS), hypertext transfer protocol (HTTP), direct data connection, WAP, TCP, TCP/IP, e-mail, or another suitable type of electronic communication. In some embodiments, the communication unit 110 includes a wired port and a wireless transceiver. The communication unit 110 also provides other conventional connections to a network for distribution of data using standard network protocols including TCP/IP, TCP, HTTP, HTTPS, SMTP, etc.

The storage device 111 can be a non-transitory storage medium that stores data for providing the functionality described herein. The storage device 111 may be a dynamic random access memory (DRAM) device, a static random access memory (SRAM) device, flash memory, or some other memory devices. In some embodiments, the storage device 111 also includes a non-volatile memory or similar permanent storage device and media including a hard disk drive, a floppy disk drive, a CD-ROM device, a DVD-ROM device, a DVD-RAM device, a DVD-RW device, a flash memory device, or some other mass storage device for storing information on a more permanent basis. The storage device 111 is communicatively coupled to the interconnect 115 for communication with other components of the client device. In some embodiments, the storage device 111 may store data that was temporarily stored in the memory 112.

In some embodiments, the storage device 111 includes multiple ports having input/output (I/O) interface circuitry that couples to the disks over an I/O interconnect arrangement, e.g., a conventional high-performance, Fibre Channel (FC) link topology. In various embodiments, the I/O interface and the and the storage device 111 can be integrated into one device configured to connect to a switching fabric, e.g., a storage network switch, in order to communicate with other devices and the mass storage devices.

In some embodiments, synthetic image data generated by synthetic image generation system is rendered on a display 116 included in the image computing device 100. In one example the display 116 is a high resolution LCD or OLED display screen that can project synthetic or real images and video sequences including full HD, 8K ultra HD, 720p, 1080p, 1080i, and 4320p content. In other embodiments, the

12

display 116 includes a 3D or holographic display screen capable of displaying synthetic or real content in 3D or 2D, for example, a light field display having diffractive lightfield backlighting (DLB) (e.g., a nano-textured diffractive light field backlighting holographic display or other two or four view display having multiple LCD layers with a directional backlight). The light field display systems may produce a 3D effect by rendering many different views (e.g., 64 or more) of the same object. Each view is perceptible at a particular viewing angle and may result from combining two unique stereo image or stereo video frame pairs. In some examples, the light field display is a 5.7 inch 2560×1440 pixel, 4-view display by Leia.

Alternatively, the display 116 may be a stereo display projecting stereo views of synthetic and real images and video sequences side by side. The display 116 may also be a VR display, (e.g., a head mounted display (HMD) or other headset). To view content generated by the synthetic image generation system 101 using a VR display, synthetic content generated from a plurality of virtual cameras modules may be stitched together and projected on the VR display according to motion information, (e.g., sensatory data from a gyroscope). In some embodiments, the plurality of virtual camera modules are arranged in a virtual scene with each camera pointing in a different direction to capture a virtual scene from a plurality of points of view. The different points of view can be stitched together to create a 180° or 360° ultra wide field of view landscape view of the virtual scene and each pixel in the landscape view may represent a slightly different direction relative to the neighboring pixels. During playback, the synthetic image generation system 101 may leverage the different directions and points of view included in the landscape view to project different perspectives of a virtual scene. Using the different perspectives, the synthetic image generation system 101 may also be able to generate depth information at many different viewing directions. This depth information may be used to render 3D content on the display 116. In some embodiments the image computing device 100 does not include a display 116 and instead the synthetic image generation system 101 projects synthetic images and video sequences on an external display system (e.g., a separate display device communicatively coupled to the synthetic image generation system 101).

The synthetic image generation system 101 may contain one or more software modules for providing the functionality described below. In the embodiment shown in FIG. 1, the synthetic image generation system 101 includes a synthetic image generation module 102, a training data pipeline 120, a camera tuning service, and a user interface 109. The synthetic image generation module 102 may include components for generating image scenes, synthetic images, augmented images, and additional image data channels. In one embodiment, the synthetic image generation module 102 includes a virtual camera application 122 including an image scene generator 124, an image projector 126, and a graphics rendering engine 128 as well as an image augmentation engine 104, and an additional image data rendering unit 106. The training data pipeline 120 may include components for indexing image data, compiling training datasets, and distributing training datasets to one or more machine learning systems. In one embodiment, the training data pipeline 120 includes a training data assembly service 103, a machine learning service 105, and an image indexing module 108.

The user interface 109 can be software including routines for interacting with the components of the synthetic image generation system 101. In some embodiments, the user

US 11,257,272 B2

13

14

interface **109** can be a set of instructions executable by the processor **113** to provide the functionality described below for interfacing with the components of the synthetic image generation system **101** to customize the performance and function of each component. In some embodiments, the user interface **109** can be stored in the memory **112** of the image computing device **100** and can be accessible and executable by the processor **113**. The user interface **109** may be adapted for cooperation and communication with the processor **113** and other components of the image computing device **100** via an interconnect **115**.

The user interface **109** provides a platform for communicating with multiple components of the synthetic image generation system **101** to control the generation and use of synthetic image and additional image data files. In some examples the user interface **109** is a digital interface comprising digital buttons for selecting and inputting control commands to synthetic image generation system components. The user interface **109** may display current settings for a selected component or show a preview of a synthetic image or additional image data channel that will be generated using the current settings. The user interface **109** may support real time changes to one or more synthetic image generation system settings. Embodiments of the user interface **109** may also include analog or mechanical control mechanisms (e.g., physical buttons). Current settings, the range of possible settings, and the setting type may be printed above or proximate to the set of physical buttons. Other embodiments of the user interface **109** include a digital display screen with physical buttons for inputting control commands.

In one embodiment, the user interface is organized as a set of views wherein each view controls a particular component of the synthetic image generation system. The view for controlling the synthetic image generation module **102** the user may display and allow users to change scene generation settings and/or parameters included in camera setting files. The view for controlling the image augmentation engine **104**, may allow users to select the augmentation settings and display previews of augmented synthetic images. The view for controlling the image data generation module **106** may allow users to select additional image data channels to generate from a synthetic image and display a preview of the additional image data channel output. The view controlling the image indexing module **108** may allow users to select one or more indices to apply to synthetic image and additional image data files, list the amount of files to be indexed, and display a progress bar tracking progress of indexing operations. The view controlling the training data assembly service **103** may allow users to search and select synthetic image and additional image data files to include in training datasets. The view controlling the machine learning service **105** may allow users to select a machine learning system to progress training datasets generated by the training data assembly service. Feedback from one or more machine learning systems including training progress, processing performance, and accuracy of generated machine learning models may also be displayed on the machine learning service view included in the user interface **109**. The view controlling the camera tuning service **107** may allow users to select a camera device for tuning and set parameters included in camera setting files. The camera turning service view controlling the camera tuning service **107** may also display the performance of virtual camera devices having camera setting parameters identical to the selected camera device. The user interface **109** may include a click through

menu for navigating between the above views. The menu may arrange the different views as tabs, icons, panels, or any other arrangement.

Generating Synthetic Image Data

In one embodiment, the synthetic image data system **101** includes a synthetic image data generation module **102** for generating synthetic image data including synthetic images, augmented images, and additional image data channels. The synthetic image data generation module **102** may include a virtual camera application **122** generating synthetic images capturing camera views of an image scenes, wherein the image scene may be a virtual image scene or a synthetic image scene. As used herein, the term "image scene" describes image scenes created by the synthetic image data generation module **102** and may refer to—and be used interchangeably with—the terms "virtual image scene" and "synthetic image scene". As used herein, the term "camera view" describes a perspective for viewing an image scene provided by the direction, position, orientation, camera intrinsics, camera calibration metadata, and/or camera capture settings of a virtual camera device. The camera view of a virtual camera is modified by changing one or more parameters included in a camera settings file for the virtual camera device.

The virtual camera application **122** may include an image scene generator **124** for generating synthetic image scenes, and image projector **126** for projecting one or more camera views, and a graphics rendering engine **128** rendering synthetic images capture the one or more projected camera views. The synthetic image data generation module **102** may also include an image augmentation engine **104** adding one or more image degradations and/or effects to synthetic images to create augmented images. In some embodiments, the synthetic image data generation module **102** also includes an additional image data rendering unit (AIDRU) **106** rendering additional image data channels (e.g., depth information, image segmentation maps, optical flow information, feature/object generation information, object/feature tracking information, face identification models, noise maps, and occlusion maps) at camera views captured in a synthetic image.

Camera views captured in synthetic images may be a realistic representation of an image scene perspective captured by an actual camera device for example a smartphone camera (e.g., a 12 megapixel (MP), 1.8 lens aperture (f), 26 mm (zoom), phase detection auto focus (PDAF), Quad-LED dual-tone flash, HDR camera mounted on an iphone X; a dual 12.3 MP, PDAF, Dual-LED, HDR, H4V holographic video stereo camera mounted on a RED Hydrogen One; or a quad camera mounted to a Huawei p30 pro camera including a 40 MP, 1.6f, 27 mm, PDAF wide angle lens camera, a 20 MP, 2.2f, 16 mm, PDAF ultrawide angle lens camera, a Periscope 8 MP 3.4f, 125 mm, PDAF, telephoto lens camera, and a time of flight (TOF) 3D camera), stereo camera, or a digital video camera. In one embodiment, camera views captured by the virtual camera application **122** are determined in camera settings files described below in FIGS. **5-7**. The parameters included in camera settings files may be setup identical to an actual camera device in order to create camera views capturing a realistic, camera specific representation of an image scene perspective. By including parameters for camera intrinsics, camera calibration metadata, and camera capture settings in the camera settings file that are identical to actual camera device, the synthetic image generation module **102** may generate synthetic images simulating capture performance of the actual camera device under different capture conditions.

US 11,257,272 B2

15

The synthetic image generation module **102** can be software including routines for generating synthetic image data including synthetic images and videos comprising color image pixel data and additional image data channels. In some embodiments, the synthetic image generation module **102** can be a set of instructions executable by the processor **113** to provide the functionality described below for generating virtual image scenes and projecting perspectives of the generated virtual image scenes as synthetic image data. In some embodiments, the image generation module **102** can be stored in the memory **112** of the image computing device **100** and can be accessible and executable by the processor **113**. The synthetic image generation module **102** may be adapted for cooperation and communication with the processor **113** and other components of the image computing device **100** via an interconnect **115**.

Scene Generation

Embodiments of the synthetic image generation module **102** include an image scene generator **124** creating virtual scenes. In one embodiment, the image scene generator **124** creates virtual image scenes by combining background images, scene objects, and textures. Virtual scenes may be rendered by the graphics rendering engine **128** in 2D (i.e., include x and y image pixel data only) or in 3D (i.e., include x and y image pixel data and depth information). In some embodiments, depth information includes disparity and/or depth values. Depth information may be encoded into image pixel data along with additional image data channels (e.g., direction vectors, speed vectors, other optical flow information, image segmentation data, noise vectors, occlusion vectors, etc.). Virtual scenes may be assembled using a graphics rendering engine **128** (e.g., Blender or Unity) or a custom scene creation library, framework, program, application, or other implementation.

Background images are added to a background portion of the image scene by the image scene generator **124**. Background images may include unaltered 2D landscape, cityscape, mountain images, and other photographs. In some embodiments, background images may be assembled or altered using resolution manipulation techniques. The image scene generator **124** may assemble background images by forming a large textured ground plane comprising a solid color, gradient color, or textured 2D image overlaid with a selection of static background objects having shapes randomly chosen from cubes, polyhedrons, cuboids, and cylinders. To add variation to the background image, the synthetic image generation module **102** may scale, rotate, texture, and/or deform one or more objects before placing the object(s) in the 2D image. In some embodiments, resolution manipulation techniques used by the image scene generator **124** to generate background images include slicing a raw, full resolution background image (e.g., 1920×1080) into four (e.g., 480×270) or more image sections. A background image may then be assembled from these image sections by selecting an image section and upsampling image pixel data within the image section to provide a full resolution background image. In one embodiment having 480×270 image sections, an upsampling factor of 2 may be used to generate 960×540 full resolution background image. In other embodiments having 480×270 image sections, an upsampling factor of 4 is used to generate a 1920×1080 full resolution background image.

After generating the background image and adding the background image to a background portion of the image scene, the image scene generator **124** populates the image scene by adding foreground objects to the foreground portion of the image scene. In some embodiments, foreground

16

objects are selected from a 3D model library including 36,000 or more 3D objects including chairs, tables, cars, animals, faces, etc. In other embodiments, foreground objects include light sources illuminating image scenes to provide light captured by virtual camera modules during generation of synthetic images. 3D model foreground objects may comprise a three dimensional mesh structure comprising points and/or a polygon mesh outlining a specific shape. In some embodiments, the dimensionality of the 3D models is very high with some three dimensional mesh structures including 10,000 to 500,000 points and/or polygons. For scenes used to generate synthetic training data for machine learning systems, a portion of the objects in the 3D model library (e.g., 5% to 10% or more) may be separated from the original 3D model library into a validation 3D model library. During scene generation, the image scene generator **124** selects five to twenty objects from the original 3D model library including 95% to 90% or less of the total 3D objects to generate synthetic images comprising the training dataset. To generate synthetic images comprising the validation dataset for testing the performance of the trained machine learning model, the image scene generator **124** populates validation image scenes with five to twenty objects from the validation 3D model library including 5% to 10% or more of the total 3D objects.

In some embodiments, a similar object filter may be incorporated into the 3D model selection routine performed by the image scene generator **124** to populate background images with 3D models and/or other foreground objects. The similar object filter synthesizes a set of 3D models and/or other foreground objects selected for placement in a scene and excludes 3D models and/or other foreground objects having similar features to one or more of the other 3D models and/or other foreground objects included in the set. The 3D model selection routine may then select a new, replacement 3D model and/or other foreground object from the 3D model library and re-run the similar object filter. This process is repeated until every 3D model and/or other foreground object included in the set of objects selected for placement includes distinct features relative to the other objects in the set. The image scene generator **124** may further adjust the number and type of 3D models and/or other foreground objects selected by the 3D model selection routine to minimize scene complexity thereby optimizing training datasets and validation datasets for rapid processing by a machine learning system.

The 3D models and other foreground objects selected by the 3D model selection routine may be specific to the intended CV application of the synthetic images produced by the synthetic image generation system **101**. A 3D model arrangement routine executed by the image scene generator **124** to position the 3D models and other foreground objects in a foreground portion of the scene may also be specific to the application of the synthetic images. The 3D model arrangement routine may define the horizontal and vertical location and depth of each object (e.g., 3D models and other foreground objects) in a scene. In one embodiment, to produce image scenes for generating synthetic images to train machine learning systems for object detection in autonomous vehicles, the image scene generator **124** selects objects commonly found near and/or on roads (e.g., cars, trucks, buses, trees, buildings, humans, animals, traffic lights, traffic signs, etc.) and positions the objects to generate a scene resembling the point of view from a car driving on the road. One or more affine transformations may also be applied to one or more background and/or foreground objects in the scene to simulate motion.

US 11,257,272 B2

17

In another embodiment producing image scenes for generating synthetic images to train machine learning systems for image segmentation, the image scene generator **124** selects objects having complex depth patterns (e.g., humans and/or animals with hair, fences with small openings between the panels, a wine glass sitting on a flat surface). To facilitate segmentation, the image scene generator **124** positions the objects at a wide variety of depths within a scene with each object or group of objects placed on a depth plane having a unique distance away from the capturing virtual camera relative to the other objects in the scene.

In other embodiments providing image scenes for generating synthetic images to train machine learning systems for generating depth maps, the image scene generator **124** randomly selects objects from a library of 3D models. The image scene generator **124** then arranges the randomly selected objects at random depths within the scene. The wide selection of 3D models included in scenes makes the synthetic images included in the training dataset generated from the image scenes representative of most objects captured by a camera device. The variety of depth values for each object, allows the training data to simulate a wide range of possible object depths. To improve the efficiency of training machine learning systems for generating depth information, the image scene generator **124** may position foreground objects at a depth between the depth of the capturing virtual camera module and the depth of the convergence plane (i.e., zero disparity plane) for a particular camera module specified in the camera settings file. Objects positioned beyond the depth of the convergence plane have the same position in the left and right stereo images, therefore provide no useful disparity information. Training networks to generate depth information from stereo images require disparity information included in right and left stereo images. As such, training data including objects placed beyond the zero disparity plane includes superfluous information for purposes of training depth generation networks.

After performing a 3D model arrangement routine to place objects in a scene, the image scene generator **124** selects one or more textures to add to each object. To add textures to irregular objects (e.g., 3D models comprising a polygon mesh), the image scene generator **124** may individually apply the same or different texture files to each polygon in the polygon mesh. To ensure the correct portion of a texture file covers the proper area of the three dimensional mesh structure of a 3D object, one or more attachment points included in the mesh structure may map to one or more areas of a texture file. Textures may be selected from a library of texture files including solid color vectors, gradient color vectors, materials, surfaces, high resolution images, actual textures representing the appearance of objects in the real world, abstract textures depicting the appearance of fictional objects, etc. Additionally, texture files may be created from any image processed by the synthetic image generation module **102**. In some embodiments, the image scene generator **124** randomly selects texture files to add to objects placed in a scene. In other embodiments, the image scene generator **124** selects a texture file associated with an object in the scene to give the object a realistic appearance. The image scene generator **124** may also add animation effects (e.g., object movement, wind, shading, light glare, etc.) after the background image, foreground objects, and textures have been assembled as a scene to allow capture of moving objects in synthetic images.

18

Synthetic Image Projection

The image projector **126** further processes image scenes from the image scene generator **124** to generate camera views rendered as synthetic images by the graphics rendering engine **128**. In some embodiments, the synthetic image generation module **102** produces many synthetic images for each created scene. Each synthetic image captures the scene from a unique perspective by generating a camera view (i.e., a 2D projection) of a 3D scene. The point of view included in each camera view is defined by the image plane(s) of one or more virtual cameras placed within the scene. To capture different perspectives, the image projector **126** may place multiple virtual cameras in a scene and/or change the position of one or more virtual cameras. The image plane, camera view, camera position, and camera capture settings for each virtual camera module are defined in a camera settings file. To simulate performance of camera devices in the real world, virtual camera parameters included in a camera setting file may be identical to parameters of an actual camera device (e.g., a smartphone camera, VR camera, 3D camera, or other digital camera device).

One embodiment for generating a camera view including a 2D projection of an image scene implemented by the image projector is illustrated in FIG. **2**. The conceptual diagram shown in FIG. **2**, includes a 3D image scene **200** having cuboid dimensions. In other embodiments, the image scene **200** is a 2D image scene having rectangular dimensions. The 3D image scene **200** includes a 3D star object **201** comprising a set of points including point **202** having location coordinates (x, y, z) in a 3D Cartesian space. The 3D scene also includes one virtual camera **204** having camera coordinates (i.e., cx, cy, cz, etc.) **210** describing a position of a virtual camera **204** within the 3D image scene **200**. Camera coordinates describing the position of a virtual camera within a 3D space are referred to as 3D Cartesian camera coordinates. The camera coordinates **210** may also include one or more rotation position parameters describing the Euler angles of rotation (e.g., a-pitch, n-roll, y-yaw) for each virtual camera module. Camera coordinates **210** may also include camera intrinsic parameters (e.g., focal length, distortion center, distortion coefficients, lens field of view, etc.) and camera calibration metadata (e.g., intrinsic calibration metadata, stereoscopic calibration metadata, dynamic calibration metadata, etc.).

To generate a camera view including a 2D projection of a 3D scene **200**, the image projector **126** attempts to project every point included in each object (e.g., the 3D star object **201**) placed in a 3D image scene **200** onto some 2D point of a 2D surface. Specifically, the image projector **126** projects a point **202** included in a 3D Cartesian space onto a 2D point **203** of a 2D surface **206**, wherein the 2D surface **206** is the image plane of a virtual camera **204** at a camera position defined by the camera coordinates **210** included in the camera setting file for the virtual camera **204**. By executing a projection operation, the image projector **126** converts 3D scene point coordinates **208** describing points in a 3D Cartesian space (e.g., x, y, z) to projection coordinates (e.g., x, y) **212** describing points in a 2D Cartesian space defined by the camera coordinates **210**. In one embodiment, the projection operation comprises applying a projection equation to 3D scene point coordinates **208** for every point included in each object placed in the 3D scene **200**. To expedite execution of the projection operation, the image projector **126** may use a projection matrix to apply the projection equation to a matrix representation of a 3D object, wherein the matrix representation includes 3D scene point coordinates **208** for every point included in the 3D object.

US 11,257,272 B2

19                                                    20

Depending on the position of the virtual camera module **204** within the 3D scene **200**, different points included in the 3D object will be projected onto a 2D surface. Therefore, the image projector **126** may generate multiple camera views for each image scene with each camera view including a unique perspective of the image scene. In one embodiment, the image projector **126** generates a plurality of camera views by modifying one or more camera coordinates **210** included in a camera setting file. Depending on the application of the synthetic images produced by the synthetic image generation module **102**, the camera coordinates **210** may be consistently and/or incrementally varied for each image scene generated during production of a particular synthetic image dataset to ensure the synthetic image dataset includes synthetic images capturing a consistent set of camera views for every scene. Alternatively, the camera coordinates **210** may be modified randomly by the image projector **126** to introduce additional variation into a synthetic image dataset.

To generate a synthetic image, graphics rendering engine **128** renders projection coordinates **212** included in the image plane as pixel coordinates **214** of a synthetic image. In one embodiment, pixel coordinates are represented by u and v coordinates. In this example, u is an upward horizontal distance relative to an origin in a bottom-left corner of an image and v is a vertical distance from the origin. Coordinates u and v describe a position in a 2D pixel representation of an image so that the combination of u and v describe a particular pixel within a pixel coordinate space. Values for v and u are restricted to positive real integers because they reference pixels in a synthetic image. In one embodiment, the rendering performed by the graphics rendering engine **128** includes shifting the origin of the 2D projection coordinate space to the lower left corner of the pixel coordinate space and applying an affine transformation (e.g., a translation, rotation, skew scale, etc.) to projection coordinates (x, y) **212** to generate pixel coordinates (u, v) **214**. To expedite rendering, the graphics rendering engine **128** may use a conversion matrix to perform the origin shift and affine transformation on a matrix representation of a 2D projection, wherein the matrix representation includes projection coordinates **212** for every point included in the 2D projection.

In some embodiments, the scene generator **124** may place two cameras inside an image scene, wherein the two cameras are configured as stereo cameras having stereo calibration parameters describing the relative positions for each camera module. Camera coordinates included in the camera setting file for the first stereo camera define a first image plane comprising a 2D surface for projecting 3D object points included in a 3D scene onto 2D projection points generating a first synthetic stereo image. Camera coordinates included in the camera setting file for the second stereo camera define a second image plane comprising a 2D surface for projecting 3D object points included in a 3D scene onto 2D projection points for generating a second synthetic stereo image. The image projector **126** applies a projection operation to each 3D coordinate for every point included in each object within a 3D scene to generate a first set of stereo projection coordinates describing 2D projection points on the first image plane and a second set of stereo projection coordinates describing 2D projection points on the second image plane. To generate a synthetic stereo image pair, the graphics rendering engine **128** then renders the first and second sets of stereo projection coordinates as first and second sets of pixel coordinates, wherein the first set of pixel coordinates provides the first synthetic stereo image capturing a first stereo camera view and the second set of pixel

coordinates provides the second synthetic stereo image capturing a second stereo camera view.

Synthetic images including single images and stereo image pairs generated by the synthetic image generation module **102** may be written to memory **112** or otherwise stored in one or more databases, dataframes, image files, and/or other data stores included in a storage device **111**. Databases and other collections of synthetic images written to memory **112** and/or stored in a storage device **111** may be indexed, organized, tagged, cleaned, modified, or otherwise processed by the image indexing module **108**. The training data assembly service **103** may search for and collect synthetic images from one or more databases or other datastores included in a storage device **111** using one or more metadata indices provided by the image indexing module **108**. The training data assembly service **103** may then transfer collections of synthetic images to the machine learning service **105** as training datasets for processing by one or more machine learning systems.

Generating Depth and Other Image Data Channels

The additional image data rendering unit (AIDRU) **106** can be software including routines for generating additional image data channels including depth information, image segmentation data, optical flow information, capture noise data, and other data produced from image pixel data. In some embodiments, the AIDRU **106** can be a set of instructions executable by the processor **113** to provide the functionality described below for generating additional image data channels from processing image pixel data. In some embodiments, the AIDRU **106** can be stored in the memory **112** of the image computing device **100** and can be accessible and executable by the processor **113**. The AIDRU **106** may be adapted for cooperation and communication with the processor **113** and other components of the image computing device **100** via an interconnect **115**.

Embodiments of the AIDRU **106** ingest synthetic image data provided by the synthetic image generation module **102** to produce one or more additional image data channels. In one embodiment, the AIDRU **106** renders depth data (e.g., a depth map) for a synthetic image by associating pixel coordinates of a synthetic image with ground truth depth information describing a distance between a point included in an synthetic image pixel and a virtual camera capturing the synthetic image. For synthetic images capturing image scenes generated by the scene generator **124**, depth information is known. During scene assembly, an object arrangement routine executed by the scene generator **124** sets the depth of each foreground object and background image placed within a 3D scene. Camera coordinates used during image projection define the position of each virtual camera capturing synthetic images. Therefore, the depth of the virtual camera is also known. By comparing the depth of every point included in each object within the virtual camera's field of view to the depth of the capturing virtual camera, the camera application **122** and/or AIDRU **106** determines ground truth depth information for each pixel included in a synthetic image. The AIDRU **106** may render ground truth depth information during synthetic image generation by associating the background image and each point in each 3D model included in an image scene with a depth value.

In other embodiments, the AIDRU **106** generates depth information by synthesizing a pair of synthetic stereo images produced by the synthetic image generation system **102**. Using view disparity, depth information is ascertainable from stereo image pairs. View disparity or more simply disparity refers to the difference in location of the same

US 11,257,272 B2

21

object in right and left stereo images due to the parallax effect caused by the orientation of two stereo camera modules. Parallax is an observable difference in the apparent position of an object viewed along two different lines of sight and may occur in stereo camera systems including two camera modules separated by a constant distance in a particular direction (e.g., horizontal separation or vertical separation). In some embodiments, the parallax effect is adjustable by changing the baseline camera setting (e.g., distance between two stereo camera modules) or varying the convergence projection setting (i.e., the depth of the zero disparity plane). Mathematically, the disparity of a pixel is equal to the shift value that leads to a minimum sum of squared differences for that pixel (i.e., the lowest difference between the sum of squared differences and the sum of absolute differences). Disparity calculated for a stereo image pair may be converted into depth information using the equation below:

$$D = x - x' = Bf/Z \text{ where}$$

x and x' are the distance between points in an image plane corresponding to the 3D scene point and their camera center

B=the distance between two cameras (i.e., the baseline)

f=the focal length of the camera and

Z=the depth of a point in the scene

By executing the above equation on every point included in each object within the virtual stereo camera's filed of view, the AIDRU 106 generates depth information for each object in a synthetic stereo image pair. The AIDRU 106 may then associate the depth information with a grayscale color gradient to generate a depth map for each synthetic stereo image as an additional image data channel. In one embodiment, the depth map conveys depth information in grayscale color, wherein close objects have a white hue and far objects have a darker hue, with objects positioned beyond the zero disparity plane having a black appearance.

Example ground truth depth data generated by the AIDRU 106 is shown in FIG. 3. In some embodiments, components of the synthetic image generation module 102 including the image scene generator 124 and the image projector 126 provide synthetic right and left stereo images. The image scene generator 124 may construct a 3D scene including one or more background images, 3D foreground objects, and textures as described above. The image projector 126 may generate synthetic images of the 3D scene according to the position of one or more virtual cameras as described above in FIG. 2. In the example shown in FIG. 3, the image projector 126 generates two sets of stereo images capturing four different perspectives of a dinning table scene generated by the image scene generator 124. The stereo images generated by the image projector 126 are rendered by the graphics rendering engine 128. Synthetic images capturing right and left stereo views of a first perspective showing the head of the table are included in a first image data sample 304. Synthetic images capturing right and left stereo views of a second perspective showing the side of the table are included in a second image data sample 305.

In some embodiments, synthetic images captured by the image projector 126 include encoded depth information describing the distance from the capturing virtual camera for each point included in the 3D scene. The depth data generation module 303 included in one example AIDRU 106 embodiment may use the encoded depth information to generate ground truth depth information for every point captured in the left and right stereo images. Example depth maps generated by the depth data generation module 303 for

22

the dining table perspective and the second dining table perspective are shown in the first image data sample 304 and the second image data sample 305 respectively. As shown in FIG. 3, depth maps generated by the depth data generation module 303 may represent depth as a grayscale color gradient wherein close objects appear white in color and far objects appear black in color.

In other embodiments, the depth data generation module 303 may calculate depth information using the view disparity between the right and left stereo image views. To provide the depth maps shown in the first image data sample 304 and the second image data sample 305, the depth data generation module 303 may first calculate the view disparity for every point captured in a pair of synthetic left and right stereo images by determining the Euclidian and angular differences between the position of a point in the synthetic right and left stereo images. Alternatively, the depth data generation module 303 may retrieve disparity information encoded into the right and/or left synthetic stereo images. Using the disparity information the depth data generation module 303 may calculate depth information for each point using the equation: $D = x - x' = Bf/Z$. The depth data generation module 303 may then generate a depth map representing the depth information as a grayscale color gradient wherein close objects appear white in color and far objects appear black in color.

The AIDRU 106 may use depth data included in a depth map to generate an image segmentation map separating objects included in a synthetic image based on the depth of each object. In some embodiments, the image segmentation map may separate synthetic images into depth layers (e.g., foreground, middle ground, and background layers), wherein each depth layer contains objects positioned within a range of distances from the camera device. For more precise applications requiring segmentation with low error or within narrow depth ranges, additional sub layers may be added to the segmentation maps provided by the AIDRU 106. In some embodiments, image segmentation maps may display only the objects within a particular depth layer in a grayscale or color representation. In other examples, image segmentation maps may represent depth layers using a color gradient that assigns a different hue and/or intensity of the same color to objects included in different depth layers. Image segmentation maps may also represent objects included in each depth layer with a different color or texture.

To leverage image segmentation data in training machine learning systems. Image segmentation maps generated by the AIDRU 106 may be included in training datasets provided by the synthetic image generation system 101. The AIDRU 106 may also embed, encode, or otherwise incorporate segmentation data into depth vectors and/or image pixel data to improve transferability of segmentation data and/or reduce time and complexity of processing combined image, depth, and segmentation data. Machine learning systems may process training datasets including segmentation maps and/or image data or depth vectors having encoded segmentation data to generate models for object classification, object tracking, depth data generation, and/or image segmentation data generation.

Additional image data channels generated by the AIDRU 106 include optical flow information, noise data, and occlusion maps. Optical flow information includes object direction information, object velocity data, and other information vectors describing a change in position of an object from one sequential image or video frame to the next. In some embodiments, the AIDRU 106 generates object velocity data by determining displacement of an object and relating

US 11,257,272 B2

23                                                                24

displacement to time. An object's displacement may be determined by calculating the location of a point included in an object in a first image and comparing the location of the same point in a second image or video frame captured before or after the first image. The AIDRU **106** may then determine the difference in capture time of the two sequential images or frames and calculate velocity by obtaining the quotient of the point's displacement and the difference in image capture time. Repeating this process for every point included in an object provides the velocity for the object.

The AIDRU **106** may also determine a direction vector describing the direction of an object's motion by associating point displacement values with position information. In one example, the displacement for a point included in an object is associated with the position (e.g., coordinates describing a location on a 2D grid system) of the pixel including the point in a first sequential image and the position of the pixel including the point in a second sequential image. The direction vector produced by associating displacement with position may be expressed as a pair of x' and y' coordinates wherein the x' coordinate describes the difference in the x coordinates of the position information for the point the first image and the second image and the y' coordinate describes the difference in the y coordinates of the position information for the point in the first and second images. In other examples, the coordinates may be converted to angular coordinates describing the direction of an object's motion in degrees within the polar coordinate system.

Optical flow information may be represented in an object direction map including direction vectors for every pixel in an image. The AIDRU **106** may also express optical flow information as an object velocity map including velocity direction vectors for every pixel in an image. Optical flow maps including object flow vectors assembled by combining direction and velocity vectors may also be generated by the AIDRU **106**. Optical flow information may also be embedded, encoded, or otherwise combined with image pixel data, depth information, image segmentation information or any other image data provided by the synthetic image generation system **101**. Optical flow information may be included in training data processed by machine learning systems to generate models providing for object classification, object tracking, object navigation, location prediction, and/or optical flow information generation. Optical flow information provided by the AIDRU **106** may also be used to evaluate the performance of SLAM algorithms or other object tracking techniques.

Noise data and occlusion maps may also be generated by the AIDRU **106**. Noise data includes noise output including occluded areas, distorted objects, and image data dropout zones having one or more image degradation effects; optical flow data including a directional output and/or speed output; and image segmentation data including object segmentation maps, noise vs. signal segmentation maps, lens effect segmentation maps, and noise effect segmentation maps.

In one embodiment, the AIDRU **106** generates additional image data channels by modifying the synthetic image generation module **102** internal rendering engine. Post scene generation and RGB stereo image capture by the image generation module **102**, the AIDRU **106** may perform additional passes over generated scenes to create one or more additional image data channels. The synthetic image generation module **102** rendering engine has full knowledge about all visible and invisible scene points ensuring efficient generation and high accuracy of additional image data generated by the AIDRU **106**. To improve performance, the AIDRU **106** may modify one or more settings of the synthetic image generation module **102** internal rendering engine including image size, virtual camera sensor size and format, focal length, and lens field of view. Additional passes by the AIDRU **106** may occur for every image frame and scene view captured by the image generation module as defined by virtual camera position data and calibration parameters included in camera setting files. Therefore, the AIDRU **106** may generate additional image data (e.g., depth information, segmentation maps, optical flow data, facial recognition models, feature maps, noise data, and occlusion maps) for every virtual camera included in a scene and every synthetic image generated by the image generation module **102**. Additional image data channels provided by the AIDRU **106** may also be specific to the unique scene perspective included in each captured image plane.

Additional image data files provided by the AIDRU **106** may be written to memory **112** or otherwise stored in one or more databases, dataframes, image files, and/or other data stores included in a storage device **111**. Databases and other collections of additional image data files written to memory **112** and/or stored in a storage device **111** may be indexed, organized, tagged, cleaned, modified, associated with corresponding synthetic images, or otherwise processed by the image indexing module **108**. The training data assembly service **103** may search for and collect synthetic images and corresponding additional image data files from one or more databases or other datastores included in a storage device **111** using one or more metadata indices provided by the image indexing module **108**. The training data assembly service **103** may then transfer collections of synthetic images and additional image data files to the machine learning service **105** as training datasets for processing by one or more machine learning systems.

Image Augmentation

The image augmentation engine **104** can be software including routines for augmenting synthetic image data with noise and other defects. In some embodiments, the image augmentation engine **104** can be a set of instructions executable by the processor **113** to provide the functionality described below for generating augmented versions of synthetic images provided by the synthetic image generation module **102**. In some embodiments, the image augmentation engine **104** can be stored in the memory **112** of the image computing device **100** and can be accessible and executable by the processor **113**. The image augmentation engine **104** may be adapted for cooperation and communication with the processor **113** and other components of the image computing device **100** via an interconnect **115**.

In some embodiments, it may be desirable to modify synthetic images provided by the synthetic image generation module **102** with noise and other defects. To increase the amount of variation in a synthetic image dataset, the image augmentation engine **104** may add noise and distortion to synthetic images. By adding other effects (e.g., lens flare, lens distortion, motion blur, and Gaussian blur), the image augmentation engine **104** may also simulate realistic capture errors that commonly occur under certain conditions with specific camera hardware. In other embodiments, the image augmentation engine **104** may execute one or more edge detection algorithms to identify points in a digital image at which the image brightness changes sharply or has discontinuities. Discontinuities and other sharp changes in brightness typically correspond to changes in depth, surface orientation, material properties, and scene illumination, therefore capture import events included in a captured scene. Augmenting edges onto synthetic images provided by the synthetic image generation system **101** organizes objects

US 11,257,272 B2

25

captured in synthetic image into sets of line segments than can be efficiently processed to perform feature detection and feature extraction tasks.

The image augmentation engine **104** generates augmented images by modifying pixel coordinates with one or more image degradations or image effects. To create a larger, more robust, and more realistic training datasets, augmented images are added to training datasets incorporating synthetic images and additional image data. Examples of augmented images generated by the image augmentation engine **104** are shown in FIG. **4**. In one embodiment, the image augmentation engine **104** ingests a raw synthetic image **401** generated by the synthetic image generation module **104** and performs one or more augmentation operations. To generate an edge detection augmentation image **402**, the image augmentation engine **104** performs an edge detection augmentation operation representing each objet captured in the raw synthetic image **401** as a set of edges. The edge detection augmentation operation may include an edge detection algorithm having a Canny operator, Deriche operator, a differential operator, Sobel operator, a Prewitt operator, and/or a Roberts cross operator. Similar to the additional image data channels generated by the AIDRU **106**, edge detection augmentation images **402** may be included in synthetic image training datasets along with—or independent of— their corresponding synthetic images. Training datasets including edge detection augmentation images **402** may be used to

In other embodiments, the image augmentation engine **104** augments raw synthetic images with noise and other defects by performing one or more augmentation operations. To generate a polar distortion image **403**, the image generation engine performs a polar distortion operation mapping rectangular pixel coordinates to circular polar coordinates. In one example, a polar distortion operation coverts rectangular pixel coordinates (i.e., u, v) to polar coordinates (i.e., r, θ) using the following equations:

$$r^2 = x^2 + y^2$$

$$\tan(\theta) = y/x$$

In other examples, a polar distortion operation coverts polar coordinates (i.e., r, θ) into pixel coordinates (i.e., u, v) using the following equations:

$$u = r \cos(\theta)$$

$$v = r \sin(\theta)$$

The image augmentation engine **104** may apply a polar distortion operation to generate a polar distortion image **403** from a variety of viewpoints. In some embodiments, the image augmentation engine **104** applies a polar distortion operation mapping pixel coordinates using the top left corner of the image as the origin. Mapping from the top generates a circular view having an occlusion zone in the middle of the image as shown in the example polar distortion image **403**. In other examples, the image augmentation engine **104** applies a polar distortion operation mapping pixel coordinates using the lower right corner of the image as the origin. Mapping pixel coordinates to polar coordinates backwards generates a circular view having an occlusion zone around the outside of the circular view. The image augmentation engine **104** may also apply other polar distortion operations mapping pixel coordinates to polar coordinates using other origin locations to generate circular views having occlusion zones in other positions.

26

Other image degradations provided by the image augmentation engine **104** include Gaussian noise and Gaussian blur. In some embodiments, the image augmentation engine **104** creates noise augmentation images **406** and Gaussian blur images **408** by applying a Gaussian augmentation operation to a raw synthetic image **401**. Gaussian augmentation operations distribute a defined amount of noise (e.g., occlusion or blurring) evenly throughout an entire image. In other embodiments, the image augmentation engine **104** may degrade raw synthetic images **401** by applying augmentation operations providing for a non-uniform distribution of noise across entire images and/or particular locations within an image. The amount of noise applied by the image augmentation engine using Gaussian and non-Gaussian augmentation operations may be customized to diversify the synthetic images provided by the synthetic image generation system **101**.

To simulate other image degradations that may occur under certain capture conditions and/or when using a particular type of camera hardware, the image augmentation engine **104** may apply one or more condition augmentation operations and/or hardware augmentation operations to raw synthetic images **401**. Condition augmentation operations include one or more flare augmentation operations generating lens flare augmentation images **404** simulating a lens flare effect observable as a glare when capturing scenes under certain lighting conditions (e.g., capture in direct sunlight or capturing objects reflecting sunlight). Other condition augmentation operations applied by the image augmentation engine **104** include motion augmentation operations generating motion blur augmentation images **407** simulating a blurring effect observable in images capturing moving objects. The image augmentation engine **104** may also apply one or more hardware augmentation operations to simulate image degradations caused by particular camera devices. In one embodiment, the image augmentation engine **104** applies a wide angle lens augmentation operation to generate lens distortion augmentation images **405** with heavy distortion at the edges of the image plane simulating images captured by a fish eye lens or other wide angle lens.

Other image augmentations that may be performed by the image augmentation engine **104** include special transformations (e.g., rotation, translation, cropping, and scaling) and chromatic transformations (e.g., color, contrast, brightness). Image augmentation operations performed by the image augmentation engine **104** to generated augmented images may be executed on a GPU or other specialized image processor. In one embodiment, the image augmentation engine **104** performs the same image augmentations on every synthetic image and/or stereo image pair included in a synthetic image training set. The image augmentation engine **104** performs different image augmentations on synthetic images included in a synthetic image training set.

In one embodiment, the image augmentation engine **104** specifies a range of augmentation values for each augmentation operation then determines the augmentation to apply to each raw synthetic image **401** by sampling values within the range. For example, the image augmentation engine **104** may provide a range for a transformation augmentation operation between −20% and 20% of the image width for x and y, a range for a rotation augmentation operation from −17° to 17°, a range for a scaling rotation augmentation operation between 0.9 and 2.0, a range for a contrast augmentation operation from −0.8 to 0.4, and a range for multiplicative color changes to each RGB channel from 0.5 to 2. Values may be randomly, incrementally, or otherwise sampled from these ranges. The type of augmentation opera-

US 11,257,272 B2

27                                                                    28

tion, the range of augmentation values for each operation, and augmentation value for each image may be defined in augmentation settings included in camera setting files.

Augmented synthetic images generated by the synthetic image augmentation engine **104** may be written to memory **112** or otherwise stored in one or more databases, dataframes, libraries, repositories, image files, and/or other data stores included in a storage device **111**. FIG. **10** illustrates one data storage architecture embodiment for persisting synthetic image data **1010** in a storage device **111**. As shown in the figure, the data storage architecture may also include image scene data **1000** such as scene elements, camera files, and scene metadata including scene characteristics and scene assembly files describing how to arrange scene elements to construct an image scene. In one embodiment, image scene data **1000** is stored in a background image database **801**, an object database **802**, a library of texture materials **803**, a library of camera settings files **804**, and a library of scene metadata **1001**. Synthetic image data **1010** within the storage device **111** is persisted in a synthetic image database **805**, an augmented image database **807**, a training database **905**, a library of additional image data **1011**, and a library of synthetic image data metadata **1012**.

In one embodiment, the background image database **801** includes background images used to fill a background portion of an image scene. The background image database **801** may be organized as relational database or a list of compressed and/or uncompressed background image files (e.g., .png, .jpeg, etc.) indexed by filing name and/or image attributes (e.g., image type, creation date, image size, etc.). In other examples, the background image database **801** may be a set of folders with each folder including background images having a specific file name and/or image attributes as well as a metadata file (e.g., .JSON .XML, or other markup language file) describing the images included in the folder.

Background images included in the background image database **801** may be virtual or real world images depicting cityscapes, landscapes, out of focus scenes, or other image types. Background images also include solid color hues, color gradients, patterns, or other textures. In one embodiment, the background image database **801** includes 3D background images generated by combining an image file (e.g., a background image file of a real world landscape image) with a depth map comprising depth information for every point included in the image file. A graphics rendering engine renders a 3D background image by combining the image file with the depth map, wherein every point included in the image file is rendered using a corresponding depth value included in the depth map. The background image database **801** may also include synthetic background images generated by populating a background image file with one or more objects (e.g., 3D objects and/or 2D objects).

In one embodiment, the background image database **801** may include a background image training database and a background image verification database. The background image training database may include a subset of background images available for placement in image scenes used to generate synthetic image data used in training a machine learning system. The background image verification database may include a subset of background images excluded from the background image training database, wherein the subset of background images in the background image verification database are placed in image scenes used to generate synthetic image data used in validating a machine learning model produced by a machine learning system trained on synthetic images generated from image scenes produced using background images included in the background image training database.

The object database **802** stores objects incorporated into image scenes including 3D models and light sources. The object database **802** may be organized as a relational database or a list of object files including computer assisted design (CAD) file formats (e.g., .dwg, .dxf, .dgn, and .stl) and object file formats (e.g., .obj). In other examples, the object database **802** may be a set of folders with each folder including objects having a specific name, object type (e.g., 2D model, 3D model, or light source), or object attributes (e.g., object dimensionality, object size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the objects included in the folder.

In one embodiment, 3D models included in an object database **802** are three dimensional polygon mesh structures having variable dimensionality (i.e., the number of polygons included in the polygon mesh). 3D models may be common geometric shapes and/or 3D renderings having the shape and dimensions of real world objects. New 3D models may also be added to the object database **802** by scanning a real world object with a 3D scanning device or illustrating an object of interested using a CAD software program. Dimensionality of 3D models included in the object database **802** is typically between 10,000 and 500,000 polygons. One or more light sources may also be stored in the object database **802**. Light sources illuminate image scenes to provide light captured by a virtual camera during synthetic image generation. In one embodiment, light sources may include spotlights, diffuse lights, low light, mirrors, reflective surfaces, flat surfaces, and featureless surfaces. Depending on the relative position between light sources and virtual cameras, synthetic images may include one or more light based image degradations (e.g., a lens flare, glare, poor contrast, or over saturation effect).

In one embodiment, the object database **802** may include an object training database and an object verification database. The object training database may include a subset of objects including 2D/3D models and light sources available for placement in image scenes used to generate synthetic image data used in training a machine learning system. The object verification database may include a subset of objects excluded from the object training database, wherein the subset of objects in the object verification database are placed in image scenes used to generate synthetic image data used in validating a machine learning model produced by a machine learning system trained on synthetic images generated from image scenes produced using objects included in the object training database.

In one embodiment, 3D models included in the object database **802** are greyscale polygon mesh structures that persist a three dimensional shape of an object without incorporating color or other appearance information. Therefore, to generate a realistic 3D object, a graphics rendering engine may select a texture file corresponding to a 3D object from the library of texture materials **803** and cover the 3D object polygon mesh structure with the texture material. To render a 3D object wrapped in a texture material, the graphics rendering engine may identify one or more attachment points on the 3D mesh structure for fixing the texture file to the 3D model. In one embodiment, the one or more attachment points are mapped to one or more areas of the texture file to ensure the correct portion of the texture file covers each section of the 3D mesh structure.

The library of texture materials **803** may be organized as a relational database or a list of texture source file formats

US 11,257,272 B2

29 30

(e.g., .exr, .psd, or .tif), texture preview file formats (e.g., .bmp, .gif, .jpg, .png, .tga, or .tif), and/or texture runtime file formats (e.g., .3dc, .dds, .dxt, .pvr, .s3tc, .tpl, or .vft). In other examples, the library of texture materials **803** may be a set of folders with each folder including texture files having a specific name, texture type (e.g., pattern, color, image or object exterior), or texture attributes (e.g., texture file type, texture size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the textures included in the folder.

In one embodiment, the library of texture materials **803** may include a library of training textures and a library of verification textures. The library of training textures may include a subset of texture files available for covering objects placed in image scenes used to generate synthetic image data used in training a machine learning system. The library of verification textures may include a subset of texture files excluded from the library of training textures, wherein the subset of texture files in the library of verification textures cover objects placed in image scenes used to generate synthetic image data used in validating a machine learning model produced by a machine learning system trained on synthetic images generated from image scenes produced using texture files included in the library of training textures. In one embodiment, the library of training textures includes all texture files corresponding to objects included in the object training database. The library of training textures may also include all texture files corresponding to objects included in the object verification database.

The library of camera settings files **804** includes camera settings files as shown in FIGS. **5-7** below. Camera settings files describe the position, internal parameters, calibration parameters, and camera capture settings of virtual cameras included in an image scene. To simulate performance of actual camera devices, content of the camera settings files may be identical to actual camera devices available in the marketplace (e.g., smartphone cameras, stereo cameras, light field cameras, etc.). The library of camera settings files **804** may be organized as a relational database or a list of camera settings files. In other examples, the library of camera settings files **804** may be a set of folders with each folder including camera settings files having a specific name, camera device type (e.g., smartphone, camera, stereo camera, light field camera, etc.), or camera settings file attributes (e.g., number of camera settings, file size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the camera device files included in the folder.

The library of scene metadata **1001** includes scene metadata files describing an image scene class indicating the subject matter, complexity, composition, and/or overall appearance of an image scene. Scene metadata files also include scene selection algorithms, scene assembly algorithms, composition information, and assembly parameters for synthetic image scenes generated by the synthetic image device. Scene composition information included in scene metadata files may specify: a background image and/or category of background images included in the background image database **801** to select for a scene background image. Scene metadata files may also define the number of objects to place in a scene and/or list specific objects files or object types to incorporate in a scene. A texture file and/or category of texture files for covering each object in a scene may also be specified in scene metadata files. Scene assembly instructions may also be included in scene metadata files. In one embodiment, scene assembly instructions describe the

dimensions of a scene, the location of background image(s) and objects within a scene, and additional scene construction rules and/or instructions for creating an image scene having a scene class (e.g., cityscape scene, landscape scene, selfie scene, portrait, wildlife scene, event scene, still life scene, night scene, aerial scene, underwater scene, action scene (i.e., scenes including animations moving one or more objects), street view scenes, driver point of view scenes, noisy scenes, distorted or degraded scenes, standard field of view scenes, wide filed of view scenes, and ultra wide field of view scenes). Scene metadata may also include a 3D model selection routine and a 3D model arrangement routine as described above, wherein the 3D model selection routine determines objects to include in an image scene and the 3D model arrangement routine determines the position and depth of objects included in the image scene.

Scene assembly instructions may also include animations to apply to one or more objects included within a scene. Animations included in scene metadata files may describe how to move one or more objects in realistic ways to generate image scenes with moving objects. Animations may be applied to 2D and/or 3D objects included in an image scene as well as background images. In addition to moving objects, animations may also periodically change one or more objects and/or background images for a substitute object and/or background image. The synthetic image generation system may use animated image scenes to generate synthetic images incorporating moving objects and augmented synthetic images including degradations caused by object movement. Using animated image scenes, the synthetic image generation system may also simulate performance of actual camera devices while capturing moving objects and generate optical flow information (i.e., object direction and velocity) for objects included in image scenes.

The library of scene metadata **1001** may be organized as a relational database or a list of scene metadata files. In other examples, the library of scene metadata **1001** may be a set of folders with each folder including scene metadata files having a specific name, scene class (e.g., landscape scene, selfie scene, still life scene, action scene, etc.), or image scene attributes (e.g., number of objects, included animations, file size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the scene metadata files included in the folder.

The data storage architecture of the storage device **111** may also include synthetic image data **1010** stored in a synthetic image database **805**, augmented image database **807**, training database **905**, library of additional image data **1011**, and library of synthetic image data metadata **1012**. In one embodiment, the synthetic image database **805** includes synthetic images captured from image scenes generated using image scene data **1000**. Synthetic images provided by the virtual camera application **122** are stored in the synthetic image database. The synthetic image database **805** may be organized as a relational database or a list of synthetic images. In other examples, the synthetic image database **805** may be a set of folders with each folder including synthetic image files having a specific name, scene metadata, scene class (e.g., landscape scene, selfie scene, still life scene, action scene, etc.), capturing camera device, or image attributes (e.g., number of objects, file size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the synthetic image files included in the folder.

In one embodiment, the augmented image database **807** includes synthetic images augmented by one or more image degradations and/or effects. Synthetic images generated by

US 11,257,272 B2

31

32

the image augmentation engine **106** are stored in the aug-mented image database **807**. The augmented image database **807** may be organized as a relational database or a list of synthetic images. In other examples, the augmented image database **807** may be a set of folders with each folder including synthetic image files having a specific name, image augmentation (e.g., edge detection, polar distortion, lens flare, lens distortion, noise augmentation, motion blur, Gaussian blur, bokeh, etc.), scene metadata, capturing cam-era device, or image attributes (e.g., number of objects, number of augmentations, file size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the synthetic image files included in the folder.

In one embodiment, the library of additional image data **1011** includes additional image data (i.e., synthetic image data other than synthetic images) rendered from virtual camera positions defined in camera settings files. Additional image data may be rendered at the same camera position and direction as synthetic images. In these embodiments, addi-tional image data files rendered at the same camera view as a synthetic image are associated (e.g., labeled or tagged as children) with the parent synthetic image. Additional image data generated by the additional image data rendering unit **106** may include depth information (e.g., depth maps), image segmentation data (e.g., image segmentation maps), optical flow information (e.g., object direction, object veloc-ity, etc.), facial recognition data (e.g., face ID features and/or models), and noise data (e.g., noise maps, occlusion maps, etc.). The library of additional image data **1011** may be organized as a relational database or a list of synthetic image data files. In other examples, the library of additional image data **1011** may be a set of folders with each folder including additional image data files having a specific name, addi-tional image data type (e.g., depth, image segmentation, optical flow, facial recognition data, noise data, etc.) scene metadata, capturing camera device, or additional image data attributes (e.g., number of objects, parent synthetic image, file size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the additional image data files included in the folder.

Subsets of synthetic image data **1010** (e.g., synthetic images, augmented images, and additional image data chan-nels) may be assembled into training datasets stored in a training database **905**. In one embodiment, training datasets include synthetic image data optimized for training a machine learning system to perform a computer vision task (e.g., depth data generation, image segmentation, feature tracking, object tracking, facial recognition, image classifi-cation, or object classification). Training datasets used to train models performing a particular computer vision task include synthetic images generated from a common image scene class (e.g., cityscape scene, landscape scene, selfie scene, portrait, wildlife scene, event scene, still life scene, night scene, aerial scene, underwater scene, action scene (i.e., scenes including animations moving one or more objects), street view scenes, driver point of view scenes, noisy scenes, distorted or degraded scenes, standard field of view scenes, wide filed of view scenes, and ultra wide field of view scenes). Training dataset including synthetic images having a common image scene class are generated by constructing one or more image scenes of the desired image scene class by executing synthetic scene component selection algo-rithm and a scene assembly algorithm, wherein the scene component selection algorithm selects background images, objects, and texture materials included in image scenes of the image scene class and the scene assembly algorithm

assembles scene components into an image scene having similar appearance and complexity to image scenes of the image scene class.

The training database **905** may be organized as a rela-tional database or a list of training datasets. In other examples, the training database **905** may be a set of folders with each folder including a training dataset having a specific name, composition of image data (e.g., synthetic images, augmented images, and/or additional image data), computer vision application, scene metadata, capturing cam-era device, or training dataset attributes (e.g., number of synthetic image data files, file size, creation date, etc.) as well as a metadata file (e.g., .JSON, .XML, or other markup language file) describing the training dataset included in the folder.

Training datasets may be assembled using a search plat-form that locates synthetic image data using one or more metadata fields. Metadata fields for synthetic image data files may be included in the library of synthetic image metadata **1012**. In one embodiment, each synthetic image data file has a unique metadata file (e.g., .JSON, .XML, or other markup language file) including a file name, synthetic image data type, file name of the parent synthetic image, list of any other image data files generated from the same camera view as the parent synthetic image, size of the image file, creation date, camera device used to capture the camera view, values for one or more parameters included in the camera settings file for the camera device, scene metadata for generating the parent image, and/or applicable computer vision applications.

Databases and other collections of synthetic image data written to memory and/or stored in a storage device **111** may be indexed, organized, tagged, cleaned, modified, associated with parent synthetic images, or otherwise processed by the image indexing module **108**. The training data assembly service **103** may search for and collect augmented synthetic images from one or more databases or other datastores included in a storage device **111** using one or more metadata indices provided by the image indexing module **108**. The training data assembly service **103** may then transfer col-lections of augmented images, synthetic images, and addi-tional image data files to the machine learning service **105** as training datasets for processing by one or more machine learning systems.

Assembling Training Data from Synthetic Images

Training datasets including collections of synthetic image data generated by the synthetic image generation system **100** are stored in a training database **905**. The training database **905** may also include synthetic image data metadata describ-ing characteristics of synthetic images and additional image data channels as well as scene metadata describing attributes of image scenes captured in synthetic images and additional image data channels. To generate machine learning models for performing CV tasks, training datasets are extracted from the training database **905** and processed by machine learning systems. In one embodiment, the synthetic image generation system **100** includes a training data pipeline **120** to ensure efficient compilation of synthetic images and additional image data channels into training datasets and rapid pro-cessing of training data by machine learning systems. In one embodiment, the training data pipeline **120** includes an image indexing module **108**, a training data assembly ser-vice **103**, and a machine learning service **105**. The training data pipeline **120** organizes synthetic images and additional image data channels provided by the synthetic image gen-eration system **100**, complies specific selections of synthetic images and additional image data into training datasets

US 11,257,272 B2

33

generated for specific CV applications, and provides the training data to machine learning systems for further processing.

The image indexing module **108** can be software including routines for tagging and indexing synthetic image data by metadata fields. In some embodiments, the image indexing module **108** can be a set of instructions executable by the processor **113** to provide the functionality described below for indexing synthetic images provided by the synthetic image generation module **102**, augmented images provided by the image augmentation engine **104**, and additional image data channels provided by the AIDRU **106** on metadata fields describing characteristics of synthetic image data. In some embodiments, the image indexing module **108** can be stored in the memory **112** of the image computing device **100** and can be accessible and executable by the processor **113**. The image indexing module **108** may be adapted for cooperation and communication with the processor **113** and other components of the image computing device **100** via an interconnect **115**.

In one embodiment the image indexing module **108** may include a search platform implemented as a back end search implementation (e.g., Elasticsearch or Solr) leveraging a full text index of file names, synthetic image metadata, and scene metadata. The search platform may provide a full text index and search for every datastore included in the storage architecture illustrated in FIG. **10**. Particularly, the image indexing module may enable full text search of text file included in a background image database **801**, object database **802**, library of texture materials **803**, library of camera settings files **804**, library of scene metadata **1001**, synthetic image database, augmented image database **807**, training database **905**, library of additional image data **1011**, and library of synthetic image data metadata **1012**. Training datasets including single images, stereo image pairs, augmented images, depth maps, disparity maps, segmentation maps, optical flow maps, occlusion maps, noise maps, and facial recognition features/models may be assembled using the search platform included in the image indexing module **108**.

In some embodiments, the search platform included in the image indexing module **108** may implement an analytics module for efficiently sorting and locating patterns of synthetic images and additional image data channels having specific index values. The search platform may be exposed in a user interface **109** as a natural language based search engine that returns listings of synthetic image and additional image data files in response to queries entered in a search bar. The search platform may use keyword or exact match methods to return synthetic image data files, scene files, synthetic image data metadata, and scene metadata. Additionally, the search platform may also incorporate a relevance rating or use one or more machine learned search techniques to augment keyword or exact matches with similar and/or likely relevant results.

In some embodiments, the image indexing module **108** may index images on metadata fields encoded into the synthetic image at capture by the synthetic image generation module **102**. The metadata fields include date and time a image was generated, size of an image file, image scene class (e.g., cityscape, landscape, road view, face, building interior, outdoor scene, random object compilation, etc.), image classification (e.g., stereo image, complex image, low light image, etc.), scene metadata (e.g., type of background image, type and number of textures, type and/or number of virtual cameras in a scene, type and/or number of objects in a scene, scene construction method, scene depth, etc.),

34

number and type of additional image data channels generated from the parent synthetic image, additional image data associated with a synthetic image, camera settings file used to capture an image, one or more parameters included in a camera settings file used to capture an image, image metadata (e.g., type and/or number objects included in an image, depth of background image, depth of a foreground object, maximum depth of a foreground object, number and type image augmentations performed on a parent synthetic image, additional image data rendered for a camera view captured in a parent synthetic image, etc.), intended cv application(s) for image, camera device (e.g., smartphone camera model or camera device model) simulated in a synthetic image, and/or camera device simulated by the selected camera settings file.

The image indexing module **108** may also apply one or more tags to synthetic images and additional image data. Tags applied by the image indexing module may include the amount and type of foreground objects captured in an image, a scene class (e.g., cityscape, landscape, road view, face, building interior, outdoor scene, random object compilation, etc.), image complexity, the existence and type of additional image data generated for the synthetic image, and one or more CV applications the synthetic images and/or additional image data could be used to perform. Post tagging, the synthetic images and image data channels are indexed on the applied tags to provide more descriptive indices for efficient and precise assembly of particular datasets. Indices generated by the image indexing module **108** are used by the training data assembly service **103** during image dataset compilation. Indexing and/or search functions performed by the image indexing module **108** may be performed automatically on a periodic, recurring, and/or scheduled basis as chronological jobs.

The training data assembly service **103** can be software including routines for compiling training datasets including synthetic images, augmented images, additional image data channels, scene metadata, and image metadata. In some embodiments, the training data assembly service **103** can be a set of instructions executable by the processor **113** to provide the functionality described below for compiling training datasets for particular CV applications using the search functionality provided by the image indexing module **108**. In some embodiments, the training data assembly service **103** can be stored in the memory **112** of the image computing device **100** and can be accessible and executable by the processor **113**. The training data assembly service **103** may be adapted for cooperation and communication with the processor **113** and other components of the image computing device **100** via an interconnect **115**.

The training data assembly service **103** executes search functionally provided by the image indexing module **108** to prepare training datasets including synthetic images, augmented images, additional image data channels, scene metadata, and image metadata for further processing by machine learning systems. Training datasets produced by the training data assembly service are stored in the training database **905** included in the data storage architecture described above in FIG. **10**. In one embodiment, the training data assembly service **103** compiles training datasets by selecting synthetic images, augmented images, and/or additional image data generated from image scenes having a specific scene metadata field. Training datasets may also be generated by the image indexing module **108** using image metadata indicating the synthetic image data is optimized for training a machine learning system to generate models accurately performing one or more CV tasks.

US 11,257,272 B2

35

36

In one example, the training data assembly service **103** prepares training datasets by selecting synthetic images having a common scene class from a training database **905**. Scene classes describe the subject matter and/or complexity of synthetic images to organize synthetic images into categories optimized for specific CV applications. In one embodiment, image scene classes (e.g., cityscape scene, landscape scene, selfie scene, portrait, wildlife scene, event scene, still life scene, night scene, aerial scene, underwater scene, action scene (i.e., scenes including animations moving one or more objects), street view scenes, driver point of view scenes, noisy scenes, distorted or degraded scenes, standard field of view scenes, wide filed of view scenes, and ultra wide field of view scenes).

By executing search functionality provided by the image indexing model **108**, the training data assembly service **103** may assembly CV application specific training datasets comprising synthetic images, augmented images, additional image data channels, scene metadata, and/or image data metadata. In one embodiment, the training data assembly service **103** compiles a training dataset for training a machine learning system to perform facial recognition tasks. To generate the facial recognition specific training dataset, the training data assembly service **103** may select synthetic images, augmented synthetic images, and depth maps including one or more faces. Alternatively, to compile a training dataset for training machine learning system to track a soccer ball, the training data assembly service **103** may select synthetic images, edge detection augmented images, and optical flow maps including animated sports balls and other round spherical objects in motion.

The training data assembly service **103** may also compile training datasets in real time during model training according to feedback on training progress, data processing efficiency, and or model accuracy received from the machine learning service **105**. In one embodiment, the machine learning service **105** indicates a training dataset having particular characteristics is rapidly increasing the accuracy of machine learning models for a particular CV application. In response, the training data assembly service **103** compiles an expanded set of synthetic image, augmented images, additional image data channel files, scene metadata, and/or synthetic image metadata having a set of characteristics included in the original high performing dataset. After executing search functionality provided by the image indexing module **108** to compile the training dataset, the training data assembly service **103** provides the expanded dataset to the machine learning service **105** in real time for distribution to a machine learning system.

In other embodiments, the machine learning service **105** indicates a training dataset having particular characteristics failed to produce accurate machine learning models within a specific time period and/or a machine learning system is unable to process the training dataset in a reasonable time using available computational resources. In response, the training data assembly service **103** compiles a smaller and/or distinct training dataset including synthetic images, augmented images, additional image data files, scene metadata, and/or image data metadata having different characteristics. The machine learning service **105** than provides to new dataset in real time to a machine learning system and receives feedback on training using the new dataset. If the feedback is negative, the machine learning service **105** will fetch a new dataset having different characteristics from the training data assembly service **103** until providing an effective dataset iteration to the machine learning system.

The machine learning service **105** can be software including routines for sending and receiving data including training datasets and performance feedback to and from machine learning systems. In some embodiments, the machine learning service **105** can be a set of instructions executable by the processor **113** to provide the functionality described below for transmitting training datasets complied by the training data assembly service **103** to machine learning systems and relaying feedback including training performance and generated model accuracy between machine learning systems and the training data assembly service **103** for real time modification of training datasets. In some embodiments, the machine learning service **105** can be stored in the memory **112** of the image computing device **100** and can be accessible and executable by the processor **113**. The machine learning service **105** may be adapted for cooperation and communication with the processor **113** and other components of the image computing device **100** via an interconnect **115**.

In one embodiment, the machine learning service **105** communicates with machine learning systems outside the synthetic image generation system **101**. In other examples, the machine learning service **105** includes one or more machine learning systems for generating one or more machine learning models for CV applications by processing training datasets compiled by the training data assembly service **103**. Machine learning systems communicatively coupled to—and/or included in—the machine learning service **105** include rules based classification algorithms, neural networks, and deep learning methods. More specifically, Naïve Bayes classification algorithms, decision tree classification algorithms, convolutional neural networks (CNNs), convolutional recurrent neural networks (CRNNs), hierarchical recurrent convolutional neural network (HRNN), and HRNNs with attention vectors implemented in a machine learning framework (e.g., Keras, Scikitlearn, MXNet, or Tensorflow). Machine learning models generated by one or more of these machine learning systems may perform CV tasks including depth generation, image segmentation, object tracking, facial recognition, object classification, gesture tracking and control, object counting, 2D to 3D conversions, 3D scanning, and SLAM.

The machine learning service **105** may modify training datasets provided by the training data assembly service **103** to optimize training data for processing by one or more machine learning systems. Modifications made by the machine learning service **105** may include cleaning operations, compression operations, buffering, encoding for streaming, and/or conversion to one or more file formats optimized for distribution and processing of image data (e.g., converting to a file format optimized for distribution over a content delivery network). To improve efficiency and reduce latency during transmission and/or pre-processing of synthetic image datasets, the machine learning service **105** may batch process and/or deliver batches of synthetic image and additional image data files.

Camera Tuning

By mirroring the camera capture settings, calibration parameters, and other characteristics of an actual camera device in a camera device file, the synthetic image generation system **101** may simulate the performance of actual camera devices during synthetic image generation. In one embodiment, the camera tuning service **107** synthesizes synthetic images generated using camera settings identical to an actual camera device to gain insight into performance of actual camera devices under a variety of capture conditions. Based on the synthesis of synthetic images, the camera

US 11,257,272 B2

37

38

tuning service 107 may generate tuning parameters describing one or more modifications to one or more camera settings that would improve performance of an actual camera device. The camera tuning service 107 may include a port, wireless connection terminal, or other interface for connecting to a camera device and communicating tuning parameters to the camera device in real time. Tuning parameters generated by the camera tuning service 107 may include current camera settings values, optimized camera setting values, and one or more confidence metric associated with the optimized camera settings values.

In one embodiment, the camera tuning service 107 retrieves current camera setting values from a connected camera device. The camera tuning service 107 then synthesizes synthetic images to generate tuning parameters including optimized values for one or more of the current camera settings retrieved from a connected camera device. The optimized values may be generated based on the performance of a virtual camera having the same settings as the connected camera during synthetic image capture. In one embodiment, to determine an optimal camera setting value, the camera tuning service 107 synthesizes a set of synthetic images captured using a range of camera setting values, wherein the synthetic images are captured using incrementally spaced camera setting values with each synthetic image having a unique camera setting value. If one or more optimized camera setting values generated by synthetic image synthesis has a confidence metric above a defined threshold, the camera tuning service 107 generates instructions for modifying the current camera capture settings with the optimized camera capture settings. Modification instructions may be generated for each camera setting, wherein the optimal value for the camera setting is associated with a confidence metric exceeding the threshold. To change one or more current camera settings to one or more optimized camera settings, modification instructions provided by the camera tuning service 107 are executed by a processor 113 included in the image computing device 100 and/or an external processor (e.g., a processor included in the camera device).

The camera tuning service 107 can be software including routines for optimizing one or more camera settings included in an actual camera device based on performance of one or more virtual cameras. In some embodiments, the camera tuning service 107 can be a set of instructions executable by a processor 113 to provide the functionality described below for generating tuning parameters including optimal camera setting values and instructions for changing one or more current camera setting values to one or more optimal camera setting values. In some embodiments, the camera tuning service 107 can be stored in the memory 112 of the image computing device 100 and can be accessible and executable by the processor 113. The camera tuning service 107 may be adapted for cooperation and communication with the processor 113 and other components of the image computing device 100 via an interconnect 115.

Camera Setting Files

To simulate the performance of an actual camera device the camera tuning service 107 uses one or more camera setting files having identical camera settings to actual camera devices. The synthetic image generation module 102 also uses camera setting files to define the image plane captured in a synthetic image. FIGS. 5-7 included below illustrate an example camera setting file 500 embodiment used by the synthetic image generation system. More particularly, FIG. 5 describes camera position data 510 and camera intrinsic 520 parameters, FIG. 6 describes camera calibration metadata 530, and FIG. 7 describes camera capture settings 540, and image augmentation settings 550.

As shown in FIG. 5, in one embodiment, a camera setting file 500 includes camera position data 510 describing the location of a virtual camera within a scene, camera intrinsic 520 parameters describing internal properties of a camera device, camera calibration metadata 530 including one or more parameters for calibrating one or more virtual camera modules, camera capture settings 540 for modifying a view perspective captured in a synthetic image, and image augmentation settings 550 for augmenting one or more synthetic images. Camera position data 510 may include Cartesian camera coordinates 512 describing the position of a virtual camera device within a scene provided by the synthetic image generation system 101. Cartesian coordinates camera 512 may include 2D Cartesian camera coordinates (i.e., x, y) describing a virtual camera position in a 2D scene and/or 3D Cartesian camera coordinates (i.e., x, y, z) describing a virtual camera position in a 3D scene. In one embodiment, 3D Cartesian camera coordinates are included in camera coordinates used to locate a virtual camera in a 3D scene during image projection. In one embodiment, Cartesian camera coordinates 512 may also include image coordinates describing the location of the image plane of a virtual camera in a 2D projection of a 3D scene. An image projector creates a 2D projection of a 3D scene by slicing a 2D section of the 3D scene at an image plane location defined in the camera settings file 500. The image projector then uses the image coordinates to define, within the 2D projection, the location of the virtual camera image plane including the camera view of the image scene captured by the virtual camera. Therefore, the image coordinates describe an image plane location including a camera view of a synthetic image scene, wherein the camera view is defined by camera position data, camera intrinsics, camera calibration metadata, and/or camera capture settings.

Camera position data 510 may also include rotation parameters 514 describing the angular orientation of a virtual camera in a 2D/3D scene. The rotation parameters 514 may include Euler angles (i.e., pitch, yaw, and roll). In scenes with only one virtual camera, Euler angles define the rotational offset angles between the geometric coordinate system of the synthetic image scene and the image plane of the virtual camera. In scenes include two or more virtual cameras having a stereoscopic orientation, Euler angles may also define the rotational offset angles between the coordinate systems of the left and right stereo camera modules. Euler angles defining the rotational offset between to stereo camera modules may be used to generate the elemental rotation matrices used to perform stereo calibration. In scenes including two or more virtual camera modules in a stereoscopic arrangement, the rotation parameters may include two or more sets of Euler angles. A first set of Euler angles defining the rotational offset between a virtual camera module and the scene geometric coordinate systems and a second set of Euler angles defining the rotational offset between the left and right stereo camera modules.

Camera intrinsic 520 parameters describe the internal properties of a camera device. In one embodiment, camera intrinsic parameters 520 include focal lengths 522 ($f_x$, $f_y$), distortion center 524 ($c_x$, $c_y$), distortion coefficients 526 ($k_1$, $k_2$, . . . , $k_n$), lens field of view 528 (e.g., 80°, 114°, 120°, . . . , 180°), and other internal properties of the camera lens, image sensor, or other camera component. Camera intrinsic parameters 520 included in the camera settings file 500 may be identical to camera intrinsic parameters of actual camera devices. Camera intrinsic parameters 520 are spe-

US 11,257,272 B2

39

cific to each camera device and must be precisely defined for accurate calibration. Even two of the same model camera devices may have different intrinsic parameters 520 due to manufacturing differences. The camera intrinsic parameters 520 described in more detail below are unique for each virtual camera included in a scene and help define the image plane captured by a virtual camera. To rapidly iterate between simulating capture performance of different actual camera devices, the camera intrinsic parameters 520 included in a camera settings file 500 may be changed in real time. To optimize camera calibration, current values of one or more camera intrinsic parameters may also be changed to optimal values by the camera tuning service 107.

Focal lengths 522 included in the camera settings file 500 may be $f_x$ and $f_y$ parameters describing focal lengths of the lens in the x and y directions that are perpendicular to each other. The focal lengths are the distances over which initially collimated light rays are brought to a focus, and measures how strongly the lens converges or diverges lights. A lens with a shorter focal length can bend the light rays more sharply. Lenses that are not perfectly circular, for example, some fisheye lenses, may distort or bend the light in slightly different ways in the x direction versus the y direction. Thus, the focal length at the x direction $f_x$ can be different from the focal length at the y direction $f_y$ for aspheric and other asymmetrically curved lenses.

Distortion centers 524 included in camera settings files 500 for virtual cameras may be $c_x$ and $c_y$ parameters describing the distortion center of projection in the image frame captured by the lens. Since actual camera devices modeled by one or more camera settings files may have different lens shapes, the distortion center denoted by $c_x$ and $c_y$ may not be positioned at the geometric center of the image frame. Irregular shaped lenses including aspheric and fisheye lenses do not have prefect circular symmetry, therefore the distortion centers 524 included in camera settings files 500 for virtual cameras setup with irregular shaped lenses are not a the geometric center of the image frame.

Distortion coefficients 526 included in camera settings files 500 for virtual cameras may be $k_1$, $k_2$, . . . , $k_n$ parameters describing the levels of lens distortion, as a function of the radius from the center of the captured image frame to the edge of the frame. In some embodiments, n can be, for example, between 1 and 16, depending on how precise the calibration needs to be and the characteristics of the particular lens. The distortion coefficients 526 describe how much distortion an image pixel has as a location of the pixel moves from the center of the image to the edge of the image. In some embodiments, the $k_1$, $k_2$, . . . , $k_n$ parameters are defined radially and do not depend on the circular angle of the pixel location. The distortion coefficients 526 are variable depending on the type of lenses used in the camera module. For example, different polynomial lens distortion models having different numbers of distortion coefficients 526 with different values and orders of magnitude are used to describe distortion levels for fisheye and non-fisheye lenses.

Additional camera intrinsic parameters 520 included in camera setting files 500 for virtual cameras may be lens field of view 528 (e.g., 80°, 114°, 120°, . . . , 180°). Lens field of view 528 describes the viewing angle of a camera device with the degree value describing the size of the lens opening for receiving light. The lens field of view 528 is directly related to the shape of a lens therefore the distortion coefficients 526 and lens field of view 528 are interdependent. During camera calibration, the camera intrinsic parameters 520 allow a mapping between camera coordinates and pixel

40

coordinates in the image frame. To calibrate a virtual camera module, intrinsic parameters 520 included in the camera setting files are organized in an intrinsic calibration matrix used to transform between projection coordinates in a camera frame and pixels in an image frame. The intrinsic calibration matrix may be stored in camera calibration metadata 530 included in a camera setting file 500 for a virtual camera as intrinsic calibration metadata 632.

FIG. 6 describes camera calibration metadata 530 included in a camera file 500 for a virtual camera device. For scenes including one virtual camera, camera calibration metadata 530 describes a calibration position for the virtual camera. In scenes including two or more virtual cameras arranged in a stereoscopic arrangement, camera calibration metadata 530 describes a calibration position for each virtual camera plus a calibration position for a stereoscopic dual camera device including two or more virtual cameras. In one embodiment, camera calibration metadata 530 includes intrinsic calibration metadata 632, stereoscopic calibration metadata 633, and dynamic calibration metadata 637. To accurately simulate performance of an actual camera device, the intrinsic calibration metadata 632 for a virtual camera may be generated using camera intrinsic parameters identical to camera intrinsic parameters of an actual camera device. For scenes having two or more virtual camera devices in a stereoscopic arrangement, stereoscopic calibration metadata 633 defines a calibration position wherein each stereoscopic virtual camera device captures the scene from the same image plane. Dynamic calibration metadata 637 includes calibration parameters for real time virtual camera calibration and re-calibration parameters for correcting calibration errors.

Stereoscopic calibration metadata 633 describes the relative position between two stereo camera modules and includes a mapping of coordinates between the right and left image channels. From a set of coordinate points describing the relative positions of two camera rectification matrices 636 and an optical distortion relationship for two stereo camera modules can be determined. The distortion relationship is used to correct lens distortion and the rectification matrices 636 are used to rectify the right and left image planes of virtual stereo cameras onto the same image plane.

Ideally, the two lenses of a stereo camera are perfectly aligned next to each other. However, in an actual dual camera device, any of the lenses may be off-center from a perfectly aligned position or rotated away from a perfectly aligned orientation. Rectification matrices 636 included in the stereoscopic calibration metadata 633 describe how to rectify captured synthetic images on the same image plane by offsetting the distortion caused by imperfect alignment between the virtual dual camera two lenses. In one embodiment, the rectification matrices 636 and distortion model described by distortion coefficients 526 included in the intrinsic calibration metadata 632 are applied to every pixel included in a pair of captured stereo synthetic images to make the synthetic images captured by two virtual stereoscopic virtual camera devices appear perfectly aligned as if they were captured from the same image plane. The correction described by the rectification matrices 636 improves the stereo 3D effect since human eyes are very sensitive to the distortion differences between left and right channels.

In one embodiment, stereoscopic calibration metadata 633 includes a rotation matrix 634, a translation vector 635, and rectification matrices. Rectification matrices 636 are generated using the rotation matrix 634 and translation vector 635, wherein the rotation matrix 634 describes a rotational correction aligning images captured by a virtual

US 11,257,272 B2

41

stereo camera device so that the image planes of the left and right image channels are on the same plane. A translation vector **635** describes a projection operation vertically aligning the image frames from the left and right channels. To achieve perfect alignment for stereo vision, the translational (i.e. vertical) alignment described by the translation vector **635** and the rotational alignment provided by the rotation matrix **634** are combined in the rectification matrices **636** applied to each image pixel during rectification. A left rectification matrix describes how to align the left image channel for stereo vision and a right rectification matrix describes how to align the right image channel for stereo vision.

In some embodiments, alignment of the virtual stereo camera modules may shift, for example, one virtual camera may be stacked on top of a second virtual camera to align on the virtual stereo cameras on the same vertical plane instead of on the same horizontal plane in a side by side arrangement. The translation vector **635** for calibrating stereo cameras having this orientation may describe a projection operation that ensures the image frames from the left and right channels are horizontally aligned. Additionally, the set of stereoscopic calibration metadata **633** can include other compensation metadata that relates to image sensors. For example, the virtual image sensor of the left channel may have slightly different color balance than the virtual image sensor of the right channel. Based on a color calibration test, the camera file **500** can store color-mapping metadata as portion of the stereoscopic calibration metadata **633** to equalize the color balance between the right and left image sensors to provide a uniform color profile.

In some embodiments, camera calibration metadata **530** also includes dynamic calibration metadata **637**. Unlike conventional camera devices, calibration in virtual camera models described herein is not a static process. Instead, calibration may be dynamic and evolves based on performance of a virtual camera module under certain capture conditions. In one embodiment, dynamic calibration metadata **637** includes real time calibration metadata **638** and re-calibration data **639** generated by the synthetic image generation module **102**. Real time calibration metadata **638** comprises calibration parameters for non-integer and uncalibrated camera settings. Re-calibration data **639** includes pixel position coordinates correcting calibration errors when applied to image pixel data during the process of mapping image pixels to display pixels. Re-calibration data **639** further includes re-calibration parameters describing a stereoscopic calibration position without calibration errors.

FIG. **7** describes camera capture settings **540** and augmentation settings **550** included in a camera file **500** for a virtual camera device. For scenes including one virtual camera, camera capture settings **540** include parameters defining a virtual camera setup used to generate a synthetic image. In one embodiment, camera capture settings **540** include a zoom setting **741**, focus setting **742**, baseline setting **743**, convergence plane depth setting **744**, lighting **745**, and other parameters describing component positioning within a virtual camera, relative positioning between two or more virtual cameras, and capture conditions included in a scene. To accurately simulate performance of an actual camera device, the camera capture settings **540** for a virtual camera may be selected from a range of capture setting values included in an actual camera device. In one embodiment, augmentation settings **550** include parameters describing one or more image degradations, camera blur **750**, lens distortion **751**, lens flare **752**, polar coordinate distortion **753**, image noise **754**, and other effects **755**. To accurately

42

simulate performance of an actual camera device, augmentation settings **550** may provide realistic image degradations for specific scene perspectives under certain capture conditions.

Camera capture settings **540** augment camera position data **510**, camera intrinsic parameters **520**, and calibration settings **530** by refining the perspective of a virtual camera within a set image plane. In other words, camera position data **510**, camera intrinsic parameters **520**, and calibration settings **530** define the image plane of a virtual camera within a scene, while the camera capture settings **540** determine how the set image plane is captured in a synthetic image. Camera settings including a zoom setting **741** (e.g., 1×, 2, 3×, 6×, etc.) and focus setting **742** (e.g., 0.01 mm, 0.02 mm, etc.) can significantly influence the appearance of synthetic images. In dual camera systems, a baseline setting **743** (e.g., 1 cm, 2 cm, 6 cm, etc.) and convergence (i.e., zero disparity) plane depth setting **744** (e.g., 1 m, 3 m, 5 m, etc.) determine how depth is captured in a synthetic image. More specifically, the convergence plane depth setting describes the depth of the zero disparity plane (i.e., the distance from the virtual cameras where points appear in the same position and thereby have no view disparity). Camera settings included in camera capture settings **540** for virtual cameras may be identical to camera settings included in actual camera devices. In one embodiment, the camera settings for two virtual cameras may be identical to a dual camera system included in a smartphone (e.g., the RED Hydrogen one or iPhone XS). One example dual camera smartphone system imitated by camera settings for virtual cameras included in camera capture settings **540** incorporates dual side by side mounted 12.3 Mega Pixel (MP) cameras having a phase detection auto focus (PDAF) sensor and a fixed narrow baseline (e.g., 13 mm).

In other embodiments, camera capture settings **540** are configured to simulate other dual camera systems, for example, systems having two Sony FCB-ER8550 or FCB-CR8550/8530 complimentary metal-oxide-semiconductor (CMOS) sensor color camera modules mounted with lenses perpendicular to each other behind a beam splitter, wherein the perpendicular arrangement allows for a wide range of available baseline settings **743** (e.g., 0 mm to 35 mm). Synthetic stereo image pairs generated using camera settings files including parameters for camera intrinsics, camera calibration metadata, and camera capture settings identical to parameters of actual stereo camera devices allow the first and second virtual cameras capturing the synthetic stereo image pair to simulate the capture performance of right and left stereo modules included in an actual stereo camera device. Camera capture settings **540** may also be configured to simulate single camera systems. In one embodiment, the performance of single and multi camera devices is simulated by setting values for a zoom setting **741**, focus setting **742**, baseline setting **743**, and/or convergence plane depth setting **744** to a value within the range of possible values for each capture setting on an actual camera device. To simulate a dual camera system included in the RED Hydrogen One smart phone, a zoom setting **741** is set to 1.5×, focus setting **742** to 0.01 mm, baseline setting **743** to 13 mm, and convergence plane depth setting to 2.7 m. The synthetic image generation system **101** then generates a synthetic phone using the camera file **500** having the above camera settings included in the camera capture settings **540**. In one embodiment, to simulate the performance of an actual device at a variety of camera settings, the values for each dynamic capture setting included in the Hydrogen One dual camera (e.g., zoom **741**, focus **742**, and convergence plane

US 11,257,272 B2

43

depth **744**) are incrementally varied with one synthetic image generated for each set of unique camera settings.

Camera capture settings **540** may also include one or more parameters describing scene conditions used during synthetic image capture. In one embodiment, one or more lighting setting **745** may describe the lighting conditions of a particular scene. Lighting settings **745** may define the number of light sources present in a scene, the position of each light source, and the intensity of light emitted from each light source. One or more lighting settings may correspond to light based effects or degradations provided in the augmentation settings **550**. In one embodiment, one or more light settings **745** may influence the value of one or more augmentation settings **550**. In one embodiment, the presence and position of a lens flare effect **752** depends on the location and intensity of one or more light sources. For example, a light source emitting and intense light located in the left corner of the horizon captured in the background of a synthetic image generates a lens flare effect **752** coming from the left side of the image. The lens flare effect may also reflect off of flat surfaces located in the upper portion of the foreground and right side of the image creating glare distortion in other areas of the synthetic image.

Augmentation settings **550** describe image effects and degradations that may be included in synthetic images generated by the synthetic image generation module **101**. In some embodiments, augmentation settings **550** make synthetic images more realistic under certain capture conditions. In other examples, augmentation settings **550** make camera simulations more accurate by simulating image degradations that occur during capture by actual camera devices as a result of unfavorable capture conditions, poor camera calibration, and other performance errors. In one embodiment, augmentation settings **550** describing image degradations caused by capture conditions include camera blur effects **750** and lens flare effects **752**. Augmentation settings **550** describing image degradations that may be caused by poor camera calibration and/or performance include lens distortion effects **751**, polar coordinate distortion effects **753**, and image noise effects **754**.

In one embodiment, camera blur **750** and lens flare **752** effects may be included in augmentation settings **550** for virtual cameras generating synthetic images under specific capture conditions. One camera blur effect **750** includes motion blur (i.e., a streaking effect of some captured objects) resulting from long exposure and/or rapid movement of objects in a scene portion captured in a synthetic image. In other embodiments, a Camera blur effect **750** may be a Gaussian blur simulating capture with poor focus and/or a post capture smoothing and/or noise reducing function included in an actual camera device. Lens flare effects **752** are light scattering degradations within a lens system resulting from capturing bright light. In one embodiment, a lens flare effect **752** appears in a synthetic image if one or more high intensity light sources or objects reflecting bright light are included in a captured portion of a scene. If more than one high intensity light source is included in a captured portion of a scene, more than one lens flare effect **752** is included in a synthetic image.

Augmentation settings **550** describing image degradations caused by poor camera calibration and/or performance include lens distortion effects **751**, polar coordinate distortion effects **753**, and image noise effects **754**. Lens distortion effects **751** may occur due to inaccurate calibration of camera intrinsic parameters **520**. Specifically, an incorrect distortion model including one or more erroneous distortion coefficients **526** may stretch or compress a synthetic images

44

generated by the virtual camera application. In one embodiment, a virtual camera having a camera settings file with an ultra wide angle lens (e.g., 180°) and a standard angle lens (e.g., 62°) distortion model generates synthetic images having a noticeable lens distortion effect **751** (i.e., a stretching of image pixels especially at the edges of the image). Polar coordinate distortion effects **753** are produced by inaccurate capture of projection coordinates at a camera view. In one embodiment, a virtual camera may generate a polar coordinate distortion **753** by capturing pixel coordinates in a Cartesian coordinate system as polar coordinates (i.e., a radial coordinate and an angular coordinate) in a polar coordinate system.

Image noise effects **754** may be generated by poor capture performance in a virtual camera. In one embodiment, image augmentation settings **550** are set up to produce a Gaussian noise effect in captured images. Gaussian noise refers to an equal distribution of noise throughout a synthetic image and may simulate a dirty lens or image sensor of an actual camera device. Other image noise effects **754** provided in the image augmentation settings include fixed pattern and banding. A fixed pattern noise effect distributes noise evenly in a uniform pattern across the entire synthetic image and may simulate a systematic error in performance of the image sensor of a camera module or patterned obfuscation of a camera lens. A banding image noise effect distributes noise in a vertical or horizontal band pattern across the synthetic image and may simulate a specific light capture malfunction in a portion of the image sensor and/or a faulty camera display.

Synthetic Image Data Generation Methods

FIGS. **8-9** and **11** described below illustrate example image data generation methods using the synthetic image data system. FIG. **8** illustrates an example process for generating synthetic image data and augmented images, wherein the image data and augmented images are indexed by a index module. FIG. **9** illustrates an example process for assembling a training database including depth information, segmentation maps, scene flow maps, synthetic stereo images, and augmented images. A block diagram representation of a method for generating synthetic image data capturing a camera view of a synthetic image scene is shown in FIG. **11**.

As shown in FIG. **8**, a virtual camera application **122** may generate one or more synthetic image(s) **808**. The virtual camera application **122** may generate synthetic images by capturing camera views of an image scene using one or more virtual cameras. To generate image scenes, the image scene generator **124** receives background images from a background image database **801**, objects including 3D models and light sources from an object database **802**, and texture files from a library of texture materials **803**. The image scene generator **124** may select scene components (e.g., background images, objects, and texture files) using a scene component selection algorithm. Selected scene components are then assembled into an image scene according to a scene construction algorithm implemented in the image scene generator **124**.

In one embodiment, the synthetic image **808** generated by the virtual camera application **122** captures a camera view of an image scene. Camera views may be defined by camera settings files included in a library of camera settings files **804**, wherein each parameter of position data, camera intrinsics, camera calibration metadata, and camera capture settings impacts the camera view so that unique camera views may be generated by changing one or more parameters of a camera setting file. In one embodiment, the camera view is

US 11,257,272 B2

45

46

a realistic representation of an image scene perspective captured by an actual camera device (e.g., a smartphone camera, VR camera, 3D camera, stereo camera, light field camera or other digital camera device). To project camera views, the image projector **126** receives a camera settings file form the library of camera settings files **804** and uses virtual camera position data included in the camera settings file to place a virtual camera in an image scene created by the image scene generator **124**. Using camera intrinsics, camera calibration metadata, and camera capture settings included in the camera settings file, the image projector **126** generates an image frame at the virtual camera position to create the camera view.

The graphics rendering engine **128** then renders projection coordinates of the image frame at the camera view as pixel coordinates of a synthetic image. By constructing a camera view of a virtual using the same parameters actual camera devices use to construct camera views in the real world, the image projector simulates performance of an actual camera device. Therefore, synthetic images **808** rendered by the graphics rendering engine **128** have the appearance of a virtual scene captured by an actual camera device. Synthetic images rendered by the graphics rendering engine **128** may include single images, stereo images including right and left stereo image pairs, or image sets including synthetic images capturing multiple camera views of a scene using camera intrinsics, camera calibration metadata, and camera capture settings for an actual camera device. One embodiment generating image sets may include incrementally changing the position of one or more virtual cameras within an image scene and capturing a synthetic image at each unique position. Another embodiment generating image sets may include incrementally changing one or more parameters included in camera intrinsics, camera calibration metadata, and/or camera capture settings independent of— or in addition to—changing position data.

Synthetic images **808** rendered by the graphics rendering engine **128** are written to a synthetic image database **805** as compressed (e.g., .png) or uncompressed (e.g., .jpeg) image files. Synthetic images **808** may also be provided to an image augmentation engine **104** for additional processing. Alternatively, the image augmentation engine **104** may fetch one or more synthetic images **808** from the synthetic image database **805**. In one embodiment, the image augmentation engine **104** processes one or more synthetic images **808** to generate augmented images **806**. The image augmentation engine **104** may add one or more image degradations or other effects to synthetic images **808** to generate augmented images **806**. In one embodiment, augmented images **806** are written to an augmented image database **807** as compressed (e.g., .png) or uncompressed (e.g., .jpeg) image files. For efficient retrieval, synthetic image files included in the synthetic image database **805** and augmented image files included in the augmented image database **807** may be indexed by an image indexing module **108**. In one embodiment, the image indexing module **108** includes a search platform implementation of full text search on file names and other synthetic image and augmented image metadata.

FIG. **9** illustrates an example process for assembling a training database **905** comprising synthetic image data (e.g., synthetic images **808**, augmented images **806**, depth information **901**, segmentation maps **902**, optical flow data **903**, etc.). Functions performed by components of the virtual camera application (i.e., the image scene generator **124**, image projector **126**, and graphics rendering engine **128**) are the same as described above in FIG. **8** and will not be repeated herewith. Image scenes generated by the image

scene generator **124** are provided to the additional image data rendering unit (AIDRU) **106**. In some embodiments, camera views created by the image projector **126** are also provided to the AIDRU **106**. To render additional image data including depth information **901**, segmentation maps **902**, and optical flow data **903**, the AIDRU **106** may extract raw depth information and optical flow data from image scenes at a particular camera view. In one embodiment, image scenes must include one or more animations or other object movements to allow the AIDRU **106** to generate optical flow information (e.g., object velocity and direction).

Additional image data files generated by the AIDRU **106** are written to a training database **905** as compressed or uncompressed image data files. Additional image data files may also be saved in a library of additional image data. Synthetic images **808** generated by the graphics rendering engine **128** and augmented images created by the image augmentation engine **806** may also be written to a training database to assemble a training dataset that includes a complete synthetic image data profile for a camera view created for a specific actual camera device. In one example, a complete synthetic image data profile for a camera view created for an actual camera device includes a synthetic image **808**, augmented images **806** having every image degradation or effect generated by the image augmentation engine **104**, depth information **901**, segmentation maps **902**, optical flow data **903**, and every other additional synthetic image data channel provided by the AIDRU **106**.

The complete synthetic image data profile for the camera view may be written to the training database **905** as a training dataset. Other training dataset embodiments included in the training database **905** may have complete and/or partial synthetic image data profiles for multiple camera views of an actual camera device. Training datasets including multiple camera views may be used to simulate and/or tune performance of an actual camera device under various capture conditions. Training datasets including multiple camera views may also be used to generate additional image data (e.g., stereo image complements, depth information, segmentation maps, optical flow data, facial recognition models, feature maps, noise data, and occlusion maps). In other embodiments, training datasets include complete and/or partial synthetic image data profiles for the same camera view captured using camera settings file parameters of multiple actual camera devices. Training datasets including the same capture view may be used to simulate capture performance and/or generate additional image data for multiple camera devices. Training datasets including multiple capture views for multiple actual camera devices may be used to simulate capture performance and/or generate additional image data for multiple actual camera devices under variable capture conditions.

FIG. **11** is a block diagram representation of one example method of generating synthetic image data capturing a camera view of a synthetic image scene. In step **1101**, the virtual camera application receives a background image database, an object database, a library of texture materials, and a library of camera settings files from a storage device. As shown in step **1102**, the image scene generator may then select scene components (e.g., a background image, 3D model, and texture material) from the databases and libraries contained in the storage device. In some embodiments, the image scene generator may select one or more scene components using a scene component selection algorithm. The scene component selection algorithm may be a random selection algorithm selecting scene components at random from a database including a complete or partial collection of

US 11,257,272 B2

47

scene components. A partial collection of scene components may include a training dataset iteration or a verification dataset iteration described above. In other embodiments, the scene component selection algorithm may select scene components for assembling scenes having a particular image scene class (e.g., cityscape scene, landscape scene, selfie scene, portrait, wildlife scene, event scene, still life scene, night scene, aerial scene, underwater scene, action scene (i.e., scenes including animations moving one or more objects), street view scenes, driver point of view scenes, noisy scenes, distorted or degraded scenes, standard field of view scenes, wide filed of view scenes, and ultra wide field of view scenes). In one illustrative example, a scene component selection algorithm selecting scene components for generating landscape image scenes in the landscape image scene class select background images, objects, and texture materials associated with the landscape image scene class.

In step **1103**, image scenes are assembled from selected scene components according to a scene assembly algorithm or other assembly instructions included in a scene metadata file. The image scene generator may assemble image scenes by arranging a background image in a background portion of an image scene, arranging a 3D model in a foreground portion of the image scene, and covering the 3D model with a texture material. In one embodiment, the image scene generator assembles image scenes using a scene assembly algorithm. One scene assembly algorithm implementation is a random scene assembly algorithm arranging scene components randomly across the area of an image scene. The random scene assembly algorithm may be tuned to arrange scene components to create a Gaussian distribution of other statistical distribution of scene components within an image scene. In other embodiments, the scene assembly algorithm may distribute scene components in a consistent and defined manner to assemble scenes having a particular image scene class (e.g., cityscape scene, landscape scene, selfie scene, portrait, wildlife scene, event scene, still life scene, night scene, aerial scene, underwater scene, action scene (i.e., scenes including animations moving one or more objects), street view scenes, driver point of view scenes, noisy scenes, distorted or degraded scenes, standard field of view scenes, wide filed of view scenes, and ultra wide field of view scenes). In this embodiment, a common scene class is defined for the scene selection algorithm and the scene assembly algorithm.

Steps **1104-1107** describe one example embodiment for generating synthetic images from assembled image scenes. At step **1104** a virtual camera is placed in a foreground portion of the image scene. In one example, the image projector places the virtual camera according to position information included in a camera settings file. The camera settings file used to position the virtual camera may be selected from a library of camera settings files and/or generated on the fly during the synthetic image generation process. In embodiments generating a stereo pair of synthetic images two or more virtual cameras are placed in the virtual image scene, wherein the two virtual cameras are positioned in a stereoscopic arrangement with camera calibration metadata included in a camera settings files for each virtual camera having stereoscopic calibration metadata describing a relative position between the first and second virtual cameras to ensure the image plane captured by the first virtual camera is the same as the second image plane captured by the second virtual camera.

At step **1105**, camera views are generated for each virtual camera placed in the image scene by the image projector. The camera view may be a realistic representative of an

48

image scene perspective captured by a virtual camera device, wherein the realistic representation is created using a camera settings file having parameters identical to the actual camera device. In one embodiment, parameters included in a camera settings file comprise camera intrinsics, camera calibration metadata, and camera capture settings. Optionally, at step **1106** different camera views may be created for an image scene to capture a variety of image scene perspectives. In one embodiment, one or more parameters included in a camera settings file are incrementally varied to generate a series of camera views with each camera view having a unique image plane. In embodiments having two or more virtual cameras placed in a stereoscopic arrangement, a series of right and left stereo camera views is generated for each virtual stereo camera, wherein each set of right and left stereo camera views has a unique image plane. To generate a robust training dataset, two or more synthetic image scenes are captured in this manner.

At step **1107** camera views are rendered as synthetic images. In one embodiment, projection coordinates included in an image plane corresponding to a camera view are rendered as a synthetic image. In examples having a series of camera views, each unique image plane included in the series of camera views is rendered as a synthetic image. To generate a pair of stereo synthetic images, right and left stereo images are generated at camera views captured by a first and second virtual camera, wherein the camera views have a common image plane defined by the camera settings file for the first and second virtual camera. Optionally, at step **1108**, additional image data channels (e.g., stereo image complements, depth information, segmentation maps, optical flow data, facial recognition models, feature maps, noise data, and occlusion maps) may be rendered by the additional image data rendering unit for each camera view captured in a synthetic image and/or synthetic stereo image pair.

We claim:

**1**. A method for generating a synthetic image data by capturing a camera view of a synthetic image scene, the method comprising:

    receiving, by a processor, a database of background images, an object database including 3D models, a library of texture materials, and a library of camera setting files; constructing a synthetic image scene rendered by a graphics rendering engine, the constructing comprising: selecting a background image from the database of background images and arranging the background image in a background portion of the synthetic image scene;

    selecting a 3D model from the object database and arranging the 3D model in a foreground portion of the synthetic image scene; and covering the 3D model with a texture material selected from the library of texture materials;

    placing a virtual camera in the foreground portion of the synthetic image scene, the virtual camera capturing the camera view of the synthetic image scene contained in an image plane defined by a camera settings file having camera position data, camera intrinsics, camera calibration settings, and camera capture settings;

        rendering projection coordinates included in the image plane as pixel coordinates of a synthetic image; and

    appending the synthetic image to a training dataset comprising synthetic images having a common image scene class, wherein the training dataset is used for training a machine learning system to perform a computer vision task.

US 11,257,272 B2

49

**2.** The method of claim **1**, wherein the camera view is a realistic representation of an image scene perspective captured by a smartphone camera, the realistic representation created by using a camera settings file having parameters identical to the smartphone camera.

**3.** The method of claim **1**, wherein camera position data comprises:

3D Cartesian camera coordinates describing a virtual camera position in the synthetic image scene;

image coordinates describing an image plane location including the camera view of the synthetic image scene; and

rotation parameters including Euler angles describing rotational offset between a geometric coordinate system of the synthetic image scene and the image plane of the virtual camera.

**4.** The method of claim **1**, wherein the background image is a 3D background image generated by combining an image file with a depth map comprising depth information for every point included in the image file.

**5.** The method of claim **1**, wherein the computer vision task is selected from the group comprising, depth data generation, image segmentation, feature tracking, object tracking, facial recognition, image classification, object classification.

**6.** The method of claim **1**, further comprising augmenting the synthetic image by modifying pixel coordinates with one or more image effects to generate augmented images; and appending augmented images to the training dataset.

**7.** The method of claim **6**, wherein the image effect modifying pixel coordinates of the synthetic image is selected from the group comprising camera blur, lens distortion, lens flare, polar coordinate distortion, and image noise.

**8.** The method of claim **6**, further comprising indexing synthetic images included in the training database on a metadata field, the metadata field selected from a group comprising image scene class, scene metadata, image metadata, additional image data associated with a synthetic image, augmented images associated with a synthetic image, parameters in a camera settings file, and smartphone model camera simulated in a synthetic image.

**9.** The method of claim **1**, further comprising rendering depth data for the synthetic image by associating pixel coordinates of the synthetic image with ground truth depth information describing a distance between a point included in a synthetic image pixel and the virtual camera capturing the synthetic image.

**10.** The method of claim **9**, wherein the ground truth depth information is generated during synthetic image generation by associating the background image and each point in the 3D model with a depth value.

**11.** The method of claim **9**, further comprising rendering additional image data for the synthetic image scene, wherein additional image data includes image segmentation data, optical flow information, noise data, and occlusion maps.

**12.** The method of claim **1**, wherein camera intrinsics, camera calibration metadata, and camera capture settings included in the first camera settings file are setup identical to an actual camera device allowing the virtual camera to simulate capture performance of the actual camera device.

**13.** A method for generating a pair of synthetic stereo images comprising:

receiving, by a processor, a background image database, an object database, a library of texture materials, and a library of camera settings files;

50

constructing, by a computer graphics engine, an image scene captured in the pair of synthetic stereo images, the constructing comprising: selecting a background image from the database of background images and arranging the background image in a background portion of the image scene;

selecting a 3D model from the object database and arranging the 3D model in a foreground portion of the image scene; and

covering the 3D model with a texture material selected from the library of texture materials;

placing a first virtual camera in a foreground portion of the image scene, the first virtual camera capturing a camera view of the image scene within an image plane defined by a first camera setting file having camera position data, camera intrinsics, camera calibration metadata, and camera capture settings;

placing a second virtual camera in a foreground portion of the image scene the second virtual camera capturing a camera view of the image scene within the image plane defined by a second camera setting file having camera position data, camera intrinsics, camera calibration metadata, and camera capture settings, wherein the first virtual camera and the second virtual camera are in a stereoscopic arrangement with camera calibration metadata included in the first camera setting file and the second camera setting file having stereoscopic calibration metadata describing a relative position between the first virtual camera and the second virtual camera to ensure the image plane captured by first virtual camera is the same as the image plane captured by the second virtual camera;

rendering projection coordinates included in the image plane of the first virtual camera as pixel coordinates of a first synthetic image included in the pair of synthetic stereo images;

rendering projection coordinates included in the image plane of the second virtual camera as pixel coordinates of a second synthetic image included in the pair of synthetic stereo images; and

appending the pair of synthetic stereo images to a training dataset, and wherein the training dataset is used for training a machine learning system to perform a computer vision task.

**14.** The method of claim **13**, wherein stereoscopic calibration metadata includes a rotation matrix, a translation vector, and a rectification matrices, the rotation matrix describing a rotational correction aligning images captured by the first virtual camera and the second virtual camera on the same image plane, the translation vector describing a projection operation vertically aligning the image frame of the first virtual camera with the image frame of the second virtual camera, the rectification matrix combines the rotational correction and the projection operation for efficient processing with each image pixel during rectification.

**15.** The method of claim **13**, wherein camera intrinsics, camera calibration metadata, and camera capture settings included in the first camera settings file and the second camera settings file are setup identical to an actual stereo camera device allowing the first virtual camera and the second virtual camera to simulate capture performance of left and right stereo camera modules included in the actual stereo camera device.

**16.** The method of claim **15**, wherein camera capture settings include baseline, zoom, focus, and convergence plane depth.

US 11,257,272 B2

51

52

**17**. A method for generating synthetic image data comprising:

receiving, by a processor, a database of background images, an object database including 3D models, a library of texture materials, a library of scene metadata, and a library of camera setting files;

constructing, by a computer graphics engine, a first synthetic image scene having an image scene class specified in a first scene metadata file, the constructing comprising: selecting a background image from the database of background images, wherein the background image is associated with the image scene class and arranged in a background portion of the first synthetic image scene according to instructions included in the first scene metadata file;

populating a foreground portion of the first synthetic image scene with 3D models associated with the image scene class and arranging the 3D models in a foreground portion of the synthetic image scene according to instructions included in the first scene metadata file;

covering the 3D model with a texture material selected from the library of texture materials, wherein the texture material is associated with the image scene class;

placing, by an image projector, a virtual camera within the synthetic image scene, the virtual camera capturing a camera view of the first synthetic image scene contained in an image plane defined by a camera settings file having camera position data, camera intrinsics, camera calibration settings, camera capture settings;

incrementally varying at least one parameter included in the camera settings file to provide a first series of camera views, wherein each camera view has a unique image plane;

for each camera view included in the first series of camera views, rendering projection coordinates included in the image plane of a camera view as a synthetic image; and

rendering additional image data for the first synthetic image scene at each unique camera view included in the first series of camera views;

constructing a second synthetic image scene having the image scene class selected for the first synthetic image scene, the second synthetic image scene constructed according to instructions included in a second scene metadata file;

placing, by the image projector, the virtual camera in the second synthetic image scene, the virtual camera capturing a second series of camera views of the second synthetic image scene, wherein the second series of camera views has the same position and direction as the first series of camera views capturing the first synthetic image scene;

for each camera view included in the second series of camera views, rendering projection coordinates included in an image plane for a camera view as a synthetic image;

rendering additional image data for the second synthetic image scene at each unique camera view included in the second series of camera views; and

assembling synthetic images and the additional image data for the first and second synthetic image scenes in a training dataset associated with the image scene class, wherein the training dataset is used to train a machine learning system to perform a computer vision task.

**18**. The method of claim **17**, wherein the image scene class is selected from the group comprising landscape scene, cityscape scene, selfie scene, wildlife scene, event scene, action scene, street view scene, and driver point of view scene.

*    *    *    *    *

EXHIBIT B

EXHIBIT B



US010075693B2

(12) **United States Patent**
Jin et al.

(10) Patent No.: **US 10,075,693 B2**
(45) Date of Patent: **Sep. 11, 2018**

(54) **EMBEDDING CALIBRATION METADATA INTO STEREOSCOPIC VIDEO FILES**

(71) Applicants: **Han Jin**, Milpitas, CA (US); **Adam Rowell**, Palo Alto, CA (US)

(72) Inventors: **Han Jin**, Milpitas, CA (US); **Adam Rowell**, Palo Alto, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 137 days.

(21) Appl. No.: **15/139,328**

(22) Filed: **Apr. 27, 2016**

(65) **Prior Publication Data**

US 2016/0330430 A1    Nov. 10, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/154,703, filed on Apr. 29, 2015, provisional application No. 62/328,011, filed on Apr. 27, 2016.

(51) **Int. Cl.**
**H04N 15/00**        (2006.01)
**H04N 13/00**        (2018.01)
**H04N 13/02**        (2006.01)

(52) **U.S. Cl.**
CPC ..... **H04N 13/0066** (2013.01); **H04N 13/0239** (2013.01); **H04N 13/0246** (2013.01)

(58) **Field of Classification Search**
USPC ............................................. 348/42, 43, 48
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,338,447 B1 * | 5/2016 | Crump ...................... | G06T 7/80 |
| 2012/0092232 A1 * | 4/2012 | Burnett ................. | G06F 3/1438 |
| | | | 345/1.1 |
| 2015/0172633 A1 * | 6/2015 | Nobori ............... | H04N 5/23238 |
| | | | 348/36 |
| 2015/0331485 A1 * | 11/2015 | Wilairat ............. | G02B 27/0172 |
| | | | 345/156 |

* cited by examiner

*Primary Examiner* — Chikaodili E Anyikire

(57)    **ABSTRACT**

A computerized system for displaying stereoscopic three-dimensional (3D) video recorded on a stereoscopic camera device includes a computer store containing data. The data includes a stereoscopic video feed of two or more stereoscopic images from a stereoscopic video capture device, wherein the stereoscopic video feed comprises a plurality of contemporaneous metadata feeds, wherein a metadata feed comprises a time sequenced set of metadata obtained from a sensor of the stereoscopic video capture device. The computerized system includes a computer processor in the stereoscopic video capture device, which computer processor is coupled to the computer store and programmed to obtain the stereoscopic video feed from the computer store, parse the plurality of contemporaneous metadata feeds from the stereoscopic video feed, and calibrate the stereoscopic video feed for display in a display of a user's computing device using the plurality of contemporaneous metadata feeds.

**12 Claims, 11 Drawing Sheets**



—100



100

FIGURE 1



—200

FIGURE 2



300

FIGURE 3



400

FIGURE 4



FIGURE 5

U.S. Patent          Sep. 11, 2018          Sheet 6 of 11          US 10,075,693 B2



FIGURE 6



FIGURE 7



FIGURE 8



OBTAIN TWO FISHEYE CAMERA DIGITAL VIDEO FEEDS
902

COMBINE TWO FISHEYE CAMERA DIGITAL VIDEO FEEDS INTO A SINGLE FEED
904

OBTAIN 3-D AUDIO FEED AND OTHER METADATA
906

STORE CALIBRATION INFORMATION IN SINGLE DIGITAL VIDEO FEED
908

STREAM AND/OR STORE OUTPUTS OF STEPS 906 AND 908
910

900

FIGURE 9



FIGURE 10



800

PROCESS THE STEREOSCOPIC VIDEO FRAMES DURING PLAYBACK USING METADATA, SUCH AS CALIBRATION, IMU, LOCATION, OR OTHER DATA, STORED IN THE VIDEO FILE
1102

DECODE METADATA FROM EACH FRAME THAT HAS BEEN PREVIOUSLY ENCODED INTO THE SUBTITLE OR CLOSED CAPTIONING FIELDS
1104

DISPLAY STEREOSCOPIC VIDEO CAPTURED VIA A STEREOSCOPIC CAMERA, COMPRISING A CAPTURED STEREOSCOPIC VIDEO SEQUENCE OF IMAGES, AND STORED IN A VIDEO FILE
1106

1100

FIGURE 11

US 10,075,693 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# EMBEDDING CALIBRATION METADATA INTO STEREOSCOPIC VIDEO FILES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a claims priority from provisional U.S. Application No. 62/154,703 filed 29 Apr. 2015. This application is hereby incorporated by reference in its entirety. This application is a claims priority from provisional U.S. Application No. 62/328,011 filed 26 Apr. 2016. This application is hereby incorporated by reference in its entirety.

## FIELD OF THE INVENTION

The invention is in the field of digital video technology and more specifically to a method, system and apparatus of methods and systems of embedding calibration metadata into stereoscopic video files.

## DESCRIPTION OF THE RELATED ART

A stereoscopic 3D video camera may consist of two or more image sensors fitted with one lens per sensor. Each of the Image sensors and lenses have associated parameters, such as the sensor size and resolution, the lens focal lengths, and lens distortion parameters. The parameters of each image sensor and lens may be unique, and are often determined through a stereoscopic camera calibration process. Additionally, the camera may have additional sensors, such as a gyroscope, accelerometer, or GPS device to record information related to the movement or position of the camera.

During the capture process, the image sensors record video frames, and the stereoscopic camera combines the frames from the individual image sensors into a composite video file. The video frames may be processed prior to being encoded into the video file, with additional image processing parameters describing the processing.

To play back a stereoscopic 3D video, a stereoscopic video player can be used, such as a virtual reality ("VR") headset or a mobile phone fitted with a stereoscopic display adapter. Each of the stereoscopic frames is processed by the player, which may additionally require the parameters associated with the camera that captured the frames. For example, the player may require knowing the camera's image sensor and calibration parameters to properly render the stereoscopic frames. If the video frames were processed by the camera prior to being encoded into the video file, the player may also utilize the parameters of the image processing algorithms that processed the frames.

It is desirable to embed the camera, sensor, and processing parameters directly into the video file recorded by the stereoscopic camera at the time of capture. Some of these parameters may be fixed for the duration of the video, such as image sensor and calibration parameters, whereas some parameters may change during the recording process, such as accelerometer, gyroscope, and GPS sensor readings.

Additionally, it is desirable that a player can read and process a video file that has been generated using the captured video of different stereoscopic cameras. For example, two users with different stereoscopic cameras may record scenes with their own devices, and then concatenate their respective videos into a single video file. In such a case, the stereoscopic video player will need to be able to associate different portions of the composite video file with different camera parameters, including different lens distortion parameters and image sensor parameters.

Accordingly, there is a need for a system or method that can embed the camera and sensor parameters into the video file captured by a stereoscopic 3D camera. Parameters will be either set once per the entirety of the file, or changed for each frame of the video. Additionally, there is a need for a system or method that can process such a stereoscopic 3D video file and decode the parameters, either set for the entirety of the file, or on a per frame basis. Such a system or method could then utilize the parameters during the playback of the video file.

## BRIEF SUMMARY OF THE INVENTION

In one aspect, a computerized system for displaying stereoscopic three-dimensional (3D) video recorded on a stereoscopic camera device includes a computer store containing data. The data includes a stereoscopic video feed of two or more stereoscopic images from a stereoscopic video capture device, wherein the stereoscopic video feed comprises a plurality of contemporaneous metadata feeds, wherein a metadata feed comprises a time sequenced set of metadata obtained from a sensor of the stereoscopic video capture device. The computerized system includes a computer processor in the stereoscopic video capture device, which computer processor is coupled to the computer store and programmed to obtain the stereoscopic video feed from the computer store, parse the plurality of contemporaneous metadata feeds from the stereoscopic video feed, and calibrate the stereoscopic video feed for display in a display of a user's computing device using the plurality of contemporaneous metadata feeds.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a front side perspective of a stereoscopic camera system, according to some embodiments.

FIG. **2** is a backside view of a stereoscopic camera system, according to some embodiments.

FIG. **3** is a right side view of a stereoscopic camera system, according to some embodiments.

FIG. **4** is a top view of a stereoscopic camera system, according to some embodiments.

FIG. **5** is a block diagram of a sample-computing environment that can be utilized to implement various embodiments.

FIG. **6** illustrates an example system, according to some embodiments.

FIG. **7** depicts an exemplary computing system that can be configured to perform any one of the processes provided herein.

FIG. **8** illustrates an example method of recording stereoscopic 3D video on a stereoscopic camera device, according to some embodiments.

FIG. **9** provides a process of generating a video file with a stereoscopic device, according to some embodiments.

FIG. **10** provides an example process of processing the video file of process for presentation in a virtual-reality device, according to some embodiments.

FIG. **11** illustrates an example stereoscopic video processing method process according to some embodiments.

The Figures described above are a representative set, and are not an exhaustive with respect to embodying the invention.

## DESCRIPTION

Disclosed are a system, method, and article of embedding calibration metadata into stereoscopic video files. The fol-

US 10,075,693 B2

3

lowing description is presented to enable a person of ordinary skill in the art to make and use the various embodiments. Descriptions of specific devices, techniques, and applications are provided only as examples. Various modifications to the examples described herein can be readily apparent to those of ordinary skill in the art, and the general principles defined herein may be applied to other examples and applications without departing from the spirit and scope of the various embodiments.

Reference throughout this specification to "one embodiment," "an embodiment," 'one example,' or similar language means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, appearances of the phrases "in one embodiment," "in an embodiment," and similar language throughout this specification may, but do not necessarily, all refer to the same embodiment.

Furthermore, the described features, structures, or characteristics of the invention may be combined in any suitable manner in one or more embodiments. In the following description, numerous specific details are provided, such as examples of programming, software modules, user selections, network transactions, database queries, database structures, hardware modules, hardware circuits, hardware chips, etc., to provide a thorough understanding of embodiments of the invention. One skilled in the relevant art can recognize, however, that the invention may be practiced without one or more of the specific details, or with other methods, components, materials, and so forth. In other instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the invention.

The schematic flow chart diagrams included herein are generally set forth as logical flow chart diagrams. As such, the depicted order and labeled steps are indicative of one embodiment of the presented method. Other steps and methods may be conceived that are equivalent in function, logic, or effect to one or more steps, or portions thereof, of the illustrated method. Additionally, the format and symbols employed are provided to explain the logical steps of the method and are understood not to limit the scope of the method. Although various arrow types and line types may be employed in the flow chart diagrams, and they are understood not to limit the scope of the corresponding method. Indeed, some arrows or other connectors may be used to indicate only the logical flow of the method. For instance, an arrow may indicate a waiting or monitoring period of unspecified duration between enumerated steps of the depicted method. Additionally, the order in which a particular method occurs may or may not strictly adhere to the order of the corresponding steps shown.

Definitions

Example definitions for some embodiments are now provided.

3-D audio can be a group of sound effects that manipulate the sound produced by stereo speakers, surround-sound speakers, speaker-arrays, or headphones.

Three-dimensional stereoscopic video (3D film video) can a digital motion picture that enhances the illusion of depth perception, hence adding a third dimension.

Fisheye cameras can utilize an ultra-wide-angle lens that produces a visual distortion intended to create a wide panoramic or hemispherical image.

Head-mounted display (or helmet-mounted display, for aviation applications), both abbreviated HMD, is a display device, worn on the head.

4

Inertial measurement unit (IMU) can be an electronic device that measures and reports a body's specific force, angular rate, and/or the magnetic field surrounding the body, using a combination of accelerometers and gyroscopes, sometimes also magnetometers.

MPEG-4 Part 14 (MP4) is a digital multimedia format most commonly used to store video and audio, but can also be used to store other data.

Stereoscopy can be a technique for creating or enhancing the illusion of depth in an image by means of stereopsis for binocular vision. Stereoscopic video can be coded in various processing stages used to manifest stereoscopic content. Various techniques can be used to achieve stereoscopic video, inter alia: color shifting (e.g. anaglyph, etc.); pixel subsampling (e.g. side-by-side, checkerboard, quincunx, etc.); enhanced video stream coding (e.g. 2D+Delta, 2D+Metadata, 2D plus depth, etc.); etc.

Universal Serial Bus (USB) can be a protocol that define the cables, connectors and communications protocols used in a bus for connection, communication and/or power supply between computers and electronic devices.

Virtual Reality (VR) can include immersive multimedia that replicates an environment that simulates physical presence in places in the real world or imagined worlds.

Example Computing Systems

Various embodiments can use an electrical device. It is a stereoscopic camera that captures one-hundred and eighty (180)-degree 3D images and videos by using two fish-eye lenses spaced apart at a distance similar to that of human eyes. The stereoscopic camera system can include the following elements, inter alia: two printed circuit boards (PCBs), each consisting of a digital image sensor and supporting electronics that capture images at a rate of thirty (30) frames per second; two fish-eye lenses use for the image sensors to capture images with a one-hundred and eighty (180)-degree field-of-view; a fixture to mount and position the centers of the two image sensors and lenses at a distance of two point five (2.5) inches from each other; a laptop (and/or other computing devices) with digital storage and software to store and replay the image streams; two USB three-point-zero (3.0) cables that connect the image sensor PCBs to a USB hub; a USB hub to connect and synchronize the image sensor PCBs with the laptop; two USB three three-point-zero (3.0) outlets to connect the image sensor PCBs to the USB hub; screws to mount the image sensor PCBs onto the fixture; etc.

The compact stereoscopic camera uses two fish-eye lenses to simultaneously capture video streams from two different perspectives, each with a one-hundred and eighty (180)-degree field of view. By using specialized software and a virtual reality headset, the photos and videos captured by the camera can be played back, giving the user a realistic illusion of being immersed into the video or image. With this set-up, the user can use natural head motions to look freely in different directions, at different parts of the image or video within the one-hundred and eighty (180)-degree wide field. Accordingly, the stereoscopic camera can capture two images with a very large field of view. The camera does not need to combine multiple images into one, since the two images are shown separately to the user's eyes. In this way, visible seams between two images are avoided as the two image can be combined into a single image feed. Capturing two images instead of one and showing the two images to the individual eyes of the consumer creates an impression of the three-dimensionality of the captured image. Together with the field-of-view that Is larger than the field-of-view of human vision, this can create a sense of presence in the

US 10,075,693 B2

5

consumer of the captured videos or photos. In comparison to camera systems that require more than two cameras, the invention is smaller, lighter and cheaper to produce.

Various views of an example stereoscopic camera are provided in FIGS. 1-4. It is noted that the illustrated size parameters are provided by way of example and not limitation. Other stereoscopic cameras systems can be implemented with other example size parameters.

In one example, an example stereoscopic camera system can include a camera prototyped with two fish-eye lenses at a horizontal distance of two point five (2.5) inches mounted on two image sensor PCBs with screws on a fixture which may be made of any sufficiently rigid and strong material such as high-strength plastic, metal, or the like. Both lenses are arranged in a way that they are parallel to each other, perpendicular to the mounting fixture, and face the same direction. The centers of the image sensor PCBs can be at the same two-point-five (2.5) inches distance from each other as the lenses. Both PCBs can have USB 3.0 ports and are connected through USB cables to a USB hub that combines the signals and forwards the image streams to the laptop for processing and storage.

The two camera fish-eye lenses capture individual Image streams with a field-of-view of one-hundred and eighty (180) degrees and send them to the laptop. When the laptop receives these images or streams of images, it directly stores them on its storage, in a form that associates, or synchronizes images from the two image sensors that were captured at the same moment.

To summarize the construction details of the prototype, two fish-eye lenses are each mounted on an image sensor PCB, creating individual camera prototypes. The two PCBs are then mounted on a fixture with screws, so they are in the physical configuration described above. The image sensor PCBs are connected through USB cables and a USB hub to the laptop. The laptop runs the software that records raw images and processes them for play back.

All described elements are necessary for the invention to work. To add additional functionalities, first, one or multiple microphones could be added to capture sound from multiple directions alongside the video stream. Second, the laptop can be replaced by a mobile phone and connected to the prototype to make the entire system more portable and cost-efficient in terms of components or stand-alone functions.

A use case for this invention would be to place the prototype somewhere or mount it to some object, facing the direction of the object or space to be recorded or taken as photos. Then run the software on the computer to capture either a video or photo of the objects in the field-of-view of the invention. Finally, the invention produces digital videos or photos with a 3D one-hundred and eighty (180)-degree view after raw frames are processed through the software on the computer.

The advantages of the present invention include, without limitation, that it is portable, exceedingly easy to transport, and allows simple capture of one-hundred and eighty (180)-degree 3D videos and photos with a traditional point-and-shoot method. It is easy to adjust and move the lightweight invention while video recording. Moving current devices typically requires more than just point-and-shoot, as three-hundred and sixty (360) panoramic stereoscopic cameras captures everything around them. Further, the invention creates videos that can be viewed through virtual reality headsets.

In broad embodiment, the present invention is a portable and user-friendly stereoscopic camera capturing one-hun-

6

dred and eighty (180)-degree 3D videos by reducing current market solutions to the bare minimum and mimicking human vision and hearing.

FIG. 5 depicts an exemplary computing system 500 that can be configured to perform any one of the processes provided herein. In this context, computing system 500 may include, for example, a processor, memory, storage, and I/O devices (e.g., monitor, keyboard, disk drive, Internet connection, etc.). However, computing system 500 may include circuitry or other specialized hardware for carrying out some or all aspects of the processes. In some operational settings, computing system 500 may be configured as a system that includes one or more units, each of which is configured to carry out some aspects of the processes either in software, hardware, or some combination thereof.

FIG. 5 depicts computing system 500 with a number of components that may be used to perform any of the processes described herein. The main system 502 includes a motherboard 504 having an I/O section 506, one or more central processing units (CPU) 508, and a memory section 510, which may have a flash memory card 512 related to it. The I/O section 506 can be connected to a display 514, a keyboard and/or other user input (not shown), a disk storage unit 516, and a media drive unit 518. The media drive unit 518 can read/write a computer-readable medium 520, which can contain programs 522 and/or data. Computing system 500 can include a web browser. Moreover, it is noted that computing system 500 can be configured to include additional systems in order to fulfill various functionalities. Computing system 500 can communicate with other computing devices based on various computer communication protocols such a Wi-Fi, Bluetooth® (and/or other standards for exchanging data over short distances includes those using short-wavelength radio transmissions), USB, Ethernet, cellular, an ultrasonic local area communication protocol, etc.

FIG. 6 illustrates an example system 600, according to some embodiments. System 600 can capture stereoscopic videos with fisheye lenses and then render said videos for playback with 3-D effects in a virtual-reality device. System 600 can include stereoscopic device 602. In one example, the stereoscopic device 602 can include the systems of FIGS. 1-4. Stereoscopic device can include fisheye-camera module 610 and calibration module 612. Fisheye-camera module 610 can include fisheye lens camera and their software/firmware for managing said camera systems. Calibration module 612 can obtain calibration information and/or other metadata that can be used by a graphics engine (e.g. graphics engine 608) to render the videos obtained by stereoscopic device 602 into an appropriate format for playing a 3-D effect video in a virtual-reality device.

Graphics engine 608 can be included in a virtual-reality device, remote server entity, stereoscopic system, user computing device, etc. Graphics engine 608 can include functionalities that render the videos obtained by stereoscopic device 602 into an appropriate format for playing a 3-D effect video in a virtual-reality device. For example, graphics engine 608 can include 2-D video module 614 and distortion module 616. 2-D video module 614 render a video obtained by two fisheye lenses into two 2-D videos. Distortion module 616 can then re-distort the two 2-D video into an appropriate 3-D effect format for the virtual-reality display of the virtual-reality devices.

System 600 can also include other sensors and systems. For example, system 600 can include positional sensors to obtain a user's position and movement. System 600 can

US 10,075,693 B2

7

include systems for obtaining 3-D audio feeds and integrating said 3-D audio feeds into the 3-D effect video displayed by the virtual-reality device.

FIG. **7** is a block diagram of a sample-computing environment **500** that can be utilized to implement various embodiments. The system **500** further illustrates a system that includes one or more client(s) **702**. The client(s) **702** can be hardware and/or software (e.g., threads, processes, computing devices). The system **700** also includes one or more server(s) **704**. The server(s) **704** can also be hardware and/or software (e.g., threads, processes, computing devices). One possible communication between a client **702** and a server **704** may be in the form of a data packet adapted to be transmitted between two or more computer processes. The system **700** includes a communication framework **710** that can be employed to facilitate communications between the client(s) **702** and the server(s) **704**. The client(s) **702** are connected to one or more client data store(s) **706** that can be employed to store information local to the client(s) **702**. Similarly, the server(s) **704** are connected to one or more server data store(s) **708** that can be employed to store information local to the server(s) **704**. In some embodiments, system **700** can instead be a collection of remote computing services constituting a cloud-computing platform.

Exemplary Methods

Described herein is a system and method for embedding parameters pertaining to a stereoscopic 3D video capture device and a 3D video being captured into the recorded video file. Such a stereoscopic 3D camera has at least two lenses and two image sensors. During video capture, metadata such as the camera intrinsic parameters, the parameters of each lens and image sensor, as well as IMU, accelerometer, gyroscopic, location, and other metadata, can be embedded into the video file. Some parameters may be saved in the metadata header of the video file format. Additionally, a system and method is described for extracting such parameters from a stereoscopic video file for use during playback of that file. During playback the parameters may be extracted from the header of the video file as the video is being processed by the stereoscopic video player.

FIG. **8** illustrates an example method of recording stereoscopic 3D video on a stereoscopic camera device, according to some embodiments. In step **802**, process **800** can record video feed(s) from multiple stereoscopic video image sensors in a stereoscopic video capture device. These video feeds can be aggregated into a single video sequence. In step **804**, process **800** can obtain embedding calibration, IMU, location, image sensor and/or other metadata from stereoscopic video capture device(s) that include the stereoscopic video image sensors. In step **806**, in the video capture device, process **800** can aggregate the output of steps **802** and **804** in real time. As used herein, 'real time' can include various latencies (e.g. processing latencies, networking latencies, etc.).

In one example of process **900**, the video sequence can be written to a video file on the stereoscopic camera device. The calibration, IMU, location and/or other metadata can be read from the memory of the stereoscopic video capture device (e.g. a fish-eye lens camera, etc.) and embedded into the metadata fields of video file format. Additionally, this metadata can be encoded into the stereoscopic video in a time-dependent fashion by utilizing metadata channels in the video file format, such as subtitle or closed caption metadata fields. In one example, during the processing of each stereoscopic video frame, the metadata specific to each image sensor and/or lens can be read from the

8

memory of the stereoscopic camera device. The metadata from each of the two video lenses can be embedded into the portion of the aggregated stereoscopic video frame that stores the data associated with the image sensor and lens that recorded that portion of the image. The video sequence can be written to a video file on the stereoscopic camera device. Some of the calibration, IMU, location, or other metadata is stored in the metadata of the encoded video file. The remaining metadata can be encoded into the stereoscopic video sequence using subtitle metadata or a table in the metadata header.

FIG. **9** provides a process **900** of generating a video file with a stereoscopic device, according to some embodiments. Process **900** can obtain two fisheye camera digital video feeds (e.g. from a stereoscopic device with two fisheye cameras) in step **902**. Each fisheye lens can record in one-hundred and eighty (180) degrees. In step **904**, the two fisheye camera digital video feeds can be interlaced into a single video feed. Optionally, in step **906**, 3-D audio feed and other metadata can be obtained. The 3-D audio effect can be obtained from multiple microphones in the stereoscopic device. Example metadata can include, inter alia: user position data such as head position data, user motion data, user location data, stereoscopic device parameters to be used for calibration of the two fisheye camera fees, etc. Accelerometers, gyroscopes, and/or other sensors in the stereoscopic system can be used to provide at least some of the metadata.

In step **908**, process **900** can store calibration information in single digital video feed (e.g. In a video file such as an MP4 file). Calibration information can include intrinsic stereoscopic device parameters that are used to replay the video file produced by process **900** with a high-degree of fidelity. Example calibration parameters can be the effects of the fisheye lenses and the distance between the fisheye lenses. The metadata information can be vector of numbers passed on playback software and stored in the video file. In process **910**, process **900** can stream and/or store outputs of steps **906** and **908** (e.g. stored in data store **606** of FIG. **6**). The video file of process **900** can be used by playback functionalities to provide a 3-D effect in a virtual-reality device (e.g. using process **1000** of FIG. **10** infra).

FIG. **10** provides an example process of processing the video file of process **900** for presentation in a virtual-reality device, according to some embodiments. Process **1000** can be used to play videos recorded with a stereoscopic system in a virtual-reality device. Example virtual devices include, inter alia: Oculus Rift®, Google Cardboard®, and/or other virtual reality headsets, a smartphone, web browser, etc. In step **1002**, process **1000** can obtain video file produced by process **900**. In step **1004**, process **1000** can obtain the calibration information of process **900**.

In step **1006**, process **1000** can use this calibration information to generate a 2-D video from the single digital feed. The single video stream produced by process **900** can be split into the two separate video feeds of each fisheye lens camera (e.g. a video feed for each of a user's eyes). Graphic rendering operations can be implemented on these video feeds. These graphic rendering operations can undistort the effects of the fisheye lens.

In step **1008**, process **1000** can distort the 2-D video output of **1006** for presentation in virtual-reality device. For example, step **1008** can render the 2-D video to include 3-D video effects. In step **1010**, process **1000** can incorporate and/or synchronize user positional information and 3D audio feed of process **1000** into virtual-reality experience. In some

US 10,075,693 B2

9

examples, processes **900** and **1000** can be implemented by firmware in one or more elements of system **600** (e.g. **602** and **608**).

FIG. **11** illustrates an example stereoscopic video processing method process **1100** according to some embodiments. In step **1102**, process **1100** can process the stereoscopic video frames during playback using metadata, such as calibration, IMU, location and/or other data, stored in the video file. In step **1104**, process **100** can decode metadata from each frame that has been previously encoded into the subtitle or closed captioning fields. In step **1106**, process **1100** can display stereoscopic video captured via a stereoscopic camera, comprising a captured stereoscopic video sequence of images, and stored in a video file.

In one example, process **1100** can process the video sequence of stereoscopic images during playback and decoding metadata from each frame that has been previously encoded using subtitle or closed caption metadata. Process **1100** can use the decoded metadata during the rendering of the stereoscopic video sequence.

In another example, process **1100** can process a video sequence of stereoscopic images during playback, where the images were captured on multiple stereoscopic video recording devices. Process **1100** can use the decoded metadata during the rendering of the stereoscopic video sequence, where the meta data of each frame originates from the recording device that captured it.

CONCLUSION

Although the present embodiments have been described with reference to specific example embodiments, various modifications and changes can be made to these embodiments without departing from the broader spirit and scope of the various embodiments. For example, the various devices, modules, etc. described herein can be enabled and operated using hardware circuitry, firmware, software or any combination of hardware, firmware, and software (e.g., embodied in a machine-readable medium).

In addition, it can be appreciated that the various operations, processes, and methods disclosed herein can be embodied in a machine-readable medium and/or a machine accessible medium compatible with a data processing system (e.g., a computer system), and can be performed in any order (e.g., including using means for achieving the various operations). Accordingly, the specification and drawings are to be regarded in an illustrative rather than a restrictive sense. In some embodiments, the machine-readable medium can be a non-transitory form of machine-readable medium.

What is claimed as new and desired to be protected by Letters Patent of the United States is:

**1**. A computerized system for recording stereoscopic three-dimensional (3D) video on a stereoscopic camera device comprising:

(a) a computer store containing data, wherein the data comprises:

a stereoscopic video feed of two or more stereoscopic images from a stereoscopic video capture device, and

a plurality of contemporaneous metadata feeds, wherein a metadata feed comprises a time sequenced set of metadata obtained from a sensor of the stereoscopic video capture device;

b) a computer processor in the stereoscopic video capture device, which computer processor is coupled to the computer store and programmed to:

10

obtain the stereoscopic video feed from the computer store,

obtain the plurality of contemporaneous metadata feeds from the computer store, and

embedding, in real-time as the stereoscopic video feed is recorded, the stereoscopic video feed with the plurality of contemporaneous metadata feeds, and wherein the plurality of metadata feeds comprises a calibration metadata of the stereoscopic video capture device contemporaneous with the stereoscopic video feed, wherein the stereoscopic video feed embedded with the plurality of contemporaneous metadata feeds is written by the computer processor to a video file in the stereoscopic video capture device, and wherein the plurality of contemporaneous metadata feeds is embedded into the stereoscopic video feed by encoding the contemporaneous metadata feeds into the subtitles or closed captioning metadata fields of the video file format, such that the timing of the subtitle or closed captioning metadata conveys the timing of the metadata feeds.

**2**. The computerized system of claim **1**, wherein the plurality of metadata feeds comprises an inertial measurement unit (IMU) metadata of the stereoscopic video capture device contemporaneous with the stereoscopic video feed.

**3**. The computerized system of claim **2**, wherein the plurality of metadata feeds comprises a location metadata that provides the location of the stereoscopic video capture device contemporaneous with the obtaining of the stereoscopic video feed, and wherein the location metadata comprises a set of latitude and longitude coordinates of where the stereoscopic video feed was obtained.

**4**. The computerized system of claim **1**, wherein the embedding the stereoscopic video feed with the plurality of contemporaneous metadata feeds is performed on a graphics processing unit (GPU) in the stereoscopic video capture device.

**5**. The computerized system of claim **4**, wherein the computer processor renders the video file into a format for communication to a display device.

**6**. A computerized system for displaying stereoscopic three-dimensional (3D) video recorded on a stereoscopic camera device comprising:

(a) a computer store containing data, wherein the data comprises:

a stereoscopic video feed of two or more stereoscopic images from a stereoscopic video capture device, wherein the stereoscopic video feed comprises a plurality of contemporaneous metadata feeds, wherein a metadata feed comprises a time sequenced set of metadata obtained from a sensor of the stereoscopic video capture device;

(b) a computer processor in the stereoscopic video capture device, which computer processor is coupled to the computer store and programmed to:

obtain the stereoscopic video feed from the computer store,

parse the plurality of contemporaneous metadata feeds from the stereoscopic video feed,

calibrate the stereoscopic video feed for display in a virtual-reality headset display using the plurality of contemporaneous metadata feeds, and

decode a metadata stored in the subtitles or closed captioning fields of the stored video file format, wherein the metadata is associated with a set of different times within the video based on the timing of the subtitles or closed captioning fields.

US 10,075,693 B2

**11**

**7**. The computerized system of claim **6**, wherein the computer processor uses the decoded metadata during the rendering of a stereoscopic video sequence for display in the virtual-reality headset.

**8**. The computerized system of claim **7**, wherein the stereoscopic video capture device comprises two or more fish-eyed lens digital cameras in the stereoscopic video capture device.

**9**. The computerized system of claim **8**, wherein the computer processor decodes metadata stored for multiple recording devices during the rendering of a stereoscopic video sequence for display, such that the metadata is associated with particular segments of the video sequence.

**10**. The computerized system of claim **7**, wherein, the computerized system for displaying the stereoscopic 3D content is a mobile phone or tablet device.

**11**. A computerized system for displaying stereoscopic three-dimensional (3D) video recorded on a stereoscopic camera device comprising:

(a) a computer store containing data, wherein the data comprises:

a stereoscopic video feed of two or more stereoscopic images from a stereoscopic video capture device, wherein the stereoscopic video feed comprises a plurality of contemporaneous metadata feeds, wherein a

**12**

metadata feed comprises a time sequenced set of metadata obtained from a sensor of the stereoscopic video capture device, and wherein the stereoscopic video capture device comprises two or more fish-eyed lens digital cameras that are used to capture the stereoscopic video feed, wherein the time sequenced set of metadata is encoded into the stereoscopic video in a time-dependent fashion by utilizing a metadata channel in a video file format, and wherein the metadata channel comprises a subtitle metadata field or a closed-caption metadata field;

b) a computer processor in the stereoscopic video capture device, which computer processor is coupled to the computer store and programmed to:

obtain the stereoscopic video feed from the computer store,

parse the plurality of contemporaneous metadata feeds from the stereoscopic video feed, and

calibrate the stereoscopic video feed for display in a display of a user's computing device using the plurality of contemporaneous metadata feeds.

**12**. The computerized system of claim **11**, wherein the user's computing device comprises a virtual-reality headset, a tablet computer or a smartphone.

\*　\*　\*　\*　\*

EXHIBIT C

EXHIBIT C



US009930315B2

(12) **United States Patent**
Jin et al.

(10) Patent No.: **US 9,930,315 B2**
(45) Date of Patent: **Mar. 27, 2018**

(54) **STEREOSCOPIC 3D CAMERA FOR VIRTUAL REALITY EXPERIENCE**

(71) Applicant: **Lucid VR, Inc.**, Sunnyvale, CA (US)

(72) Inventors: **Han Xiong Jin**, Sunnyvale, CA (US); **Adam Rowell**, Sunnyvale, CA (US)

(73) Assignee: **LUCID VR, INC.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/143,443**

(22) Filed: **Apr. 29, 2016**

(65) **Prior Publication Data**

US 2016/0323560 A1     Nov. 3, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/154,703, filed on Apr. 29, 2015.

(51) **Int. Cl.**
| | |
|---|---|
| H04N 13/02 | (2006.01) |
| H04N 13/00 | (2018.01) |
| H04N 5/232 | (2006.01) |
| H04N 9/87 | (2006.01) |
| H04N 5/77 | (2006.01) |
| H04N 5/907 | (2006.01) |
| H04N 9/82 | (2006.01) |
| G06T 7/80 | (2017.01) |

(52) **U.S. Cl.**
CPC ........... **H04N 13/0246** (2013.01); **G06T 7/85** (2017.01); **H04N 5/23267** (2013.01); **H04N 5/772** (2013.01); **H04N 5/907** (2013.01); **H04N 9/8205** (2013.01); **H04N 9/8227**

(2013.01); **H04N 9/8715** (2013.01); **H04N 13/0014** (2013.01); **H04N 13/0055** (2013.01); **H04N 13/0066** (2013.01); **H04N 13/0239** (2013.01); **H04N 13/0296** (2013.01)

(58) **Field of Classification Search**
CPC ...................... H04N 5/23238; H04N 13/0014
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2006/0028489 A1 | 2/2006 | Uyttendaele et al. |
| 2006/0093239 A1 | 5/2006 | Kakinami |
| 2012/0075435 A1 | 3/2012 | Hovanky et al. |
| 2013/0120224 A1* | 5/2013 | Cajigas ................... G09G 5/00 345/8 |
| 2013/0124471 A1* | 5/2013 | Chen ................. H04N 5/23238 707/624 |
| 2013/0210523 A1 | 8/2013 | Arumugam et al. |

(Continued)

OTHER PUBLICATIONS

Non-Final Office Action dated Dec. 16, 2016 in U.S. Appl. No. 15/179,056 of Jin, H. et al. filed Jun. 10, 2016.

(Continued)

Primary Examiner — Mehrdad Dastouri
Assistant Examiner — Rowina Cattungal
(74) Attorney, Agent, or Firm — Perkins Coie LLP

(57) **ABSTRACT**

Embodiments are disclosed for a stereoscopic device (also referred to simply as the "device") that captures three-dimensional (3D) images and videos with a wide field of view and provides a virtual reality (VR) experience by immersing a user in a simulated environment using the captured 3D images or videos.

**17 Claims, 12 Drawing Sheets**



**US 9,930,315 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2015/0049946 A1 * | 2/2015 | Madineni .............. G06T 7/0081 |
| | | 382/173 |
| 2015/0062292 A1 | 3/2015 | Kweon |
| 2015/0109509 A1 * | 4/2015 | Di Federico ........... G01C 11/00 |
| | | 348/333.02 |
| 2015/0172544 A1 | 6/2015 | Deng et al. |
| 2015/0254818 A1 | 9/2015 | Li et al. |
| 2016/0065947 A1 * | 3/2016 | Cole .................. H04N 13/0014 |
| | | 348/43 |
| 2016/0255327 A1 | 9/2016 | Cole et al. |
| 2016/0323561 A1 | 11/2016 | Jin et al. |

OTHER PUBLICATIONS

Restriction Requirement dated Sep. 8, 2016 in U.S. Appl. No. 15/179,056 of Jin, H. et al. filed Jun. 10, 2016.
Non-Final Office Action dated Aug. 30, 2017 in U.S. Appl. No. 15/179,056 of Jin, H. et al. filed Jun. 10, 2016.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

US 9,930,315 B2

1

# STEREOSCOPIC 3D CAMERA FOR VIRTUAL REALITY EXPERIENCE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims priority to U.S. Provisional Application No. 62/154,703 entitled "STEREOSCOPIC CAMERA CAPTURING 180-DEGREE 3D IMAGES AND VIDEOS," filed Apr. 29, 2015, which is incorporated by reference herein in its entirety.

## BACKGROUND

Virtual reality (VR) is a computer technology that simulates an environment in a way that allows a user to interact with the simulated environment. Virtual reality can replicates different sensory experience, e.g., sight, touch, hearing or smell. Some virtual realities focusing on visual experience are displayed on a computer screen or with a virtual reality headset (also referred to as head mounted display or HMD). The virtual reality immersive environment can be simulated in way close to the real world experience in order to replicate a lifelike experience.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram showing components of a stereoscopic 3D video camera that can record 3D videos and embed 3D calibration metadata.

FIG. **2** is a block diagram showing various components of a sample stereoscopic device.

FIG. **3** shows multiple stereoscopic devices for capturing 3D videos from different directions simultaneously.

FIG. **4** shows a comparison of an image circle and an image sensor area.

FIG. **5** shows different perspective views of multiple stereoscopic devices that are combined in a triangle to capture 360° 3D videos.

FIG. 6 shows a stereoscopic device that can be mounted in front of another virtual reality head set to form an AR headset.

FIG. **7** shows a stereoscopic device that can be mounted in on user's head,

FIG. **8** shows a stereoscopic device that can be mounted in on user's chest.

FIG. **9** shows a sample stereoscopic device that can be implemented as a dongle of an external device.

FIG. **10** shows a stereoscopic device, from different perspectives.

FIG. **11** shows exploded views of components of a stereoscopic device, from different perspectives.

FIG. **12** is a high-level block diagram illustrating an example of a hardware architecture of a computing device that performs disclosed functionalities, in various embodiments.

## DETAILED DESCRIPTION

The disclosed embodiments disclose a stereoscopic device (also referred to simply as the "device") that captures three-dimensional (3D) images and videos with a wide field of view and provides a virtual reality (VR) experience by immersing a user in a simulated environment using the captured 3D images or videos.

In some embodiments, the stereoscopic device includes two wide-angle lenses (e.g., fish-eye lenses) to captures 3d

2

images and videos with a wide field of view. For example, the field of view can be, e.g., 180 degrees. The two wide-angle lenses can be spaced apart at a distance similar to the distance between the human eyes.

The stereoscopic device can include two digital image sensors that capture images based on light transmitted through the two wide-angle lenses. Each image sensor is mounted behind one of the wide-angle lenses. The digital image sensors can be, e.g., charge-coupled devices (2Ds) or complementary metal-oxide-semiconductor (CMOS) devices that converts the light signals into digital data. The wide-angle lenses and the digital image sensors can simultaneously capture images or video streams from two different perspectives, each with a wide field of view (e.g., 180 degrees).

The stereoscopic device can further include a storage device for storing the digital data of the captured images and videos (also referred to image data and video data). For example, the storage device can be, e.g., a flash memory.

The stereoscopic device can include one or more data interfaces for communicating with external devices. For example, the stereoscopic device can include a USB interface that is capable of connecting to an external device (e.g., a laptop, an external hard drive, a tablet, a smart phone) for transmitting the video data or video data to the external device.

The stereoscopic device itself can further function as a virtual reality headset. The device includes a display screen for playing back the captured 3D images or 3D video. The device can further include a motion sensor (e.g., an accelerometer, or an inertial measurement unit, as referred to as IMU) for determining head position and orientation of a user who wears the stereoscopic device as a virtual reality headset. The shape of the stereoscopic device is designed to be fit into a head mount device. The head mount device is for attaching the stereoscopic device on the head of the user such that the user's eyes are in front of the left and right portions of the display screen respectively.

The device simultaneously records two videos from two different perspectives using the two digital image sensors. Because of the wide-angle lenses, the videos are captured with a wide field of views (FOVs), e.g., 180 degrees. Such a field of view is wider than the field of view of human eyes. For example, humans' binocular visions typically have a field of view of 114 degrees (horizontally). During playing back as a virtual reality headset, the stereoscopic device determines the head position and orientation and only plays back a cropped portion of the captured 3D images or videos. The sizes and locations of the cropping windows depends on the detected head position an orientation, as well as the human field of view.

The device plays back the cropped 3D images or videos with a narrower field of view on the left and right portions of the display screen. The left eye of the user is in front of the left portion of the display screen, and views the left channel of the cropped 3D images or videos. Similarly, the right eye of the user is in front of the right portion of the display, and views the right channel of the cropped 3D images or videos. Because the left and right channels of the 3D images or videos were captured at two different perspectives, the user experiences a stereoscopic 3D effect,

When the user moves the head to a different position or orientation, the motion sensor detects the movement. Based on the new head position or orientation, the device determines new positions (or new sizes as well) of the cropping windows and generates in real time the cropped 3D images or videos. Therefore, the field of view experienced by the

US 9,930,315 B2

3

user eyes changes correspondingly as the user moves the head. Thus, the user is immersed in a virtual reality created based on the 3D images or videos.

In this way, the user can move the head to look freely in different directions at different parts of the 3D image or 3D video within the wide field of view (e.g. 180 degrees). Because the field of view of the captured 3D image or 3D video (prior to cropping) is larger than the field of view of the human vision, the user experiences a sense of presence in a virtual environment created based on the captured 3D image or 3D video. In other words, the 3D image or video provide the user a realistic illusion of being immersed into the image or video.

In some embodiments, the stereoscopic device does not need to combine the left and right channels of the 3D image or 3D video into a single channel, since the two channels are shown separately to the left and right eyes of the user. In some other embodiments, the left and right channels of the 3D image or 3D video can be stitched together to form a single feed of image or video such that there is no visible seam between the left and right portions of the display screen when the device plays back the 3D image or 3D video.

In some embodiments, multiple stereoscopic devices can be combined together to capture the 3D image or 3D video in a super wide field of view (e.g., 360 degrees). For example, three stereoscopic devices can be mounted on a 360 rig mount such the three stereoscopic devices are facing three different directions. The 3D images or 3D videos captured by the stereoscopic devices can be stitched together to create a 360-degree virtual reality experience. For example, when a user moves the head at any orientation with the 360 degrees, the device in real time plays back a cropped portion of the 360-degree stitched 3D videos based on the head orientation and human vision field of view. Therefore, the user can experience a sense of presence in a 360-degree virtual environment based on the 360-degree 3D image or 3D video captured simultaneously by the three stereoscopic devices.

Stereoscopic 3D Calibration for VR

Other than the different perspectives, human eyes are very sensitive to any differences between the left and right eye visions. When there is a noticeable difference in distortions between the left and right channels of the 3D video, the stereoscopic 3D effect experienced by the user is significantly suppressed. During the manufacturing processes of the wide-angle lenses, digital image sensors, and the stereoscopic device, various types of manufacturing variances can be introduced.

For example, the distance between the left wide-angle lens and the left image sensor may be slightly shorter than the distance between the right wide-angle lens and the right image sensor. Alternatively, due to the manufacturing variance of the wide-angle lenses, the left wide-angle lens may have an optical distortion profile that is slightly different from the optical distortion profile of the right wide-angle lens.

In order to enhance the stereoscopic 3D effect, it is desirable to eliminate the optical distortion difference between the left and right channels of the 3D video due to the manufacturing variances. After the stereoscopic device is manufactured, the device, including the wide-angle lens and the image sensors, can be tested through a calibration process to detect the distortion differences between the left and right channels. The distortion differences are recorded as 3D calibration data. Using the 3D calibration data, the

4

captured 3D videos can be played back with a compensation based on the 3D calibration data.

In some embodiments, the 3D calibration data can be embedding into the 3D videos as metadata. For example, the stereoscopic device captures the 3D video into a recorded 3D video file and embeds the 3D calibration data into the 3D video file as metadata. These metadata can include, e.g., camera intrinsic parameters, parameters of each of the left and right wide-angle lenses, parameters of each of the left and right image sensors, information about the inertial measurement unit (IMU), information about the accelerator, information about the gyroscopic device, information of the device location, etc.

Some of the 3D calibration metadata can be saved in the metadata header of the 3D video file. Some of the 3D calibration metadata can be encoded into one or more frames of the 3D video file via, e.g., a video steganography process. In some embodiments, a graphic processing unit (GPU) can perform the video steganography process.

During playback of the 3D video file, a playback device (e.g., a stereoscopic device disclosed or another device such as a computer or a smart phone) can extract the 3D calibration metadata from the 3D video file. For example, the metadata can be, e.g., extracted from the metadata header of the video file, or decoded from one or more frames of the video though a video steganography technique, when the video is being processed by a stereoscopic video player running on the playback device.

FIG. **1** is a block diagram showing components of a stereoscopic 3D video camera that can record 3D videos and embed 3D calibration metadata. As shown in FIG. **1**, a stereoscopic 3D video camera **100** includes two or more image sensors **112** and **114** fitted with one lens (**122** and **124**) per sensor. Each of the image sensors **112**, **114** and lenses **122**, **124** have associated parameters, such as the sensor size and resolution, the lens focal lengths, and lens distortion parameters. The parameters of each image sensor and lens may be unique, and are often determined through a stereoscopic camera calibration process. Additionally, the camera **100** may have additional sensors, such as a gyroscope **130**, accelerometer **140**, or GPS device **150** to record information related to the movement or position of the camera **100**. The electrical components of the camera **100** are interconnected by a bus **190**.

During the video capturing process, the image sensors **112**, **114** record video frames, and the stereoscopic camera **100** combines the frames from the individual image sensors **112**, **114** into a composite video file. In some embodiments, the composite video file includes two channels of video streams, for left and right eyes respectively. The video frames may be processed prior to being encoded into the video file, with additional image processing parameters describing the processing.

To play back a stereoscopic 3D video, a stereoscopic video player is necessary, such as a virtual reality ("VR") headset or a mobile phone fitted with a stereoscopic display adapter. In some embodiments, the functionalities and components of the stereoscopic video player can be combined to the stereoscopic 3D video camera **100** as well. For example, the camera **100** can include a display screen **160** for playing back the 3D video.

Each of the stereoscopic frames is processed by the player, which may additionally require the parameters associated with the camera **100** that captured the frames. For example, the player may require knowing the camera's image sensor and calibration parameters to properly render the stereoscopic frames. If the video frames were processed

US 9,930,315 B2

5

by the camera prior to being encoded into the video file, the play may also need to know the parameters of the image processing algorithms that processed the frames.

It is desirable to embed the parameters about the camera, sensor, and processing directly into the video file recorded by the stereoscopic camera at the time of capture. Some of these parameters may be fixed for the duration of the video, such as image sensor and calibration parameters; while some parameters may change during the recording process, such as accelerometer, gyroscope, and GPS sensor readings.

In some embodiments, it is desirable that a player can read and process a video file that has been generated using the captured video of different stereoscopic cameras. For example, two users with different stereoscopic cameras may record scenes with their own devices, and then concatenate their respective videos into a single video file. In such a case, the stereoscopic video player will need to be able to associate different portions of the composite video file with different camera parameters, including different lens distortion parameters and image sensor parameters.

Accordingly, there is a need for a system or method that can embed the camera and sensor parameters into the video file captured by a stereoscopic 3D camera. Parameters will be either set once per the entirety of the file, or changed for each frame of the video. Additionally, there is a need for a system or method that can process such a stereoscopic 3D video file and decode the parameters, either fixed for the entirety of the file, or on a per frame basis. Such a system or method could then utilize the parameters during the playback of the video file.

Although generally the 3D calibration metadata for a particular stereoscopic device does not change after the device is manufactured and calibrated. However, the stereoscopic device may need re-calibration in some situations. For example, if the stereoscopic device is dropped to the ground. The distance between a lens and the image sensor behind the lens may be slightly changed. The stereoscopic device can perform a re-calibration process to re-capture the new 3D calibration metadata.

In some embodiments, the stereoscopic device can re-calibrates itself when the device is capturing a 3D video. Using the content of the 3D video, including the differences between the left and right channels, the stereoscopic device can establish new 3D calibration parameters. For example, a certain object in the video with a sharply contrasted portions may act like a contrast-level calibration reference object for the stereoscopic device to conduct the automatic re-calibration. Alternatively, an object in the video may be known as have a rectangular shape, but appears to be curved due to the distortion. The stereoscopic device then can re-calibrate the distortion metadata by detecting the level of distortion on the curved image of the object. The re-calibrated 3D calibration metadata may be transmitted to the playback device in a real time, when the playback device replays the 3D video as the stereoscopic device captures the 3D video.

The stereoscopic device can include various types of components. FIG. **2** is a block diagram showing various components of a sample stereoscopic device. The stereoscopic device **200** includes a video processor **210** for processing various data collected by different components. The video processor **210** receives captured image data from image sensors **212** and **214**.

A power management integrated circuit (PMIC) **220** is responsible for controlling a battery charging circuit **222** to charge a battery **224**. The battery **224** supplied electrical energy for running the stereoscopic device **200**. The video

6

processor **210** can be connected to an external device via a USB controller **226**. In some embodiments, the battery charging circuit **222** receives external electrical energy via the USB controller **226** for charging the battery **224**.

The stereoscopic device **200** includes a volatile memory **230** (e.g. double data rate memory or 4R memory) and a non-volatile memory **232** (e.g., embedded MMC or eMMC, solid-state drive or SSD, etc.). The video processor **210** can also control an audio codec circuit **240**, which collects audio signals from microphone **242** and microphone **244** for stereo sound recording.

The stereoscopic device **200** can include additional components to communicate with external devices. For example, the video processor **210** can be connected to a video interface **250** (e.g., high-definition multimedia interface or HDMI) for sending video signals to an external device. The device **200** can further include an interface **254** conforming to Joint Test Action Group (JTAG) standard and Universal Asynchronous Receiver/Transmitter (UART) standard.

The stereoscopic device **200** can include a memory card connector **252** to accommodate a memory card for providing additional storage space. The device **200** can further include a slide switch **260** and a push button **262** for operating the device **200**. For example, a user may turn on or off the device **200** by pressing the push button **262**. The user may switch between different modes (e.g., image capturing, video capturing, 3D capturing) using the slide switch **260**,

The device **200** can include an inertial measurement unit (IMU) **270** for detecting orientation and/or motion of the device **200**. The video processor **210** can further control a light control circuit **280** for controlling the status lights **282**. The status lights **282** can include, e.g., multiple light-emitting diodes (LEDs) in different colors for showing various status of the device **200**.

Stereoscopic 3D 360-Degree Stiching

In some embodiments, multiple stereoscopic devices can be combined together to capture the 3D image or 3D video in a super wide field of view (e.g., 360 degrees) simultaneously. Those simultaneously captured 3D videos can be combined together to create a virtual reality experience in 360 degrees. Thus, multiple sets of 3D calibration metadata need to be embedded into the combined 3D videos. Each set of the 3D calibration metadata corresponds to a channel of a 3D video captured by a pair of a wide-angle lens and an image sensor within a stereoscopic device.

FIG. 3 shows multiple stereoscopic devices for capturing 3D videos from different directions simultaneously. Each of the stereoscopic devices **310**, **320**, **330** has a field of view of, e.g., 180 degrees. By combining the 3D videos captured by the three devices (totally 6 channels), a virtual reality of 360 degrees can be recreated.

During video capturing, three stereoscopic devices **310**, **320**, **330** can be mounted on a **360** rig mount **340** such the three stereoscopic devices **310**, **320**, **330** are facing three different directions. The 3D images or 3D videos captured by the lenses **312**, **314**, **322**, **324**, **332**, **334** of the stereoscopic devices **310**, **320**, **330** can be stitched together to create a 360-degree virtual reality experience. For example, when a user moves the head at any orientation with the 360 degrees, the device in real time plays back a cropped portion of the 360-degree stitched 3D videos based on the head orientation and human vision field of view. Therefore, the user can experience a sense of presence in a 360-degree virtual environment based on the 360-degree 3D image or 3D video captured simultaneously by the three stereoscopic devices.

US 9,930,315 B2

7

During the playback, depending on the orientation of the user head, the playback device might use multiple channels from one or more stereoscopic device to general in real time the left and right playback videos. Thus, the playback device switches in real time between different sets of 3D calibration metadata, depending on the channels it currently uses for generating the playback videos. In some embodiments, the calibration using the 3D calibration metadata is performed on a frame-by-frame basis. Therefore, the 3D calibration metadata needs to be extracted in a real time in order to switch between the sets of 3D calibration metadata in real time.

For example, at a first time point during the playback of the combined 3D videos, the user head is pointing toward a direction corresponding to the point **350** as illustrated in FIG. **3**. The playback device determines that at the first time point, only the left and right channels of the 3D video captured by the device **310** is need in order to achieve the binocular stereoscopic effect and play back the current 3D VR videos for the eyes of the user. In other words, the device needs the 3D calibration metadata that relate to the device **310**, including the lenses **312** and **314**.

At a second time point during the playback of the combined 3D videos, the user head is pointing toward a direction corresponding to the point **355** as illustrated in FIG. **3**. This time, the playback device determines that at the second time point, the device needs the right channel of the 3D video captured by the device **310** and the left channel of the 3D video captured by the device **330**, in order to play back the current 3D VR videos for both eyes of user. In other words, the playback device leverages different reference points (with different perspectives) from lenses from different stereoscopic devices to achieve the binocular stereoscopic effect.

Thus, at the second time point, the device needs the 3D calibration metadata that relate to the device **310** (including the lens **314**), as well as the 3D calibration metadata that relate to the device **330** (including the lens **332**). Therefore, the playback device needs to switch between different sets of 3D calibration metadata in real time, depending on the 3D video channels on which the device currently relies for playing back the 3D VR video for the user.

The 3D effect at the point **355** might be less than the 3D effect at the point **50**, because of the different perspectives of lenses and the fields of view. However, generally human eyes do not notice the diminishing 3D effect. This is because human eyes themselves have less 3D perception for the peripheral visions. Therefore, humans are used to the facts that areas of peripheral visions generally have less stereoscopic 3D effects.

Although FIG. **3** shows three devices, the technology can be applied to an arbitrary number of stereoscopic devices. For example, two stereoscopic devices with 180 degrees can be used to recreate a 360-degree virtual reality experience, using the technology disclosed herein.

Although FIG. **3** shows multiple devices for recording a combined 3D video for a field of view of 360 degrees, in some embodiments, the 3D effect of a field of view of 360 degrees can be achieved by a panoramic scan using a stereoscopic device. For example, a user can use the stereoscopic device to capture a continuous sequences of stereoscopic 3D images by a panoramic scanning motion. By stitching the continuous sequences of stereoscopic 3D images together, a playback device can recreate a 3D image with a field of view of 360 degrees.

8

Stereoscopic Video Stabilization at Playback Time

A playback device for playing back the 3D stereoscopic videos can adjust the orientation of captured stereoscopic video in a real time as the video is being rendered by a stereoscopic video player. The playback device can be, e.g., a stereoscopic device as disclosed, a mobile phone or a tablet.

During the stereoscopic video capturing process, the capturing device may not be stationary. The capturing device can introduce unwanted, apparent rotations or horizontal or vertical movement when capturing the scene. The playback device adjusts the captured video frame sequence in such a manner to correct, or stabilize, the scene for the user of the playback device.

In some embodiments, the playback device displays stereoscopic video captured via a stereoscopic camera. The video includes a captured stereoscopic video sequence of images. The playback device further processes the stereoscopic video frames during playback to identify, based on comparison of portions of the captured frame to other frames in the video sequence, data to stabilize the stereoscopic video sequence. Then the playback device performs video stabilization on portions of the captured stereoscopic video sequence. Such a stabilization is computed using one or both components of the stereoscopic frames, and the stabilization is applied to both components of each stereoscopic frame. After stabilization, frame images of each of the two 3D channels of the adjusted stereoscopic video sequence can be further cropped.

The playback device can use, e.g., a GPU for processing the video stabilization. The stereoscopic video sequence may be recorded by, e.g., a 3D stereoscopic camera with a field of view of approximately 180 degrees. The playback device can be a virtual reality headset for displaying the stereoscopic video content. The stereoscopic video stabilization algorithm is dependent on the orientation of the virtual reality headset. The stabilization can be focused on, e.g., the center of the portion of the image at which virtual reality headset is oriented.

In some embodiments, the stereoscopic camera that recorded the stereoscopic video sequence includes fish-eye lenses. The playback device then stabilizes the rotation of the stereoscopic video sequence on the captured fisheye images. The playback device further unwarps the video sequence into a rectilinear mapping, and further stabilizes the video sequence in the rectilinear space by stabilizing translation and additional rotational components.

In addition to the captured stereoscopic video sequence, the stereoscopic camera can further capture additional metadata and transmit the metadata to the playback device. The metadata can include, e.g., inertial measurement data from an accelerometer or a gyroscope. The video stabilization algorithm can use the additional metadata to improve the accuracy or precision of the perceived stabilization.

Stereoscopic Video Stabilization at Recording Time

The stereoscopic device for recording the stereoscopic video can include two image sensors and two lenses. The video frames captured from each sensor are combined and stored to form a stereoscopic video image. The stereoscopic device captures a video sequence having a plurality of such sequential stereoscopic images, and estimates unwanted motion of the video capture device for each of sequential stereoscopic images based on the motion data.

During the estimation, the device can determine rotational information for each of sequential images based on the motion data for one or more successive images in the sequential images. The steps of estimating the unwanted motion can includes, e.g., identifying a motion of the video

US 9,930,315 B2

9                                                                      10

capture device based on a first specified number of images from the plurality of sequential images captured before the specified image and a second specified number of images from the plurality of sequential images captured after the specified image; filtering the identified motion of the video capture device to generate a filtered motion, the filtered motion having a value corresponding to the specified image; and determining the difference between the value of the filtered motion corresponding to the specified image and a location of the specified image based on the motion data.

In some embodiments, for each of the sequential images, the device estimates the intrinsic data of the device by calculating a corresponding first matrix representing a projection of a point of the mapping. Each first matrix is calculated using at least one of a focal length of the video capture device at a time the image was captured and a principal point of the video capture device. Each item of intrinsic data represents a mapping from a three-dimensional space to a two-dimensional space associated with a plane of the video capture device in the absence of motion, and wherein a respective item of intrinsic data is estimated for each of the plurality of sequential images;

The device further modifies the sequential images by: calculating, for each of the plurality of sequential images, a second matrix as an inverse of the image's first matrix; and combining each first matrix together with its corresponding second matrix and a third matrix representing the estimated unwanted motion in a matrix operation applied to a respective image. Each matrix operation outputs one of the modified plurality of sequential images.

In other words, the device applies a transform to each of the sequential images to substantially remove the estimated unwanted motion. The transform applied to each of the sequential images is based on each image's image capture parameter values and motion information. The transform includes applying the intrinsic data to respective images. The device then stores each of the transformed plurality of sequential images in a memory.

The motion data for the sequential images can be captured at approximately the same time as the sequential images are captured. The motion data can include, e.g., gyroscopic sensor data representing motion in more than one direction, or acceleration data generated by an accelerometer sensor.

In some embodiments, the image or video capture device can be a portable electronic device. The device can further capture additional parameters, e.g., parameters representing a field of view of the video capture device, parameters representing a setting of a lens on the video capture device, parameters representing a setting of an image sensor assembly on the video capture device, etc. Each of the sequential images is associated with an image capture parameter values that may change based on settings of the video capture device.

Stereoscopic 3D High Dynamic Range (HDR) Optimization

A stereoscopic device includes two sets of wide-angle lenses and image sensor for independently capturing the left and right channels of the stereoscopic 3D video. In some embodiments, the exposure levels, white balances and color contrasts of those two left and right channels of the stereoscopic 3D video can be different. Therefore, before playing back the 3D video, the playback device needs to align the exposure levels, white balances and color contrasts of those two left and right channels with each other, so there is no disparity between those two channels when the user perceives the 3D video.

In some embodiments, the playback device conducts an HDR color correction in a real time when the user is looking through the virtual reality headset. For example, when a stereoscopic device records a 3D outdoor video, the video frame can contain images of the sun. The light directly from the sun can wash out the video frames. Furthermore, because of the different perspectives of the two wide-angle lenses, the levels of the wash-out effects can be different for the video frames of the left and right channels. The playback may use the GPU do conduct a real-time HDR color correction to reduce or eliminate the wash-out effects.

The result of the HDR optimization is a 3D video with the left and right channels that have the same exposure level, the same white balance and the same color contrast. Even though the 3D video may not be recorded using a HDR device, the optimized 3D video has a high dynamic range that is synchronized between the left and right channels and is not washed out by various light sources such as the sun.

Hardware Specification of Lenses

In some embodiments, stereo camera lens alignment designed to enable natural depth of 3D videos. For spherical lenses, sometimes even one degree of deviation from parallel can cause reduced depth in the video. Therefore, rigorous active alignment process in the manufacturing process is performed in order to reduce misalignments below, e.g., 3 um.

In some embodiments, the distance between the lenses in the camera device (also referred to as the intra-axial distance) is about the distance between a person's eyes (also referred to as the intra-ocular distance) and can be about 6.35 cm. A longer base line (e.g., greater inter-camera distance) produces a more extreme 3-dimensionality effect. For example, an intra-axial distance can be 6.3 cm, as it matches to a larger population of female and males.

FIG. 4 shows a comparison of an image circle and an image sensor area. In some embodiments, to achieve a good output quality of a camera for a wide field of view (e.g., 180°), the diameter of the image circle 410 can be equal to a length of the image sensor 420 of the camera module. This way, the range of field of view is optimized to around 180°, mimicking the peripheral of a human eye and the vertical limitations similar to the iris. The camera thus produces the same vision as a human eye would create. This enables recreating exactly the experience a scene in way as a person sees the scene using his or her own eyes.

Modular Design of Stereoscopic Device

The modular design of the stereoscopic device enables many applications in the VR and augmented reality (AR) space. As shown in FIG. 5, multiple stereoscopic devices can be combined in a triangle to capture 360° 3D videos by stitching the edges, where a 30° image overlap occurs.

In some embodiments, as shown in FIG. 6, a stereoscopic device as disclosed herein can be mounted in front of another virtual reality head set (e.g., an Oculus Rift) to form an AR headset by using the lenses of the stereoscopic device to watch through the AR headset. Such an AR headset enables developers to model 3D objects or overlays on top of the image stream that is created by the camera.

Mountable Stereoscopic Device

In some embodiments, the stereoscopic device is designed in a shape similar to the size of a smart phone. Such a shape enables the stereoscopic device to be mounted with any mobile phone clip. Thus, the mobile phone clip allows mounting the stereoscopic device on a user's head with a cappy as shown in FIG. 7, or on a user's chest with a strip as shown in FIG. 8. Because of the versatile design of the stereoscopic device, the device can be mounted on any body part of a user.

US 9,930,315 B2

11
12

Dongle Device

In some embodiments, instead of a standalone device, the stereoscopic device can be implemented as a dongle for another device. FIG. **9** shows a sample stereoscopic device **900** implemented as a dongle of an external device **910**. The external device **910** can be, e.g., a laptop computer, a desktop computer, a tablet computer, a smart phone, a video game console, etc.

The stereoscopic device **900** includes an interface **905** for connecting the stereoscopic device **900** to the interface **915** of the external device **910**. The interface **905** can be any types of interface that enable data communication between the stereoscopic device **900** and the external device **910**. For example, the interface **915** can be, e.g., a USB interface, a lightening interface, an HDMI interface, etc.

In some embodiments, the stereoscopic device **900** can send the 3D video files to the external device **910** so that the external device **910** can play back the 3D video to recreate a virtual reality experience.

In some embodiments, the stereoscopic device **900** does not need to include an internal battery and draws electrical power from the external device **910** via the interface **905**. The stereoscopic device **900** may utilize the processing power of the external device **910**. In other words, the stereoscopic device **900** may not need the CPU or even GPU for processing the 3D video data. In some embodiments, the stereoscopic device **900** still retains a GPU for a faster processing speed.

In some embodiments, the stereoscopic device **900** does not include any storage space and uses the storage space of the external device **910** for storing the 3D video files or 3D image files.

In some embodiments, the stereoscopic device **900** can be implemented as a case (e.g., a mobile phone case) for the external device **910**. The stereoscopic device **900** has a shape designed to attach to, support, or hold the external device **910**.

Conversion Between 3D and 2D

In some embodiments, the playback device can convert 2D images or videos into 3D images or videos, or convert 3D images or videos into 2D images or videos. In that way, the user can still use a virtual reality device to experience the VR effect based on images or videos that are originally recorded in 2D.

Sample Hardware Architecture

FIG. **12** is a high-level block diagram illustrating an example of a hardware architecture of a computing device **1200** that performs the above process, in various embodiments. The computing device **1200** executes some or all of the processor executable process steps that are described below in detail. In various embodiments, the computing device **1200** includes a processor subsystem that includes one or more processors **1202**. Processor **1202** may be or may include, one or more programmable general-purpose or special-purpose microprocessors, digital signal processors (DSPs), programmable controllers, application specific integrated circuits (ASICs), programmable logic devices (PLDs), or the like, or a combination of such hardware based devices.

The computing device **1200** can further include a memory **1204**, a network adapter **1210**, a cluster access adapter **1212** and a storage adapter **1214**, all interconnected by an interconnect **1208**. Interconnect **1208** may include, for example, a system bus, a Peripheral Component Interconnect (PCI) bus, a HyperTransport or industry standard architecture (ISA) bus, a small computer system interface (SCSI) bus, a universal serial bus (USB), or an Institute of Electrical and Electronics Engineers (I9E) standard **1394** bus (sometimes referred to as "Firewire") or any other data communication system.

The cluster access adapter **1212** includes one or more ports to couple the computing device **1200** to other devices. In the illustrated embodiment, Ethernet can be used as the clustering protocol and interconnect media, although other types of protocols and interconnects may be utilized within the cluster architecture described herein.

The computing device **1200** can be embodied as a single- or multi-processor system executing an operating system **1206** that can implement a high-level module, e.g., a manager, to logically organize the information as a hierarchical structure of named directories, files and special types of files called virtual disks at the storage devices. The computing device **1200** can further include graphical processing unit(s) for graphical processing tasks or processing non-graphical tasks in parallel.

The memory **1204** can comprise storage locations that are addressable by the processor(s) **1202** and adapters **1210**, **1212**, and **1214** for storing processor executable code and data structures. The processor **1202** and adapters **1210**, **1212**, and **1214** may, in turn, comprise processing elements and/or logic circuitry configured to execute the software code and manipulate the data structures. The operating system **1206**, portions of which are typically resident in memory and executed by the processor(s) **1202**, functionally organizes the computing device **1200** by (among other things) configuring the processor(s) **1202** to invoke. It will be apparent to those skilled in the art that other processing and memory implementations, including various computer readable storage media, may be used for storing and executing program instructions pertaining to the technology.

The network adapter **1210** can include multiple ports to couple the computing device **1200** to one or more clients over point-to-point links, wide area networks, virtual private networks implemented over a public network (e.g., the Internet) or a shared local area network. The network adapter **1210** thus can include the mechanical, electrical and signaling circuitry needed to connect the computing device **1200** to the network. Illustratively, the network can be embodied as an Ethernet network or a Fibre Channel (FC) network. A client can communicate with the computing device over the network by exchanging discrete frames or packets of data according to pre-defined protocols, e.g., TCP/IP.

The storage adapter **1214** can cooperate with the operating system **1206** to access information requested by a client. The information may be stored on any type of attached array of writable storage media, e.g., magnetic disk or tape, optical disk (e.g., CD-ROM or DVD), flash memory, solid-state disk (SSD), electronic random access memory (RAM), micro-electro mechanical and/or any other similar media adapted to store information, including data and parity information. The storage adapter **1214** can include multiple ports having input/output (I/O) interface circuitry that couples to the disks over an I/O interconnect arrangement, e.g., a conventional high-performance, Fibre Channel (FC) link topology. In various embodiments, the cluster adapter **1212** and the storage adapter **1214** can be implemented as one adapter configured to connect to a switching fabric, e.g., a storage network switch, in order to communicate with other devices and the mass storage devices.

Although the subject matter has been described in language specific to structural features and/or methodological acts, it is to be understood that the subject matter defined in the appended claims is not necessarily limited to the specific

US 9,930,315 B2

13

14

features or acts described above. Specific embodiments and implementations have been described herein for purposes of illustration, but various modifications can be made without deviating from the scope of the embodiments and implementations. The specific features and acts described above are disclosed as example forms of implementing the claims that follow. Accordingly, the embodiments and implementations are not limited except as by the appended claims.

Any patents, patent applications, and other references noted above, are incorporated herein by reference. Aspects can be modified, if necessary, to employ the systems, functions, and concepts of the various references described above to provide yet further implementations. If statements or subject matter in a document incorporated by reference conflicts with statements or subject matter of this application, then this application shall control.

We claim:

**1.** A method for recording stereoscopic 3D video, comprising:

recording sequences of stereoscopic images by multiple image sensors of a stereoscopic video recording device;

combining the recorded sequences of stereoscopic images into a stereoscopic video sequence; and

embedding calibration information into the stereoscopic video sequence in a real time as the sequences of stereoscopic images are being recorded, said embedding comprising:

receiving the stereoscopic video sequence;

embedding calibration information in at least two ways into the stereoscopic video sequence, a first way comprising embedding a static calibration information once per the stereoscopic video sequence, the static calibration information comprising a lens distortion including a distance between a lens and an image sensor, a second way comprising embedding a time varying calibration information once per frame of the stereoscopic video sequence, the time varying calibration information comprising inertial measurement data, the calibration information relating to the multiple image sensors of the stereoscopic video recording device and embedded into a portion of an aggregated stereoscopic video frame that stores the information that relates to the multiple image sensors;

combining multiple stereoscopic video sequences recorded by multiple stereoscopic recording devices;

embedding calibration information from the multiple stereoscopic video sequences into each frame of a combined stereoscopic video sequence using a video steganography process, wherein at least some of the calibration information relates to the multiple stereoscopic recording devices that captured the multiple stereoscopic video sequences;

embedding a portion of calibration information into the stereoscopic video sequence in the real time by a graphical processing unit (GPU) via an image steganography process, as the sequences of stereoscopic images are being recorded;

embedding another portion of the calibration information into a metadata section of a video file for storing the stereoscopic video sequence; and

sending the stereoscopic video sequence comprising the embedded calibration information to a playback device.

**2.** The method of claim **1**, wherein the calibration information includes inertial measurement data, location data, or image sensor information.

**3.** The method of claim **1**, wherein the step of embedding comprises:

embedding calibration information into the stereoscopic video sequence in the real time via an image steganography process, as the sequences of stereoscopic images are being recorded.

**4.** The method of claim **3**, wherein the calibration information is embedded into each frame of the stereoscopic video sequence in the real time via the image steganography process.

**5.** The method of claim **3**, wherein the calibration information is embedded into the stereoscopic video sequence in the real time by a graphical processing unit (GPU) via the image steganography process.

**6.** The method of claim **1**, further comprising:

processing a video sequence of stereoscopic images during a playback process, wherein the stereoscopic images were captured by multiple stereoscopic video recording devices;

extracting calibration information embedded in a calibration metadata from the video sequence of stereoscopic images, wherein the extracted calibration metadata relates to the multiple stereoscopic video recording devices; and

generating a video sequence for playback using the extracted calibration metadata.

**7.** A method for processing a stereoscopic video, comprising:

receiving a stereoscopic 3D video sequence comprising an embedded calibration information;

processing video frames of the stereoscopic 3D video in a real time, when the stereoscopic 3D video sequence is being played back, to identify data for stabilizing the stereoscopic 3D video sequence based on a comparison of a portion of the video frames to other frames in the stereoscopic 3D video sequence;

extracting, when the stereoscopic 3D video sequences being playback, the embedded calibration information comprising:

extracting calibration information in at least two ways from the stereoscopic video sequence, a first way comprising extracting a static calibration information once per the stereoscopic video sequence, the static calibration information comprising a lens distortion profile including a distance between a lens and an image sensor, a second way comprising extracting a time varying calibration information once per frame of the stereoscopic video sequence, the time varying calibration information comprising inertial measurement data, the calibration information relating to multiple image sensors of the stereoscopic video recording device and extracted from a portion of an aggregated stereoscopic video frame that stores the information that relates to the multiple image sensors;

extracting calibration information from multiple stereoscopic video sequences into each frame of a combined stereoscopic video sequence using a video steganography process, wherein at least some of the calibration information relates to the multiple image sensors that captured the multiple stereoscopic video sequences;

extracting a portion of calibration information from the stereoscopic video sequence in the real time by a graphical processing unit (GPU) via an image steganography process;

US 9,930,315 B2

15

extracting another portion of the calibration information from a metadata section of a video file for storing the stereoscopic video sequence;

generating a video stabilization operation based on a left channel and a right channel of the stereoscopic 3D video sequence; and

applying the video stabilization operation on the portion of the video frames for both the left and right channels.

**8**. The method of claim **7**, further comprising:

stabilizing a rotation of the stereoscopic 3D video sequence on the captured images;

unwarping the stereoscopic 3D video sequence into a rectilinear mapping; and

further stabilizing the stereoscopic video 3D sequence in a rectilinear space by stabilizing translation and additional rotational components.

**9**. The method of claim **7**, wherein the video stabilization operation is applied by a graphical processing unit (GPU).

**10**. The method of claim **7**, wherein the stereoscopic 3D video sequence is recorded by a 3D stereoscopic camera having a field of view of approximately 180 degrees.

**11**. The method of claim **7**, further comprising:

playing back the left and right channels of the video frames using a virtual reality headset.

**12**. The method of claim **11**, wherein the video stabilization operation focuses on a center portion of an image window that the virtual reality headset is oriented at.

16

**13**. The method of claim **7**, wherein the stereoscopic 3D video sequence is captured by fisheye lenses of a 3D stereoscopic camera.

**14**. The method of claim **13**, wherein the video stabilization operation includes:

stabilizing a rotation of the stereoscopic 3D video sequence;

unwarping the stereoscopic 3D video sequence into a rectilinear mapping; and

stabilizing the stereoscopic 3D video sequence in a rectilinear space by stabilizing translational and rotational components.

**15**. The method of claim **7**, further comprising:

extracting metadata from the stereoscopic 3D video sequence, wherein the metadata is captured by a 3D stereoscopic camera and is transmitted to a 3D stereoscopic playback device; and

stabilizing the stereoscopic 3D video sequence using the extracted metadata to improve precision of the video stabilization operation.

**16**. The method of claim **15**, wherein the extracted metadata includes inertial measurement data collected by an accelerometer or a gyroscope of the 3D stereoscopic camera.

**17**. The method of claim **7**, further comprising:

cropping each frame for right and left channels of the stereoscopic 3D video sequence after stabilization.

\* \* \* \* \*