Christopher J. Fry, Esq. (SBN: 298874)
*Email: cfry@frylawcorp.com*
FRY LAW CORPORATION
4227 Sunrise Blvd., Ste. 200
Fair Oaks, CA 95628-7026
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorney for Plaintiff,
**ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCATION, INC.**

Fry Law Corporation
Trial Attorneys

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCATION, INC.,

Plaintiff,

vs.

ELEMENTARY ROBOTICS, INC.,

Defendant.

**CASE NO.:** 2:25-CV-8297-HDV-E

**STIPULATION ALLOWING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff, ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC. ("Plaintiff"), and Defendant ELEMENTARY ROBOTICS, INC. ("Defendant") (collectively, "Parties"), do hereby stipulate and agree to the following:

WHEREAS, on September 3, 2025, Plaintiff initiated the above-captioned action ("Action") by filing the Complaint (ECF No. 1);

WHEREAS, Defendant was served on September 16, 2025;

WHEREAS, the Parties previously agreed to a thirty (30) day extension for Defendant to respond to the Complaint such that Defendant's response to the Complaint is currently due on or before November 6, 2025 (ECF No. 13);

WHEREAS, Defendant notified Plaintiff on October 29, 2025 of its intent to move to dismiss the Complaint, pursuant to the Court's Civil Standing Order (ECF No. 11);

WHEREAS, Plaintiff informed Defendant of its intent to amend its Complaint on October 31, 2025;

WHEREAS, Fed. R. Civ. P. 15(a)(2) permits a party to amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREAS, the Parties have agreed to stipulate to allow Plaintiff to file an amended complaint by November 20, 2025, with Defendant reserving all rights with respect to any such amended complaint, including the right to move to dismiss or seek other appropriate relief; and,

THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:

Plaintiff shall be allowed to file an amended complaint by November 20, 2025.

SO STIPULATED.

Fry Law Corporation
Trial Attorneys

DATED: November 5, 2025

Respectfully submitted,

**FRY LAW CORPORATION**

By: ______________________________
Christopher J. Fry, Esq.
*Attorney for Plaintiff*

DATED: November 5, 2025

Respectfully submitted,

/s/Alexandra Leeper
Alexandra Leeper

Reuben H. Chen (228725)
Alexandra Dunworth Leeper (307310)
Angela R. Madrigal (346530)
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Attorneys for Defendant
ELEMENTARY ROBOTICS, INC.

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 501, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

DATED: November 5, 2025

Respectfully submitted,

**FRY LAW CORPORATION**

By: ______________________________
Christopher J. Fry, Esq.
*Attorney for Plaintiff*

Fry Law Corporation Trial Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2025, I caused a copy of the foregoing document to be filed with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record.

Christopher J. Fry

Fry Law Corporation Trial Attorneys