COOLEY LLP
REUBEN H. CHEN (228725)
(rchen@cooley.com)
ALEXANDRA DUNWORTH LEEPER
(307310) (aleeper@cooley.com)
ANGELA R. MADRIGAL (346530)
(amadrigal@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
*ELEMENTARY ROBOTICS, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,

Plaintiff,

v.

ELEMENTARY ROBOTICS, INC.,

Defendant.

Case No. 2:25-cv-08297-HDV-E

**DEFENDANT ELEMENTARY ROBOTICS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**

Judge: Hon. Hernán D. Vera
Courtroom: 5B
Date: February 5, 2026
Time: 10:00 a.m. PT

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Thursday February 5, 2026 at 10:00 a.m. (PT), or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Hernán D. Vera, United States District Judge, located at the First Street United States Courthouse, 350 West First Street, Los Angeles, CA 90012-4565, Fifth Floor, Courtroom 5B, Defendant Elementary Robotics, Inc. ("Elementary") will and hereby does move for an order dismissing with prejudice the claims made against it in Artificial Intelligence Industry Association, Inc.'s ("AIIA") first amended complaint ("FAC") (Dkt. 16), filed November 20, 2025 and asserting infringement of U.S. Patent Nos. 9,930,315; 10,075,693; and 11,257,272. Elementary brings this motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 3, 2025.[1] During the meet and confer, counsel for Elementary, Alexandra Leeper, informed in-house and outside counsel for AIIA, Michael Newell and Christopher Fry, that Elementary is moving to dismiss the FAC with prejudice on the same grounds (under *Twombly-Iqbal* and *Alice*) that Elementary presented in its draft motion to dismiss the original complaint, which was sent to Mr. Fry on October 29, 2025. Ms. Leeper informed Mr. Fry and Mr. Newell that Elementary's motion to dismiss has been updated to address the FAC but that the same issues Elementary raised with the original complaint are still present in the FAC. Ms. Leeper further noted Elementary's position that, as AIIA has already had notice of its pleading deficiencies and was unable to cure them by amendment,

[1] Ms. Leeper emailed Mr. Fry on Monday, November 24 and again on Tuesday, November 25 to express Elementary's intention to move to dismiss and to request Mr. Fry's availability for a meet and confer. Mr. Fry responded on November 25 and indicated that he would be in touch. Not having seen any follow-up email from Mr. Fry, Ms. Leeper emailed again on Friday, November 28. Mr. Fry responded on Monday, December 1 and offered to meet on December 3. AIIA's in-house counsel and Ms. Leeper then confirmed their availability on the date suggested by Mr. Fry.

dismissal should be with prejudice. AIIA disagreed, commenting that it believes the allegations in the FAC were sufficiently fulsome. The parties are at an impasse. AIIA informed Elementary that it intends to oppose.

Dated: December 4, 2025

Respectfully submitted,

COOLEY LLP

By: _/s/ Alexandra Leeper_
Alexandra Leeper

REUBEN H. CHEN (228725)
(rchen@cooley.com)
ALEXANDRA DUNWORTH
LEEPER (307310)
(aleeper@cooley.com)
ANGELA R. MADRIGAL
(346530) (amadrigal@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
*ELEMENTARY ROBOTICS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I caused a copy of the foregoing document to be filed with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record.

*/s/ Alexandra Leeper*
Alexandra Leeper