COOLEY LLP
REUBEN H. CHEN (228725)
(rchen@cooley.com)
ALEXANDRA DUNWORTH LEEPER
(307310) (aleeper@cooley.com)
ANGELA R. MADRIGAL (346530)
(amadrigal@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
*ELEMENTARY ROBOTICS, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,

Plaintiff,

v.

ELEMENTARY ROBOTICS, INC.,

Defendant.

Case No. 2:25-cv-08297-HDV-E

**REDACTED CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1, Elementary Robotics, Inc. ("Elementary Robotics") hereby files its Corporate Disclosure Statement and Notice of Interested Parties. The undersigned, counsel of record for Elementary Robotics, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Elementary Robotics is a private Delaware corporation with its principal place of business in South Pasadena, California. Elementary Robotics does not have a parent corporation. [redacted] owns 10% or more of Elementary Robotics' stock. Additionally, a [redacted] in whole or in part (directly or indirectly) for a judgment in this action or for the cost of defense.

Dated: December 8, 2025

COOLEY LLP

By: */s/ Alexandra Leeper*
Alexandra Leeper

REUBEN H. CHEN (228725)
(rchen@cooley.com)
ALEXANDRA DUNWORTH LEEPER (307310)
(aleeper@cooley.com)
ANGELA R. MADRIGAL (346530) (amadrigal@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant ELEMENTARY ROBOTICS, INC.*

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130. On the date set forth below I caused to be served the attached document(s) in the manner described below:

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Christopher J. Fry, Esq.
cfry@frylawcorp.com
**FRY LAW CORPORATION**
4227 Sunrise Boulevard, Suite 200
Fair Oaks, California 95628
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Executed on December 8, 2025, at Palo Alto, California.

*/s/ Alexandra Leeper*
Alexandra Leeper