Christopher J. Fry, Esq. (SBN: 298874)
   Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
4227 Sunrise Boulevard, Suite 200
Fair Oaks, California 95628
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorney for Plaintiff,
**ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., | CASE NO.: 2:25-cv-08297-HDV-E |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |
| vs. | |
| ELEMENTARY ROBOTICS, INC., | |
| Defendant. | |

**VOLUNTARY DISMISSAL**

1

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff Artificial Intelligence Industry Association, Inc. ("AIIA" or "Plaintiff"), the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses the entire case. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: January 8, 2026

Respectfully submitted,

**FRY LAW CORPORATION**

_____
Christopher J. Fry, Esq.
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing voluntary dismissal was served upon all parties of record in this action by the method(s) indicated below:

By electronic filing through the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered users

DATED: February 11, 2026    Respectfully submitted,

**FRY LAW CORPORATION**

By: _____
Christopher J. Fry, Esq.
*Attorney for Plaintiff*