

Allie Dunworth Leeper
T: +1 650 843 5376
aleeper@cooley.com

February 11, 2026

Re: Artificial Intelligence Industry Assoc., Inc. v. Elementary Robotics, Inc., No. 2:25-cv-08297-HDV-E

Dear Judge Vera:

I represent Elementary Robotics, Inc. ("Elementary") in *Artificial Intelligence Industry Association, Inc. v. Elementary Robotics, Inc.*, Case No. 2:25-cv-08297-HDV-E (C.D. Cal.).  We have received Plaintiff Artificial Intelligence Industry Association, Inc.'s "Notice of Voluntary Dismissal of Entire Case Without Prejudice," Dkt. No. 33.

Elementary intends to file a motion for sanctions under Federal Rule of Procedure 11, seeking that the dismissal be with prejudice, and also intends to seek fees and costs.  *See Future Link Sys., LLC v. Realtek Semiconductor Corp.*, 154 F.4th 1370, 1374, 1377 (Fed. Cir. 2025) (noting the "court's inherent power" to "order[] that the voluntary dismissals by [plaintiff] be modified to become dismissals *with* prejudice" based on Rule 11 motions filed after notices of voluntary dismissal, and further holding that the conversion of the dismissals to dismissals with prejudice made defendant a prevailing party for purposes of seeking fees and costs under 35 U.S.C. § 285 and Rule 54).  Elementary served its motion on Plaintiff on February 2, 2026, so the 21-day waiting period before Elementary can file the Rule 11 motion ends on February 23, 2026.

Elementary asks that the Court keep the case open until Elementary's forthcoming Rule 11 motion and request for fees and costs are resolved.

Sincerely

*A. Leeper*

Allie Dunworth Leeper
Cal. Bar No. 307310
Cooley LLP
3175 Hanover St.,
Palo Alto, CA 94304
Attorney for Elementary Robotics, Inc.

ADL