# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>ELEMENTARY ROBOTICS INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−08297−HDV−E<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:     2/11/2026

Document No.:     35

Title of Document:     Notice of Intent

**ERROR(S) WITH DOCUMENT:**

Local Rule 83−2.5 no letters to the Judge.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 16, 2026          By:   /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS